1  BOWMAN AND BROOKE LLP
   Brian Takahashi (SBN: 146505)
2  E-mail: Brian.Takashashi@bowmanandbrooke.com
   Richard L. Stuhlbarg (SBN: 180631)
3  E-mail: Richard.Stuhlbarg@bowmanandbrooke.com
   Corinne D. Orquiola (SBN: 226969)
4  E-mail: Corinne.Orquiola@bowmanandbrooke.com
   970 West 190th Street, Suite 700
5  Torrance, California 90502
   Tel No:  310/ 768-3068
6  Fax No:  310/ 719-1019

7  Attorneys for Defendant
   BMW OF NORTH AMERICA, LLC

8

9              **UNITED STATES DISTRICT COURT**

10   **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

11

| | |
|---|---|
| 12  MICHAEL MANSHOORY and MIKE MANSHOORY, | **CASE NO.:  2:17-cv-6714 SVW (MRWx)** |
| 13 | **[Assigned to the Hon. Stephen V. Wilson]** |
|                     Plaintiffs, | **MOTION IN LIMINE NO. 4** |
| 14 | |
| 15     vs. | **DEFENDANT BMW OF NORTH AMERICA'S MOTION IN LIMINE TO** |
| 16  BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company, | **PRECLUDE INTRODUCTION OF EVIDENCE OF CONCERNS PRESENTED ONLY ONCE;** |
| 17 | **DECLARATION OF CORINNE D.** |
|                     Defendant. | **ORQUIOLA** |
| 18 | |
| 19 | **Action Filed:    April 28, 2017** |
| 20 | **Trial:              None** |

21        TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

22        Defendant BMW of North America, LLC ("BMW NA") will move this

23   Court *in Limine* for an Order Excluding Any Evidence of Concerns that have only

24   been subject to one repair.  Such evidence is inadmissible under the Song-Beverly

25   Act based on Silvio v. Ford Motor Company (2003) 109 Cal.App.4th 1205 and

26   would mislead the jury, cause unfair prejudice to defendant and would be an

27   undue waste of time.

28   / / /

1    BMW NA moves the Court in limine to instruct plaintiffs and their counsel,

2  and to instruct counsel to advise all their witnesses:

3        1.    Not to refer to concerns presented only once and,

4        2.    To warn or caution each and every one of the witnesses to strictly

5  follow the same instructions.

6        This motion is based upon the attached memorandum of points and

7  authorities, the Declaration of Corinne D. Orquiola, the records and pleadings on

8  file, and upon such other further evidence as the Court may entertain.

9        BMW NA sought to meet and confer with plaintiffs on March 2, 2018 to

10  meet and confer regarding this Motion.  Plaintiffs did not respond.  If Plaintiffs

11  agree to stipulate, this motion will be withdrawn.

12  DATED: March 12, 2018              BOWMAN AND BROOKE LLP

13

14                          BY:    /s/ Corinne D. Orquiola
                                 Brian Takahashi
15                               Richard L. Stuhlbarg
                                 Corinne D. Orquiola
16                               Attorneys for Defendant
                                 BMW OF NORTH AMERICA, LLC
17

18

19

20

21

22

23

24

25

26

27

28

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.   INTRODUCTION

Plaintiffs' Complaint alleges a violation of the California Song-Beverly Warranty Act.  By this motion, BMW NA seeks to exclude any concern repaired after one attempt. Any complaint, which has only been the subject of one single repair attempt cannot form the basis of a claim for relief under the Song-Beverly Act.  Silvio v. Ford Motor Company (2003) 109 Cal.App.4th 1205.  That is because the language of the statute requires there to have been an unreasonable number of repair attempts (plural) as a prerequisite to relief. Cal. Civil Code §1793.2(d)(2).

Accordingly, evidence of conditions presented once to BMW NA is not relevant and should be excluded under Federal Rule of Evidence 401.  Moreover, since the only purpose of such evidence would be to inflame and confuse the jury, it should be excluded under Federal Rule of Evidence 403 because it is highly prejudicial to BMW NA.

### II.   THE ONE TIME REPAIRS AT ISSUE

This breach of warranty lawsuit involves a 2014 BMW 650i leased by Plaintiff on December 15, 2013 from Beverly Hills BMW.  They returned the vehicle at lease end on December 15, 2016 well before the lawsuit was filed.  The vehicle was returned with 26,368 miles and there were no issues reported in the Lease-End Inspection Form.

### A.   Chassis Malfunction – April 9, 2014

On April 9, 2014, with 1,616 miles on the odometer, Plaintiffs brought the vehicle to Beverly Hills BMW with a chassis malfunction. Beverly Hills BMW technicians found the right inner tie rod bent. Plaintiff declined repairs. Plaintiff was advised that the vehicle was not road worthy and Plaintiff was advised to tow out the vehicle.  After this visit, the vehicle did not return with a chassis

/ / /

malfunction.  (See Beverly Hills BMW Repair Order 326917, Orquiola Decl. Exh. A)

### B.  Leak from the Crankcase Vent Hose- September 4, 2015

On September 4, 2015 at 12,451 miles, Plaintiffs presented the vehicle to Beverly Hills BMW stating that the drivetrain malfunction warning light had been coming on.  Beverly Hills BMW technicians found a leak from the crankcase vent hose and replaced it.  This concern did not return after this visit.  (See Beverly Hills BMW Repair Order 381410, Orquiola Decl., Exh. B).

### C.  Multiple Misfires- December 19, 2015

On December 19, 2015 at 16,938 miles, Plaintiffs presented the vehicle to Beverly Hills BMW with a check engine light and stated that the car had lost power.  The vehicle came in with no fuel in the tank.  The vehicle had faults stored for multiple misfires caused by the vehicle having no fuel in the tank.  There were no misfires after this visit.   (See Beverly Hills BMW Repair Order 393147, Orquiola Decl., Exh. C).

### D.  Complete Vehicle Programming- September 8, 2016

On September 8, 2016 at 23,052 miles, Plaintiffs presented the vehicle with the SOS Malfunction warning displayed, radio controls malfunctions, rear collision warning failure displayed, fuel gauge inoperative, iDrive display for instrument required an update, the pedestrian warning displayed, and the cornering ability restricted warning displayed.   The fix for these symptoms was to completely reprogram the vehicle.  These concerns did not present again after this visit. (See Beverly Hills BMW Repair Order 421218, Orquiola Decl., Exh. D).

### E.  Brake Pedal Pulsates and/or Steering Wheel Shakes When Braking – September 8, 2016

Also on September 8, 2016, Plaintiffs stated that the brake pedal pulsates and/or the steering wheel shakes when the braking.  The front brake pads and rotors were replaced.   The vehicle was road tested and the condition was

1  corrected.  The vehicle did not return for this concern again. (See Beverly Hills
2  BMW Repair Order 421218, Orquiola Decl., Exh. D).

3      **F. Clicking Sound Under Car As if Something is Loose when Making**
4          **Right and Left Turns – September 23, 2016**

5      On September 23, 2016 at 2,3471 miles, Plaintiff stated that there was a
6  clicking sound under the car as if something was loose when making right and left
7  turns. The contact surface between the wheel bearing and the swivel knuckle was
8  making the noise.  The dealership repaired both sides and treating the mating
9  surface of both bearings.  After the repair, the noise was no longer present.  The
10  vehicle did not return for this concern.  (See Beverly Hills BMW Repair Order
11  422849, Orquiola Decl., Exh. E).

12      **G. Knocking Noise at Idle- November 3, 2016**

13      On November 3, 2016 at 24,606 miles, Plaintiffs complained of a knocking
14  noise at idle.  There were no faults for drivetrain or fuel.  The dealership ran a fuel
15  read out which found that the last five fills were low quality gas which causes the
16  knocking.  Plaintiffs were advised that if they continue to fill the tank with low
17  quality gas, they risk fouling out the spark plugs and injectors.  After this visit, the
18  vehicle was not presented again for "knocking at idle." (See Beverly Hills BMW
19  Repair Order 427029, Orquiola Decl., Exh. F).

20      **H. Vehicle Stall When Driving – December 6, 2016**

21      On December 6, 2016 at 26,226 miles, Plaintiffs presented the vehicle just
22  one time to Beverly Hills BMW stating that the vehicle stalled when driving.  The
23  dealership could not duplicate the concern.  After this visit, the vehicle did not
24  return for this concern. (See Beverly Hills BMW Repair Order 430708, Orquiola
25  Decl., Exh. G).

26      None of these concerns were reported on the Lease End Inspection Form.
27  (See Orquiola Decl., Exh. H.)
28  / / /

## III.   LAW AND ARGUMENT

The Song-Beverly Consumer Warranty Act provides that a manufacturer of a good has a "reasonable number of attempts" to conform the good to the applicable express warranty. Cal. Civil Code, Section 1793.2(d) (1), emphasis added. Significantly, the California Court of Appeal recently interpreted the exact statement found in 1793.2 subdivision (d) of the Song-Beverly Consumer Warranty Act as it relates to the requirement of automobile manufacturers.

In Silvio v. Ford Motor Company, 109 Cal.App.4th 1205, 1208 (2003) the Court of Appeal expressly held that Song-Beverly Act liability is only triggered when more than one repair attempt is made for the same alleged non-conformity. The Silvio Court found against the appellants because "they did not give Ford two opportunities to fix any problem." Silvio, supra, at 1209. (Emphasis added). By the use of the phrase "any problem," the Court of Appeal made it clear to look at specific defects individually, and not in the aggregate for liability. Silvio was a lemon law case where the plaintiff had allowed only one repair attempt prior to making a repurchase demand. After the repurchase demand was denied, plaintiff filed suit. Defendant Ford moved for nonsuit on the ground that the phrase, "reasonable number of attempts," being in the plural, required that the manufacturer be given at least two opportunities to repair the vehicle. The Court of Appeal agreed and affirmed the non-suit. The Court stated:

> The statute requires the manufacturer be afforded the specified remedies of restitution or replacement if that manufacturer is unable to repair the vehicle "after a reasonable number of *attempts*." "Attempts" is plural. The statute does not require the manufacturer to make restitution or replace a vehicle if it has only one opportunity to repair that vehicle.

Id. at 1208 (emphasis in original).

In Mega RV Corporation v. HWH Corporation, 225 Cal.App.4th 1318, 1333 (2014), the court that "[t]he Act 'was enacted to address difficulties faced by consumers in enforcing express warranties. Consumers frequently were frustrated

1    by the inconvenience of having to return goods to the manufacturer for repairs and

2    by repeated unsuccessful attempts to remedy **the problem** . ... ' ... " (Emphasis

3    added.) This language further indicates that the Act was enacted because of

4    repeated attempts to remedy-a-repeating problem.

5        In <u>Duale v. Mercedes-Benz USA, LLC</u>, 148 Cal.App.4th 718, 721 fn. 1

6    (2007), citing <u>Murillo v. Fleetwood Enterprises. Inc.</u>,17 Cal.4th 985, 989-990

7    (1998), the court wrote:

8        The Song-Beverly Act" 'regulates warranty terms, imposes service
         and repair obligations on manufacturers, distributors, and retailers
9        who make express warranties, requires disclose of specified
         information in express warranties, and broadens a buyer's remedies to
10       include costs, attorney's fees, and civil penalties'" and" 'gives recourse
         to the buyer of a new automobile that suffers from the **same defect**
11       **repeatedly**, or is out of service for cumulative repairs for an extended
         period.'"

12

13   (Internal citations and brackets omitted.  Emphasis added.)

14       Set forth in Section 1793.22, the Tanner Consumer Protection Act are

15   certain presumptions that may be relied upon by the buyer in connection with an

16   express warranty claim.  Included there is an aggregate test if the vehicle is out of

17   service for a cumulative total of more than 30 calendar days.  The Legislature

18   would not have needed to add this provision in 1992 if the Song-Beverly Act

19   provided an aggregate test.  Further, if only two repair attempts were required for

20   the vehicle in the aggregate, the presumption would be superfluous.

21       Only concerns that have been presented more than once are admissible.

22   <u>Silvio, Mega RV</u>, <u>Duale</u>, and <u>Murillo</u> show that at least two repair attempts must

23   be made for an individual concern.  If the vehicle is fixed right the first time, there

24   can be no breach of the express warranty.  They expressly reject a "buckshot"

25   approach.  BMW NA contends that every warranty concern was repaired within a

26   reasonable number of attempts.  Plaintiff disagrees and filed this lawsuit.

27   / / /

28   / / /

## IV. **CONCLUSION**

"Attempts" is plural and means at least two.  BMW NA requests an order excluding concerns presented only once. This will prevent the jury from being misled, unfair prejudice to BMW NA, and an undue waste of time.

DATED:  March 12, 2018                          BOWMAN AND BROOKE LLP


                                    BY:    /s/ Corinne D. Orquiola
                                           Brian Takahashi
                                           Richard L. Stuhlbarg
                                           Corinne D. Orquiola
                                           Attorneys for Defendant
                                           BMW OF NORTH AMERICA, LLC

## DECLARATION OF CORINNE D. ORQUIOLA

I, Corinne D. Orquiola, declare that:

1.      I am an attorney at law, duly licensed to practice before all the courts of the State of California.  I am an attorney at the law offices of Bowman and Brooke LLP, counsel of record for BMW OF NORTH AMERICA, LLC ("BMW NA").  The facts set forth in this Declaration are made of my own personal knowledge, and, if called upon to testify, I could and would competently testify thereto.

2.      I sought to meet and confer with Plaintiffs counsel on March 2, 2018. Plaintiffs did not respond.  If Plaintiffs agree to stipulate, this motion will be withdrawn.

3.      Attached hereto as Exhibit A is Beverly Hills BMW Repair Order 326917 dated April 9, 2014.

4.      Attached hereto as Exhibit B is Beverly Hills BMW Repair Order 381410 dated September 4, 2015.

5.      Attached hereto as Exhibit C is Beverly Hills BMW Repair Order 393147 dated December 19, 2015.

6.      Attached hereto as Exhibit D is Beverly Hills BMW Repair Order 421218 dated September 8, 2016.

7.      Attached hereto as Exhibit E is Beverly Hills BMW Repair Order 422849 dated November 3, 2016.

8.      Attached hereto as Exhibit F is Beverly Hills BMW Repair Order 427029 dated November 3, 2016.

9.      Attached hereto as Exhibit G is Beverly Hills BMW Repair Order 4430708 dated December 6, 2016.

/ / /

/ / /

/ / /

1        10.    Attached hereto as Exhibit H is the Lease End Inspection Form dated

2  December 15, 2016.

3        I declare under the penalty of perjury under the laws of the United States of

4  America that the foregoing is true and correct.

5        Executed this 12th day of March, 2018, at Torrance, California.

6

7                          */s/ Corinne Orquiola*
                                    **Corinne Orquiola**

# EXHIBIT "A"

CUSTOMER #: 574545                    326917
UNIT# *
                                      INVOICE
MICHAEL MANSHOORY
1425 N ALTA VISTA BLVD
LOS ANGELES, CA 90046                 PAGE 1
HOME:310-770-0782 CONT:310-770-0782
BUS: 310-562-6122 CELL:               SERVICE ADVISOR: 3096 JACQUES RILEY



**BEVERLY HILLS BMW**
Service and Parts: 5151 Wilshire Blvd.
Los Angeles, CA 90036
Telephone (323) 801-1600 Fax (323) 801-1700
Sales: 5070 Wilshire Blvd., Los Angeles, CA 90036
Telephone (323) 801-1430 Fax (323) 801-1439
www.bmwofbeverlyhills.com

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| 300/White | 14 | BMW 650I CV | WBAYP9C52ED169248 | | 1616/1616 | T3579 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|
| 15DEC13 DD | | | 17:00 09APR14 | | VM | 10APR14 |

| R.O. OPENED | READY | OPTIONS: | SOLD-STK:ED169248 ENG:4.4L GDI DOHC T |
|---|---|---|---|
| 11:50 09APR14 | 11:56 10APR14 | | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

A CUST STATES CHECK CHASSIS MALFUNCTION
    34BMZ CUST DECLINED REPAIRS AT THIS TIME HE IS
        HAVING CAR TOWED OUT OF DEALERSHIP
        3060    CC                              205.88    205.88
PARTS:    0.00  LABOR:   205.88  OTHER:   0.00   TOTAL LINE A:   205.88
,,,,1616 RIGTH INNER TIE ROD BENT
,,,,VISUALLY INSPECTED VEHICLE AND FOUND RIGHT FRONT INNER TIE ROD
,,,,BENT. WE FIRST NEED TO REPLACE STEERING GEAR AND OUTER TIE ROD. WE CAN
,,,,THEN PERFORM AN ALIGNMENT TO SEE IF THERE IS ANY FURTHER DAMAGE TO THE
,,,,VEHICLE.
,,,,CUSTOMER DECLINED REPAIRS. VEHICLE IS NOT ROAD WORTHY AND NEEDS TO
,,,,BE TOWED OUT. WE DO NOT ADVISE THE CUSTOMER TO DRIVE THIS VEHICLE AS IT
,,,,IS UNSAFE
        ********************************************************

B *Maintenance Plan
    MP BMW MAINTENANCE PLAN
        3060    IPS                                           (N/C)
PARTS:    0.00  LABOR:     0.00  OTHER:     0.00   TOTAL LINE B:   0.00
        ********************************************************

C *Inspect & Adjust Tire Pressures as per CARB Requirement
    CARB CHECK TIRE PRESSURE AND RECORD LF___ RF___
        RR___ LR___
        3060    IPS                                           (N/C)
PARTS:    0.00  LABOR:     0.00  OTHER:     0.00   TOTAL LINE C:   0.00
,,,,1616 CARB SET FRONT TIRES TO 38PSI, REAR TO 42PSI
        ********************************************************

D *Complimentary Multipoint Inspection ... a $49.97 Value
    IBMW IBMW VEHICLE INSPECTION INCLUDING CHECK TIRE
        PRESSURE RF___ LF___ RR___ LR___
        3060    IPS                                           (N/C)
PARTS:    0.00  LABOR:     0.00  OTHER:     0.00   TOTAL LINE D:   0.00
,,,,1616 INSPECTION COMPLETED INSPECTION. RIGHT FRONT TIE ROD BENT, RF
,,,,AND LF TIRES HAVE A BUBBLES IN SIDEWALL, RF WHEEL DAMAGED
        ********************************************************

| | NOTICE TO CUSTOMER | DESCRIPTION | TOTALS |
|---|---|---|---|
| PAYMENT IN FULL REQUIRED PRIOR TO RELEASE OF VEHICLE | I acknowledge notice an oral approval of any additional customer or warranty work performed and/or increase in the original estimate price. I also acknowledge and approve all repairs as itemized and/or receipt of vehicle. I also acknowledge receipt of additional consumer warranty and service information contained in the Parts & Service Warranty Disclaimer. | LABOR AMOUNT | |
| | | PARTS AMOUNT | |
| METHOD OF PAYMENT WE ACCEPT THE FOLLOWING: CASH MASTERCARD VISA AMX COMPANY OR PERSONALIZED CHECK $2,000.00 WITH THE FOLLOWING | | GAS, OIL, LUBE | |
| | | SUBLET AMOUNT | |
| | | MISC. CHARGES/ADJ. | |
| | ORIGINAL ESTIMATE $ _____ | AUTHORIZED REVISED ESTIMATE $ _____ | TOTAL CHARGES | |
| 1) CHECK GUARANTEE CARD 2) VALID DRIVERS LICENSE 3) NAME AND ADDRESS (NO. P.O. IMPRINTED ON CHECK) | | LESS AMOUNT | |
| | CUSTOMER SIGNATURE | SALES TAX | |
| | X | PLEASE PAY THIS AMOUNT | |

B.A.R.# AD199200  E.P.A.# CAD981581754

CUSTOMER #: 574545
UNIT# *

326917

INVOICE

**BEVERLY HILLS BMW**

Service and Parts: 5151 Wilshire Blvd.
Los Angeles, CA 90036
Telephone (323) 801-1600 Fax (323) 801-1700
Sales: 5070 Wilshire Blvd., Los Angeles, CA 90036
Telephone (323) 801-1430 Fax (323) 801-1439
www.bmwofbeverlyhills.com

MICHAEL MANSHOORY
1425 N ALTA VISTA BLVD
LOS ANGELES, CA 90046
HOME:310-770-0782 CONT:310-770-0782
BUS: 310-562-6122 CELL:

PAGE 2

SERVICE ADVISOR: 3096 JACQUES RILEY

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|---|
| 300/White | 14 | BMW 650I CV | | WBAYP9C52ED169248 | | 1616/1616 | T3579 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 15DEC13 DD | | | 17:00 09APR14 | | | VM | 10APR14 |

| R.O. OPENED | READY | OPTIONS: | SOLD-STK:ED169248 ENG:4.4L_GDI_DOHC_T |
|---|---|---|---|
| 11:50 09APR14 | 11:56 10APR14 | | |

| LINE OPCODE TECH TYPE HOURS | | | LIST | NET | TOTAL |
|---|---|---|---|---|---|
| EST: 0.00 | 09APR14 11:50 SA: 3096 | | | | |

PAYMENT IN FULL REQUIRED PRIOR TO RELEASE OF VEHICLE

METHOD OF PAYMENT WE ACCEPT THE FOLLOWING: CASH MASTERCARD VISA AMX COMPANY OR PERSONALIZED CHECK $2,000.00 WITH THE FOLLOWING

1) CHECK GUARANTEE CARD
2) VALID DRIVERS LICENSE
3) NAME AND ADDRESS
(NO. P.O. IMPRINTED ON CHECK)

NOTICE TO CUSTOMER
I acknowledge notice an oral approval of any additional customer or warranty work performed and/or increase in the original estimate price. I also acknowledge and approve all repairs as itemized and/or receipt of vehicle. I also acknowledge receipt of additional consumer warranty and service information contained in the Parts & Service Warranty Disclaimer.

ORIGINAL
ESTIMATE $ _____

AUTHORIZED
REVISED ESTIMATE $ _____

CUSTOMER SIGNATURE
X

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 205.88 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES/ADJ. | 0.00 |
| TOTAL CHARGES | 205.88 |
| LESS AMOUNT | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 205.88 |

B.A.R.# AD199200  E.P.A.# CAD981581754

Copyright 2000 ADP, Inc.   SERVICE INVOICE #2  X5F2C

**CUSTOMER COPY**

**MANSHOORY000290**

# EXHIBIT "B"



CUSTOMER #: 574545                    381410                    **BEVERLY HILLS BMW**
UNIT# *                                                         Service and Parts: 5151 Wilshire Blvd.
                                          INVOICE               Los Angeles, CA 90036
MICHAEL MANSHOORY                                               Telephone (323) 801-1600 Fax (323) 801-1700
1425 N ALTA VISTA BLVD APT 111                                 Sales: 5070 Wilshire Blvd., Los Angeles, CA 90036
LOS ANGELES, CA 90046-4373                PAGE 1               Telephone (323) 801-1430 Fax (323) 801-1439
HOME:310-770-0782 CONT:310-770-0782                            www.bmwofbeverlyhills.com
BUS: 310-562-6122 CELL:                   SERVICE ADVISOR: 5278 ROBERT POURIAN

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| 300/White | 14 | BMW 650i Convertible | WBAYP9C52ED169248 | | 12451/12455 | T91778 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|
| 15DEC13 DD | | | 17:00 04SEP15 | | CASH | 14SEP15 |

| R.O. OPENED | READY | OPTIONS: | SOLD-STK:ED169248 ENG:4.4L_GDI_DOHC_T |
|---|---|---|---|
| 14:35 04SEP15 | 17:07 14SEP15 | | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

A CLIENT STATES BOTH FRONT TIRES HAVE BUBBLES ON SIDEWALL. PLEASE CHECK
    IN VICE.
    TPM CUSTOMER STATES THE TIRE PRESSURE WARNING
    COME ON THE DISPLAY. PLEASE CHECK AND
    ADVISE.
        5270    IPS                                                    (N/C)
PARTS:    0.00   LABOR:    0.00   OTHER:    0.00    TOTAL LINE A:        0.00
,,,,12455 FOUND BOTH FRONT TIRES WITH MULTIPLE BUBBLES IN SIDEWALL.
,,,,RECOMMEND REPLACEMENT BALANCING AND ALIGNMENT. Coverage declined at
,,,,this time by Easycare.
            ************************************************
B CLIENT STATES THE DRIVETRAIN MALFUNCTION WARNING LIGHT HAS BEEN
    COMING ON. PLEASE CHECK IN HIS LIFE.
CAUSE: .
    0000006 PERFORMING VEHICLE TEST
        5270    WC                                                     (N/C)
    1 11-15-8-637-873 VENT PIPE:111066                                 (N/C)
    1 11-15-8-647-299 CONNECTING LINE:111060                           (N/C)
    6121528 CHARGING BATTERY
        5270    WC                                                     (N/C)
    1115515 R/I OR RPEL ENGINE VENT LINES
        5270    WC                                                     (N/C)
    FC: 1115004800
    PART#:
    COUNT:
    CLAIM TYPE:
    AUTH CODE:

PARTS:    0.00   LABOR:    0.00   OTHER:    0.00    TOTAL LINE B:        0.00
,,,,12455 CONNECT BATTERY CHARGER PERFORMED VEHICLE TEST. FOUND FC
,,,,STORED FOR AIR MASS, MIXTURE TOO LEAN. PERFORMED TEST PLAN. PERFORMED
,,,,SMOKING OF VEHICLE WITH BMW APPROVED SMOKE MACHINE. FOUND LEAK FROM
,,,,CRANKCASE VENT HOSES. REMOVED AND REPLACED CRANKCASE VENT HOSES.
,,,,CLEARED FAULT MEMORY AND TEST DROVE VEHICLE. EVERYTHING OPERATING AS

PAYMENT IN FULL REQUIRED PRIOR TO
RELEASE OF VEHICLE

METHOD OF PAYMENT WE ACCEPT
THE FOLLOWING: CASH MASTERCARD
VISA AMX COMPANY OR
PERSONALIZED CHECK $2,000.00
WITH THE FOLLOWING

1) CHECK GUARANTEE CARD
2) VALID DRIVERS LICENSE
3) NAME AND ADDRESS
(NO. P.O. IMPRINTED ON CHECK)

NOTICE TO CUSTOMER
I acknowledge notice an oral approval of any additional customer
or warranty work performed and/or increase in the original
estimate price. I also acknowledge and approve all repairs as
itemized and/or receipt of vehicle. I also acknowledge receipt of
additional consumer warranty and service information contained
in the Parts & Service Warranty Disclaimer.

ORIGINAL                      AUTHORIZED
ESTIMATE $ _____          REVISED ESTIMATE $ _____

CUSTOMER SIGNATURE

X

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES/ADJ. | |
| TOTAL CHARGES | |
| LESS AMOUNT | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

B.A.R.# AD199200  E.P.A.# CAD981581754

Copyright 2000 ADP, Inc    SERVICE INVOICE #2  X3I2C              CUSTOMER COPY              **MANSHOORY000301**

CUSTOMER #: 574545
UNIT# *

381410

INVOICE


**BEVERLY HILLS BMW**
Service and Parts: 5151  Wilshire Blvd.
Los Angeles, CA 90036
Telephone (323) 801-1600 Fax (323) 801-1700
Sales: 5070  Wilshire Blvd., Los Angeles, CA 90036
Telephone (323) 801-1430 Fax (323) 801-1439
www.bmwofbeverlyhills.com

MICHAEL MANSHOORY
1425 N ALTA VISTA BLVD APT 111
LOS ANGELES, CA 90046-4373        PAGE 2
HOME:310-770-0782 CONT:310-770-0782
BUS: 310-562-6122 CELL:

SERVICE ADVISOR: 5278 ROBERT POURIAN

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| 300/White | 14 | BMW 650i Convertible | WBAYP9C52ED169248 | | 12451/12455 | T91778 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|
| 15DEC13 DE | | | 17:00 04SEP15 | | CASH | 14SEP15 |

| R.O. OPENED | READY | OPTIONS: | SOLD-STK:ED169248 ENG:4.4L_GDI_DOHC_T |
|---|---|---|---|
| 14:35 04SEP15 | 17:07 14SEP15 | | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

,,,,DESIGNED
*********************************************************

C *Maintenance Plan
    MP BMW MAINTENANCE PLAN
        5270   IPS                                                    (N/C)
    PARTS:   0.00 LABOR:    0.00 OTHER:    0.00  TOTAL LINE C:    0.00
,,,,12455
            *********************************************************

D *Inspect Adjust Tire Pressures as per CARB Requirement
    CARB CHECK TIRE PRESSURE AND RECORD LF___ RF___
        RR___ LR___
        5270   IPS                                                    (N/C)
    PARTS:   0.00 LABOR:    0.00 OTHER:    0.00  TOTAL LINE D:    0.00
,,,,12455 ADJUST TIRE PRESSURE LF3 6SPI RF 36SPI RR 36PSI LR 36SPI
            *********************************************************

E *Complimentary Multipoint Inspection ... a $49.97 Value
    IBMW IBMW VEHICLE INSPECTION INCLUDING CHECK TIRE
        PRESSURE RF_____ LF_____ RR_____ LR_____
        5270   IPS                                                    (N/C)
    PARTS:   0.00 LABOR:    0.00 OTHER:    0.00  TOTAL LINE E:    0.00
,,,,12455
,,,,PERFORMED MPI
,,,,RECOMMEND 4 WHEEL BALANCING
,,,,RECOMMEND ALIGNMENT
,,,,RECOMMEND 2 FRONT TIRES WITH BUBBLES
            *********************************************************

EST: 0.00        04SEP15 14:35   SA: 5278


*********THE FOLLOWING WORK WAS RECOMMENDED BUT NOT PERFORMED*********************
,,SUMMARY  VIBRT bubbles on sidewall of both front tires. ---2 X ----DUNLOP SP SPORT
        4 wheel balancing
        AL4 ALIGNMENT

| | NOTICE TO CUSTOMER | DESCRIPTION | TOTALS |
|---|---|---|---|
| PAYMENT IN FULL REQUIRED PRIOR TO RELEASE OF VEHICLE | I acknowledge notice an oral approval of any additional customer or warranty work performed and/or increase in the original estimate price. I also acknowledge and approve all repairs as itemized and/or receipt of vehicle. I also acknowledge receipt of additional consumer warranty and service information contained in the Parts & Service Warranty Disclaimer. | LABOR AMOUNT | |
| METHOD OF PAYMENT WE ACCEPT THE FOLLOWING: CASH MASTERCARD VISA AMX COMPANY OR PERSONALIZED CHECK $2,000.00 WITH THE FOLLOWING | | PARTS AMOUNT | |
| | | GAS, OIL, LUBE | |
| | | SUBLET AMOUNT | |
| 1) CHECK GUARANTEE CARD 2) VALID DRIVERS LICENSE 3) NAME AND ADDRESS (NO. P.O. IMPRINTED ON CHECK) | ORIGINAL ESTIMATE $ _____  AUTHORIZED REVISED ESTIMATE $ _____  CUSTOMER SIGNATURE  X | MISC. CHARGES/ADJ. | |
| | | TOTAL CHARGES | |
| | | LESS AMOUNT | |
| | | SALES TAX | |
| | | PLEASE PAY THIS AMOUNT | |

B.A.R.# AD199200  E.P.A.# CAD981581754

Copyright 2000 ADP, Inc   SERVICE INVOICE #2  X8/2C        CUSTOMER COPY        MANSHOORY000302

CUSTOMER #: 574545
UNIT# *

381410

**BEVERLY HILLS BMW**

INVOICE

Service and Parts: 5151 Wilshire Blvd.
Los Angeles, CA 90036
Telephone (323) 801-1600 Fax (323) 801-1700
Sales: 5070 Wilshire Blvd., Los Angeles, CA 90036
Telephone (323) 801-1430 Fax (323) 801-1439
www.bmwofbeverlyhills.com

MICHAEL MANSHOORY
1425 N ALTA VISTA BLVD APT 111
LOS ANGELES, CA 90046-4373
HOME:310-770-0782 CONT:310-770-0782
BUS: 310-562-6122 CELL:

PAGE 3

SERVICE ADVISOR: 5278 ROBERT POURIAN

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
| 300/White | 14 | BMW 650i Convertible | WBAYP9C52ED169248 | | 12451/12455 | T91778 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|---------|-----------|
| 15DEC13 DD | | | 17:00 04SEP15 | | CASH | 14SEP15 |

| R.O. OPENED | READY | OPTIONS: | SOLD-STK:ED169248 ENG:4.4L_GDI_DOHC_T |
|-------------|-------|----------|----------------------------------------|
| 14:35 04SEP15 | 17:07 14SEP15 | | |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|------|--------|------|------|-------|--|------|-----|-------|
| | | DOME LIGHT COMPLETE IF WE CANNOT ORDER THE PASS AIR BAG BUTTON/COVER | | | | | | |

PAYMENT IN FULL REQUIRED PRIOR TO RELEASE OF VEHICLE

METHOD OF PAYMENT WE ACCEPT
THE FOLLOWING: CASH MASTERCARD
VISA AMX COMPANY OR
PERSONALIZED CHECK $2,000.00
WITH THE FOLLOWING

1) CHECK GUARANTEE CARD
2) VALID DRIVERS LICENSE
3) NAME AND ADDRESS
(NO. P.O. IMPRINTED ON CHECK)

NOTICE TO CUSTOMER
I acknowledge notice an oral approval of any additional customer or warranty work performed and/or increase in the original estimate price. I also acknowledge and approve all repairs as itemized and/or receipt of vehicle. I also acknowledge receipt of additional consumer warranty and service information contained in the Parts & Service Warranty Disclaimer.

ORIGINAL
ESTIMATE $ _____

AUTHORIZED
REVISED ESTIMATE $ _____

CUSTOMER SIGNATURE
X

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES/ADJ. | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS AMOUNT | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

B.A.R.# AD199200  E.P.A.# CAD981581754

Copyright 2000 ADP Inc.    SERVICE INVOICE #2 XS120

CUSTOMER COPY

MANSHOORY000303

# EXHIBIT "C"

CUSTOMER #: 574545
UNIT# *

393147

INVOICE

 **BEVERLY HILLS BMW**

Service and Parts: 5151 Wilshire Blvd.
Los Angeles, CA 90036
Telephone (323) 801-1600 Fax (323) 801-1700
Sales: 5070 Wilshire Blvd., Los Angeles, CA 90036
Telephone (323) 801-1430 Fax (323) 801-1439
www.bmwofbeverlyhills.com

MICHAEL MANSHOORY
1425 N ALTA VISTA BLVD APT 111
LOS ANGELES, CA 90046-4373
HOME: 310-770-0782  CONT: 310-770-0782
BUS: 310-562-6122 CELL:

PAGE 1

SERVICE ADVISOR: 3096 JACQUES RILEY

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| 300/White | 14 | BMW 650i Convertible | WBAYP9C52ED169248 | 7DQW106 | 16938/16941 | T393 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|
| 15DEC13 DD | | | 17:00 22DEC15 | | CASH | 24DEC15 |

| R.O. OPENED | READY | OPTIONS: SOLD-STK:ED169248 DLR:21319 | | |
|---|---|---|---|---|
| 15:45 19DEC15 | 09:39 24DEC15 | ENG:4.4L_GDI_DOHC_T | | |

| LINE | OPCODE | TECH | TYPE | HOURS | | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|---|

A CUST STATES CHECK ENGINE LIGHT IS ON A CAR LOST POWER
   25BMZ ENGINE COMPLAINTS
     5060   IPS                                                (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00    TOTAL LINE A:    0.00
,,,,16941 VEHICLE HAS FAULTS STORED FOR MULTIPLE MISFIRES . CONNECTED
,,,,BATTERY CHARGER AND RAN A SHORT TEST, MULTIPLE MISFIRE FAULTS STORED
,,,,FOR ALL CYLINDERS AND FAULT STORED IN DME FOR VEHICLE DRIVEN UNTIL FUEL
,,,,TANK IS COMPLETELY EMPTY, ALL MISFIRES CAUSED BY VEHICLE HAVING NO FULE
,,,,IN TANK, VEHICLE CAME IN WITH NO FUEL IN TANK, CLEARED FAULTS, VEHICLE
,,,,IS OPERATING AS DESIGNED.
                    ***************************************************

B CUST STATES PERFORM RECALL B61 30 14
CAUSE: .
    6121517 REPLACING BATTERY,WITH REGISTERING
        BATTERY REPLACEMENT.
        5060   W                                    (N/C)
    1 61-21-2-353-812 EP BATTERY 92AH:612010             (N/C)
    CORE CHARGE W                                (N/C)
    FC: 85100265MP
    PART#:
    COUNT:
    CLAIM TYPE:
    AUTH CODE:

PARTS:    0.00  LABOR:    0.00  OTHER:    0.00    TOTAL LINE B:    0.00
,,,,recall 61-30-14 replaced vehicle battery as per recall
,,,,instructions, registered battery to vehicle.. vehicle is operating as
,,,,designed.
                    ***************************************************
C *Standard Scope MP
CAUSE: .
    0000105 SERVICE - STANDARD SCOPE.
        5060   WCM                                (N/C)
    FC: 85990501MP

| | NOTICE TO CUSTOMER | DESCRIPTION | TOTALS |
|---|---|---|---|
| PAYMENT IN FULL REQUIRED PRIOR TO RELEASE OF VEHICLE | I acknowledge notice an oral approval of any additional customer or warranty work performed and/or increase in the original estimate price. I also acknowledge and approve all repairs as itemized and/or receipt of vehicle. I also acknowledge receipt of additional consumer warranty and service information contained in the Parts & Service Warranty Disclaimer. | LABOR AMOUNT | |
| | | PARTS AMOUNT | |
| METHOD OF PAYMENT WE ACCEPT THE FOLLOWING: CASH MASTERCARD VISA AMX COMPANY OR PERSONALIZED CHECK $2,000.00 WITH THE FOLLOWING | | GAS, OIL, LUBE | |
| | | SUBLET AMOUNT | |
| | | MISC. CHARGES/ADJ. | |
| | ORIGINAL ESTIMATE $ _____  AUTHORIZED REVISED ESTIMATE $ _____ | TOTAL CHARGES | |
| 1) CHECK GUARANTEE CARD 2) VALID DRIVERS LICENSE 3) NAME AND ADDRESS (NO. P.O. IMPRINTED ON CHECK) | | LESS AMOUNT | |
| | | SALES TAX | |
| | CUSTOMER SIGNATURE X | PLEASE PAY THIS AMOUNT | |

B.A.R.# AD199200  E.P.A.# CAD981581754

CUSTOMER #: 574545
UNIT# *

 **BEVERLY HILLS BMW**

393147

INVOICE

Service and Parts: 5151 Wilshire Blvd.
Los Angeles, CA 90036
Telephone (323) 801-1600 Fax (323) 801-1700
Sales: 5070 Wilshire Blvd., Los Angeles, CA 90036
Telephone (323) 801-1430 Fax (323) 801-1439
www.bmwofbeverlyhills.com

MICHAEL MANSHOORY
1425 N ALTA VISTA BLVD APT 111
LOS ANGELES, CA 90046-4373
HOME:310-770-0782 CONT:310-770-0782
BUS: 310-562-6122 CELL:

PAGE 2

SERVICE ADVISOR: 3096 JACQUES RILEY

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| 300/White | 14 | BMW 650i Convertible | WBAYP9C52ED169248 | 7DQW106 | 16938/16941 | T393 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|
| 15DEC13 DD | | | 17:00 22DEC15 | | CASH | 24DEC15 |

| R.O. OPENED | READY | OPTIONS: SOLD-STK:ED169248 DLR:21319 |
|---|---|---|
| 15:45 19DEC15 | 09:39 24DEC15 | ENG:4.4L_GDI_DOHC_T |

LINE OPCODE TECH TYPE HOURS                        LIST      NET      TOTAL

```
      PART#:
      COUNT:
      CLAIM TYPE:
      AUTH CODE:

PARTS:      0.00  LABOR:      0.00  OTHER:      0.00   TOTAL LINE C:        0.00
,,,,STANDARD SCOPE.
           ***************************************************
D *Change Engine Oil Oil Filter
CAUSE: .
      0000610 ENGINE OIL SERVICE.
          5060   WCM                                                        (N/C)
          1 11-42-7-583-220 SET OIL-FILTER
          ELEMENT:114010                                                    (N/C)
          10 83-21-2-405-085 BMW GROUP LL-01
          5W-30:832511                                                      (N/C)
      FC: 85990091MP
      PART#:
      COUNT:
      CLAIM TYPE:
      AUTH CODE:

PARTS:      0.00  LABOR:      0.00  OTHER:      0.00   TOTAL LINE D:        0.00
,,,,performed a oil and filter service.
           ***************************************************
E *Change Micro-Filters Single MP
CAUSE: F
      0000616 MICROFILTER SERVICE.
          5060   WCM                                                        (N/C)
          1 64-11-9-272-642 SET, MICROFILTER/ACTIV.
          CHAR:643010                                                       (N/C)
      FC: 64310237MP
      PART#:
      COUNT:
```

PAYMENT IN FULL REQUIRED PRIOR TO RELEASE OF VEHICLE

METHOD OF PAYMENT WE ACCEPT
THE FOLLOWING: CASH MASTERCARD
VISA AMX COMPANY OR
PERSONALIZED CHECK $2,000.00
WITH THE FOLLOWING

1) CHECK GUARANTEE CARD
2) VALID DRIVERS LICENSE
3) NAME AND ADDRESS
(NO. P.O. IMPRINTED ON CHECK)

NOTICE TO CUSTOMER
I acknowledge notice an oral approval of any additional customer or warranty work performed and/or increase in the original estimate price. I also acknowledge and approve all repairs as itemized and/or receipt of vehicle. I also acknowledge receipt of additional consumer warranty and service information contained in the Parts & Service Warranty Disclaimer.

ORIGINAL
ESTIMATE $ _____

AUTHORIZED
REVISED ESTIMATE $ _____

CUSTOMER SIGNATURE
X

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES/ADJ. | |
| TOTAL CHARGES | |
| LESS AMOUNT | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

B.A.R.# AD199200  E.P.A.# CAD981581754

Copyright 2000 ADP, Inc.    SERVICE INVOICE #2  XSR2C

CUSTOMER COPY

MANSHOORY000309

CUSTOMER #: 574545          393147       **BEVERLY HILLS BMW**
UNIT# *                                  Service and Parts: 5151 Wilshire Blvd.
                            INVOICE          Los Angeles, CA 90036
MICHAEL MANSHOORY                        Telephone (323) 801-1600 Fax (323) 801-1700
1425 N ALTA VISTA BLVD APT 111           Sales: 5070 Wilshire Blvd., Los Angeles, CA 90036
LOS ANGELES, CA 90046-4373   PAGE 3      Telephone (323) 801-1430 Fax (323) 801-1439
HOME:310-770-0782 CONT:310-770-0782          www.bmwofbeverlyhills.com
BUS: 310-562-6122 CELL:      SERVICE ADVISOR: 3096 JACQUES RILEY

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| 300/White | 14 | BMW 650i Convertible | WBAYP9C52ED169248 | 7DQW106 | 16938/16941 | T393 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|
| 15DEC13 DE | | | 17:00 22DEC15 | | CASH | 24DEC15 |

| R.O. OPENED | READY | OPTIONS: SOLD-STK:ED169248 DLR:21319 |
|---|---|---|
| 15:45 19DEC15 | 09:39 24DEC15 | ENG:4.4L_GDI_DOHC_T |

LINE OPCODE TECH TYPE HOURS                      LIST      NET      TOTAL
     CLAIM TYPE:
     AUTH CODE:

PARTS:     0.00  LABOR:     0.00  OTHER:     0.00   TOTAL LINE E:        0.00
,,,,replaced micro filters.
          ************************************************
F *Maintenance Plan
     MP BMW MAINTENANCE PLAN
        5060   IPS                                                  (N/C)
PARTS:     0.00  LABOR:     0.00  OTHER:     0.00   TOTAL LINE F:        0.00
,,,,MAINTENANCE PLAN.
          ************************************************
G *Inspect Adjust Tire Pressures as per CARB Requirement
     CARB CHECK TIRE PRESSURE AND RECORD LF___ RF___
        RR___ LR___
        5060   IPS                                                  (N/C)
PARTS:     0.00  LABOR:     0.00  OTHER:     0.00   TOTAL LINE G:        0.00
,,,,SET FRONT TIRES TO 38PSI AND REAR TIRES TO 42PSI. REAR TIRES ARE
,,,,UNSAFE TO DRIVE ON..
          ************************************************
H *Complimentary Multipoint Inspection ... a $49.97 Value
     IBMW IBMW VEHICLE INSPECTION INCLUDING CHECK TIRE
        PRESSURE RF_____ LF____ RR____ LR____
        5060   IPS                                                  (N/C)
PARTS:     0.00  LABOR:     0.00  OTHER:     0.00   TOTAL LINE H:        0.00
,,,,multi point inspection
          ************************************************
I Moved to: 393147C Line: A
     MOVED Moved to: 393147C Line: A
        99 ISPO                                                    (N/C)
PARTS:     0.00  LABOR:     0.00  OTHER:     0.00   TOTAL LINE I:        0.00
          ************************************************
*** THE FOLLOWING WORK NOT DONE-TRANSFERRED TO RO#393147C ***
I Moved to: 393147C Line: A

| | NOTICE TO CUSTOMER | DESCRIPTION | TOTALS |
|---|---|---|---|
| PAYMENT IN FULL REQUIRED PRIOR TO RELEASE OF VEHICLE | I acknowledge notice an oral approval of any additional customer or warranty work performed and/or increase in the original estimate price. I also acknowledge and approve all repairs as itemized and/or receipt of vehicle. I also acknowledge receipt of additional consumer warranty and service information contained in the Parts & Service Warranty Disclaimer. | LABOR AMOUNT | |
| METHOD OF PAYMENT WE ACCEPT THE FOLLOWING: CASH MASTERCARD VISA AMX COMPANY OR PERSONALIZED CHECK $2,000.00 WITH THE FOLLOWING | | PARTS AMOUNT | |
| | | GAS, OIL, LUBE | |
| | | SUBLET AMOUNT | |
| | | MISC. CHARGES/ADJ. | |
| 1) CHECK GUARANTEE CARD 2) VALID DRIVERS LICENSE 3) NAME AND ADDRESS (NO. P.O. IMPRINTED ON CHECK) | ORIGINAL ESTIMATE $ _____   AUTHORIZED REVISED ESTIMATE $ _____ | TOTAL CHARGES | |
| | | LESS AMOUNT | |
| | CUSTOMER SIGNATURE | SALES TAX | |
| | X | PLEASE PAY THIS AMOUNT | |

B.A.R.# AD199200  E.P.A.# CAD981561754

Copyright 2000 ADP, Inc.   SERVICE INVOICE #2  XSING        CUSTOMER COPY        MANSHOORY000310

CUSTOMER #: 574545                    393147          **BEVERLY HILLS BMW**

UNIT# *                             INVOICE          Service and Parts: 5151 Wilshire Blvd.
                                                                    Los Angeles, CA 90036
MICHAEL MANSHOORY                                    Telephone (323) 801-1600 Fax (323) 801-1700
1425 N ALTA VISTA BLVD APT 111                       Sales: 5070 Wilshire Blvd., Los Angeles, CA 90036
LOS ANGELES, CA 90046-4373           PAGE 4          Telephone (323) 801-1430 Fax (323) 801-1439
HOME:310-770-0782 CONT:310-770-0782                            www.bmwofbeverlyhills.com
BUS: 310-562-6122 CELL:              SERVICE ADVISOR: 3096 JACQUES RILEY

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
| 300/White | 14 | BMW 650i Convertible | WBAYP9C52ED169248 | 7DQW106 | 16938/16941 | T393 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|--|---------|-----------|
| 15DEC13 DD | | | 17:00 22DEC15 | | | CASH | 24DEC15 |

| R.O. OPENED | READY | OPTIONS: SOLD-STK:ED169248 DLR:21319 |
|-------------|-------|--------------------------------------|
| 15:45 19DEC15 | 09:39 24DEC15 | ENG:4.4L_GDI_DOHC_T |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|------------------------------|------|-----|-------|
| EST: 0.00          19DEC15 15:45  SA: 3096 | | | |

INTERNAL PAY SHOP CHARGE FOR REPAIR ORDER                          (N/C)

PAYMENT IN FULL REQUIRED PRIOR TO RELEASE OF VEHICLE

METHOD OF PAYMENT WE ACCEPT THE FOLLOWING: CASH MASTERCARD VISA AMX COMPANY OR PERSONALIZED CHECK $2,000.00 WITH THE FOLLOWING

1) CHECK GUARANTEE CARD
2) VALID DRIVERS LICENSE
3) NAME AND ADDRESS
(NO, P.O. IMPRINTED ON CHECK)

NOTICE TO CUSTOMER
I acknowledge notice an oral approval of any additional customer or warranty work performed and/or increase in the original estimate price. I also acknowledge and approve all repairs as itemized and/or receipt of vehicle. I also acknowledge receipt of additional consumer warranty and service information contained in the Parts & Service Warranty Disclaimer.

ORIGINAL
ESTIMATE $ _____

AUTHORIZED
REVISED ESTIMATE $ _____

CUSTOMER SIGNATURE
X

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES/ADJ. | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS AMOUNT | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

B.A.R.# AD199200  E.P.A.# CAD981581754

# EXHIBIT "D"

CUSTOMER #: 574545
UNIT# *

MICHAEL MANSHOORY
1425 N ALTA VISTA BLVD APT 111
LOS ANGELES, CA 90046-4373
MMANSHOORY@YAHOO.COM
HOME:310-770-0782 CONT:213-840-2500
BUS: 310-562-6122 CELL:213-840-2500

421218

INVOICE

PAGE 1


**BEVERLY HILLS BMW**

Service and Parts: 5151 Wilshire Blvd.
Los Angeles, CA 90036
Telephone (323) 801-1600 Fax (323) 801-1700
Sales: 5070 Wilshire Blvd., Los Angeles, CA 90036
Telephone (323) 801-1430 Fax (323) 801-1439
www.bmwofbeverlyhills.com

SERVICE ADVISOR: 647 JEFFREY BAKER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| 300/White | 14 | BMW 650i Convertible | WBAYP9C52ED169248 | 7DQW106 | 23052/23054 | T474 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|
| 15DEC13 DD | | | 17:00 08SEP16 | | CASH | 27SEP16 |

| R.O. OPENED | READY | OPTIONS: SOLD-STK:ED169248 DLR:21319 |
|---|---|---|
| 08:36 08SEP16 | 16:07 27SEP16 | ENG:4.4L_GDI_DOHC_T |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

A CUST STATES LEVEL CONTROL WARNING DISPLAYED.
CAUSE: .
    35 STEERING/SUSPENSION
        5303    IPS                              (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00    TOTAL LINE A:    0.00
,,,,23054 FAULTS STORED FOR SELF LEVELING, SOFTWARE ISSUE. SEE LINE D
,,,,FOR REPAIRS
        **************************************************
B CUST STATES ENGINE WARNING LAMP ON.
CAUSE: .
    0000556 PERFORMING VEHICLE TEST
        5303      W                              (N/C)
    1 16-13-7-448-091 RESSURE SWITCH, LEAK
      DIAGNO:162020                           (N/C)
    6121528 CHARGING BATTERY
        5303      W                              (N/C)
    1613521 R/I OR R/R PSI SWITCH FOR NVLD
        5303      W                              (N/C)
    FC: 1613111200
    PART#:
    COUNT:
    CLAIM TYPE:
    AUTH CODE:

PARTS:    0.00  LABOR:    0.00  OTHER:    0.00    TOTAL LINE B:    0.00
,,,,hooked up battery charger and icid and performed short test, FOUND
,,,,CODE FOR FUEL TANK VENTILATION, PERFORMED TEST PLAN, REPLACED NVLD
,,,,SWITCH, ROAD TEST COMPLETE
        **************************************************
C CUST STATES LOW WASHER FLUID WARNING LAMP ON.
    80 ELECTRICAL ACCESSORY?
        5303    IPS                              (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00    TOTAL LINE C:    0.00
,,,,23052 TOPPED OFF FLUID. ADDED IN CONJUNCTION WITH OIL SERVICE JOB

| NOTICE TO CUSTOMER | DESCRIPTION | TOTALS |
|---|---|---|
| I acknowledge notice an oral approval of any additional customer or warranty work performed and/or increase in the original estimate price. I also acknowledge and approve all repairs as itemized and/or receipt of vehicle. I also acknowledge receipt of additional consumer warranty and service information contained in the Parts & Service Warranty Disclaimer. | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| | MISC. CHARGES/ADJ. | |
| | TOTAL CHARGES | |
| | LESS AMOUNT | |
| | SALES TAX | |

PAYMENT IN FULL REQUIRED PRIOR TO RELEASE OF VEHICLE

METHOD OF PAYMENT WE ACCEPT
THE FOLLOWING: CASH MASTERCARD
VISA AMX COMPANY OR
PERSONALIZED CHECK $2,000.00
WITH THE FOLLOWING

  1) CHECK GUARANTEE CARD
  2) VALID DRIVERS LICENSE
  3) NAME AND ADDRESS
  (NO. P.O. IMPRINTED ON CHECK)

ORIGINAL
ESTIMATE $ _____

AUTHORIZED
REVISED ESTIMATE $ _____

CUSTOMER SIGNATURE
X

| PLEASE PAY THIS AMOUNT | |
|---|---|

B.A.R.# AD199200  E.P.A.# CAD981581754

Copyright 2000 ADP, Inc.   SERVICE INVOICE #2  KS/GC

CUSTOMER COPY

MANSHOORY000327

CUSTOMER #: 574545
UNIT# *

MICHAEL MANSHOORY
1425 N ALTA VISTA BLVD APT 111
LOS ANGELES, CA 90046-4373
MMANSHOORY@YAHOO.COM
HOME:310-770-0782  CONT:213-840-2500
BUS: 310-562-6122  CELL:213-840-2500

421218

INVOICE

PAGE 2



**BEVERLY HILLS BMW**

Service and Parts: 5151 Wilshire Blvd.
Los Angeles, CA 90036
Telephone (323) 801-1600 Fax (323) 801-1700
Sales: 5070 Wilshire Blvd., Los Angeles, CA 90036
Telephone (323) 801-1430 Fax (323) 801-1439
www.bmwofbeverlyhills.com

SERVICE ADVISOR: 647 JEFFREY BAKER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| 300/White | 14 | BMW 650i Convertible | WBAYP9C52ED169248 | 7DQW106 | 23052/23054 | T474 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|
| 15DEC13 DD | | | 17:00 08SEP16 | | CASH | 27SEP16 |

| R.O. OPENED | READY | OPTIONS: SOLD-STK:ED169248 DLR:21319 |
|---|---|---|
| 08:36 08SEP16 | 16:07 27SEP16 | ENG:4.4L_GDI_DOHC_T |

LINE OPCODE TECH TYPE HOURS                          LIST      NET      TOTAL
,,,,LINE "P".
     ************************************************
D CUST STATES SOS MALFUNCTION WARNING DISPLAYED.
CAUSE: .
    80 ELECTRICAL ACCESSORY?
                                                              (N/C)
         5303   IPS
PARTS:   0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE D:    0.00
,,,,23054 signal error in TCB during self test HOOKED UP BATTERY
,,,,CHARGER FAULT CODE FOR GSM-B7F32B WORKED THROUGH TEST PLAN AND PER SIB
,,,,84 07 15 PERFORMED COMPLETE VEHICLE PROGRAMMING AND CODING.
     ************************************************
E CUST STATES RADIO CONTROLS MALFUNCTIONING.
    80 ELECTRICAL ACCESSORY?
                                                              (N/C)
         5303   IPS
PARTS:   0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE E:    0.00
,,,,HOOKED UP BATTERY CHARGER AND PERFORMED COMPLETE VEHICLE
,,,,PROGRAMMING, COMPLETE
     ************************************************
F REAR COLLISION WARNING FAILURE DISPLAYED.
    80 ELECTRICAL ACCESSORY?
                                                              (N/C)
         5303   IPS
PARTS:   0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE F:    0.00
,,,,HOOKED UP BATTERY CHARGER AND PERFORMED COMPLETE VEHICLE
,,,,PROGRAMMING, COMPLETE
     ************************************************
G CUST STATES FUEL GAUGE INOPERATIVE. DISPLAY IS EMPTY.
    70 INSTRUMENTS
                                                              (N/C)
         5303   IPS
PARTS:   0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE G:    0.00
,,,,HOOKED UP BATTERY CHARGER AND PERFORMED COMPLETE VEHICLE
,,,,PROGRAMMING, COMPLETE
     ************************************************
H CUST STATES IDRIVE DISPLAY FOR INSTRUMENT CLUSER UPDATE REQUIRED.
    70 INSTRUMENTS

| | NOTICE TO CUSTOMER | DESCRIPTION | TOTALS |
|---|---|---|---|
| PAYMENT IN FULL REQUIRED PRIOR TO RELEASE OF VEHICLE | I acknowledge notice an oral approval of any additional customer or warranty work performed and/or increase in the original estimate price. I also acknowledge and approve all repairs as itemized and/or receipt of vehicle. I also acknowledge receipt of additional consumer warranty and service information contained in the Parts & Service Warranty Disclaimer. | LABOR AMOUNT | |
| | | PARTS AMOUNT | |
| METHOD OF PAYMENT WE ACCEPT THE FOLLOWING: CASH MASTERCARD VISA AMX COMPANY OR PERSONALIZED CHECK $2,000.00 WITH THE FOLLOWING | | GAS, OIL, LUBE | |
| | | SUBLET AMOUNT | |
| | | MISC. CHARGES/ADJ. | |
| | | TOTAL CHARGES | |
| 1) CHECK GUARANTEE CARD 2) VALID DRIVERS LICENSE 3) NAME AND ADDRESS (NO. P.O. IMPRINTED ON CHECK) | ORIGINAL ESTIMATE $ _____   AUTHORIZED REVISED ESTIMATE $ _____   CUSTOMER SIGNATURE X | LESS AMOUNT | |
| | | SALES TAX | |
| | | PLEASE PAY THIS AMOUNT | |

B.A.R.# AD199200  E.P.A.# CAD981581754

CUSTOMER #: 574545
UNIT# *



**421218**

INVOICE

**BEVERLY HILLS BMW**
Service and Parts: 5151 Wilshire Blvd.
Los Angeles, CA 90036
Telephone (323) 801-1600 Fax (323) 801-1700
Sales: 5070 Wilshire Blvd., Los Angeles, CA 90036
Telephone (323) 801-1430 Fax (323) 801-1439
www.bmwofbeverlyhills.com

MICHAEL MANSHOORY
1425 N ALTA VISTA BLVD APT 111
LOS ANGELES, CA 90046-4373
MMANSHOORY@YAHOO.COM
HOME: 310-770-0782 CONT: 213-840-2500
BUS: 310-562-6122 CELL: 213-840-2500

PAGE 3

SERVICE ADVISOR:  647 JEFFREY BAKER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| 300/White | 14 | BMW 650i Convertible | WBAYP9C52ED169248 | 7DQW106 | 23052/23054 | T474 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|
| 15DEC13 DD | | | 17:00 08SEP16 | | CASH | 27SEP16 |

| R.O. OPENED | READY | OPTIONS: | | |
|---|---|---|---|---|
| 08:36 08SEP16 | 16:07 27SEP16 | SOLD-STK: ED169248  DLR: 21319 | | |
| | | ENG: 4.4L_GDI_DOHC_T | | |

LINE OPCODE TECH TYPE HOURS                          LIST        NET        TOTAL
         5303    IPS                                                        (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE H:             0.00
,,,,HOOKED UP BATTERY CHARGER AND PERFORMED COMPLETE VEHICLE
,,,,PROGRAMMING, COMPLETE
           * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
I CUST STATES PEDESTRIAN WARNING DISPLAYED.
    80 ELECTRICAL ACCESSORY?
         5303    IPS                                                        (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE I:             0.00
,,,,HOOKED UP BATTERY CHARGER AND PERFORMED COMPLETE VEHICLE
,,,,PROGRAMMING, COMPLETE
           * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
J CUST STATES CORNERING ABILITY RESTRICTED WARNING DISPLAYED.
    80 ELECTRICAL ACCESSORY?
         5303    IPS                                                        (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE J:             0.00
,,,,HOOKED UP BATTERY CHARGER AND PERFORMED COMPLETE VEHICLE
,,,,PROGRAMMING, COMPLETE
           * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
K CUST STATES BRAKES SQUEAK.
    40 BRAKE SYSTEM
         5303    IPS                                                        (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE K:             0.00
,,,,23052 PERFORMED FRONT BRAKE SERVICE AND REPLACED PADS AND ROTORS IN
,,,,JOB LINE "L".
           * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
L CUST STATES BRAKE PEDAL PULSATES AND/OR STEERING WHEEL SHAKES WHEN
    BRAKING.
CAUSE: .
    3411609 R/I OR REPLACING BOTH FRONT BRAKE DISCS.
         5303    WCM                                                        (N/C)
    2 34-21-1-161-806 INNER HEX BOLT: 349500                               (N/C)
    1 34-11-6-793-021 REPAIR KIT, BRAKE PADS
    ASBES: 348011                                                          (N/C)

**PAYMENT IN FULL REQUIRED PRIOR TO RELEASE OF VEHICLE**

METHOD OF PAYMENT WE ACCEPT THE FOLLOWING: CASH MASTERCARD VISA AMX COMPANY OR PERSONALIZED CHECK $2,000.00 WITH THE FOLLOWING

1) CHECK GUARANTEE CARD
2) VALID DRIVERS LICENSE
3) NAME AND ADDRESS
(NO. P.O. IMPRINTED ON CHECK)

NOTICE TO CUSTOMER
I acknowledge notice an oral approval of any additional customer or warranty work performed and/or increase in the original estimate price. I also acknowledge and approve all repairs as itemized and/or receipt of vehicle. I also acknowledge receipt of additional consumer warranty and service information contained in the Parts & Service Warranty Disclaimer.

ORIGINAL
ESTIMATE $ _____

AUTHORIZED
REVISED ESTIMATE $ _____

CUSTOMER SIGNATURE
X

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES/ADJ. | |
| TOTAL CHARGES | |
| LESS AMOUNT | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

B.A.R.# AD199200  E.P.A.# CAD981581754

Copyright 2000 ADP, Inc.   SERVICE INVOICE #2-3/2C

**CUSTOMER COPY**

**MANSHOORY000329**

CUSTOMER #: 574545                          421218          **BEVERLY HILLS BMW**
UNIT# *

                                            INVOICE         Service and Parts: 5151 Wilshire Blvd.
MICHAEL MANSHOORY                                           Los Angeles, CA 90036
1425 N ALTA VISTA BLVD APT 111                              Telephone (323) 801-1600 Fax (323) 801-1700
LOS ANGELES, CA 90046-4373                  PAGE 4          Sales: 5070 Wilshire Blvd., Los Angeles, CA 90036
MMANSHOORY@YAHOO.COM                                        Telephone (323) 801-1430 Fax (323) 801-1439
HOME: 310-770-0782  CONT: 213-840-2500                     www.bmwofbeverlyhills.com
BUS: 310-562-6122  CELL: 213-840-2500       SERVICE ADVISOR:  647 JEFFREY BAKER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| 300/White | 14 | BMW 650i Convertible | WBAYP9C52ED169248 | 7DQW106 | 23052/23054 | T474 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|
| 15DEC13 DD | | | 17:00 08SEP16 | | CASH | 27SEP16 |

| R.O. OPENED | READY | OPTIONS: SOLD-STK:ED169248 DLR:21319 |
|---|---|---|
| 08:36 08SEP16 | 16:07 27SEP16 | ENG:4.4L_GDI_DOHC_T |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|
| | | | (N/C) |
| 1 34-35-6-787-325 CLIP RETAINER:349500 | | | |
| 1 34-35-6-791-958 BRAKE PAD WEAR SENSOR, | | | (N/C) |
| FRONT:343030 | | | (N/C) |
| 4 34-11-6-772-117 HEX BOLT:349500 | | | |
| 1 34-11-6-785-669 BRAKE ROTOR LIGHT BLUE, | | | (N/C) |
| VENT:341040 | | | |
| 1 34-11-6-785-670 BRAKE ROTOR LIGHT BLUE, | | | (N/C) |
| VENT:341040 | | | |
| 1 83-12-2-296-187 BRAKE PAD PASTE - 5 | | | (N/C) |
| ML:832517 | | | (N/C) |
| 1 83-19-2-180-806 BRAKE CLEANER:831530 | | | |

FC: 34117777MP
PART#:
COUNT:
CLAIM TYPE:
AUTH CODE:

PARTS:     0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE L:        0.00
,,,,23052 PERFORMED ROAD TEST AND FELT SHAKING WHILE BRAKING AT 35
,,,,MILES PER HOUR, PERFORMED FRONT BRAKE SERVICE REPLACED FRONT PADS,
,,,,ROTORS AND SENSOR. ROAD TESTED AGAIN AND CONDITION CORRECTED. RESET
,,,,LIGHT THROUGH CBS.
         **********************************************************
M CUST ASKING IF FRONT SEAT HEADRESTS CAN GO ANY LOWER?
     50 BODY INTERIOR
         5303     IPS                                             (N/C)
PARTS:     0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE M:        0.00
,,,,NORMAL OPERATION
         **********************************************************
N ***BH BMW FLEET CAR*** $200.00 HOLD WILL BE PLACED ON A VISA/ MASTER
      CARD. LOAN VEHICLE MUST BE RETURNED BY 8:00AM THE DAY AFTER
      REPAIR COMPLETION OR LATE FEES WILL APPLY. OTHER FEES MAY
      APPLY. SEE CONTRACT FOR DETAILS.
      93L ***BH BMW FLEET CAR*** $200.00 HOLD WILL BE

| | NOTICE TO CUSTOMER | DESCRIPTION | TOTALS |
|---|---|---|---|
| PAYMENT IN FULL REQUIRED PRIOR TO RELEASE OF VEHICLE | I acknowledge notice an oral approval of any additional customer or warranty work performed and/or increase in the original estimate price. I also acknowledge and approve all repairs as itemized and/or receipt of vehicle. I also acknowledge receipt of additional consumer warranty and service information contained in the Parts & Service Warranty Disclaimer. | LABOR AMOUNT | |
| | | PARTS AMOUNT | |
| METHOD OF PAYMENT WE ACCEPT THE FOLLOWING: CASH MASTERCARD VISA AMX COMPANY OR PERSONALIZED CHECK $2,000.00 WITH THE FOLLOWING | | GAS, OIL, LUBE | |
| | | SUBLET AMOUNT | |
| | | MISC. CHARGES/ADJ. | |
| | | TOTAL CHARGES | |
| 1) CHECK GUARANTEE CARD 2) VALID DRIVERS LICENSE 3) NAME AND ADDRESS (NO. P.O. IMPRINTED ON CHECK) | ORIGINAL ESTIMATE $ _____   AUTHORIZED REVISED ESTIMATE $ _____   CUSTOMER SIGNATURE  X | LESS AMOUNT | |
| | | SALES TAX | |
| | | PLEASE PAY THIS AMOUNT | |

B.A.R.# AD199200  E.P.A.# CAD981581754

Copyright 2000 ADP, Inc   SERVICE INVOICE #3 X9/2G        CUSTOMER COPY              MANSHOORY000330

CUSTOMER #: 574545
UNIT# *

**421218**

INVOICE


**BEVERLY HILLS BMW**

Service and Parts: 5151 Wilshire Blvd.
Los Angeles, CA 90036
Telephone (323) 801-1600 Fax (323) 801-1700
Sales: 5070 Wilshire Blvd., Los Angeles, CA 90036
Telephone (323) 801-1430 Fax (323) 801-1439
www.bmwofbeverlyhills.com

MICHAEL MANSHOORY
1425 N ALTA VISTA BLVD APT 111
LOS ANGELES, CA 90046-4373
MMANSHOORY@YAHOO.COM
HOME:310-770-0782 CONT:213-840-2500
BUS: 310-562-6122 CELL:213-840-2500

PAGE 5

SERVICE ADVISOR:  647 JEFFREY BAKER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| 300/White | 14 | BMW 650i Convertible | WBAYP9C52ED169248 | 7DQW106 | 23052/23054 | T474 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|
| 15DEC13 DD | | | 17:00 08SEP16 | | CASH | 27SEP16 |

| R.O. OPENED | READY | OPTIONS:  SOLD-STK:ED169248 DLR:21319 |
|---|---|---|
| 08:36 08SEP16 | 16:07 27SEP16 | ENG:4.4L_GDI_DOHC_T |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

PLACED ON A VISA/ MASTER CARD. LOAN VEHICLE
MUST BE RETURNED BY 8:00AM THE DAY AFTER
REPAIR COMPLETION OR LATE FEES WILL APPLY.
OTHER FEES MAY APPLY. SEE CONTRACT FOR
DETAILS.
     5303   IR                                 (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE N:    0.00
,,,,23052 TO BE RETURNED SATURDAY 9/10/16.
   **********************************************
O *Standard Scope MP
CAUSE: .
   0000105 SERVICE - STANDARD SCOPE.
     5303  WCM                                  (N/C)
   FC: 85990501MP
   PART#:
   COUNT:
   CLAIM TYPE:
   AUTH CODE:

PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE O:    0.00
,,,,PERFORMED SERVICE STANDARD SCOPE
   **********************************************
P *Change Engine Oil Oil Filter
CAUSE: .
   0000610 ENGINE OIL SERVICE.
     5303  WCM                                  (N/C)
   1 11-42-7-583-220 SET OIL-FILTER
   ELEMENT:114010                          (N/C)
   10 83-21-2-365-950 BMW TWINPOWER TURBO LL-01
   FE:832511                               (N/C)
   1 83-19-2-221-702 BMW WINDSHIELD WASHER
   FLUID:831510                           (N/C)
   FC: 85990091MP
   PART#:

| | NOTICE TO CUSTOMER | | DESCRIPTION | TOTALS |
|---|---|---|---|---|
| PAYMENT IN FULL REQUIRED PRIOR TO RELEASE OF VEHICLE | I acknowledge notice an oral approval of any additional customer or warranty work performed and/or increase in the original estimate price. I also acknowledge and approve all repairs as itemized and/or receipt of vehicle. I also acknowledge receipt of additional consumer warranty and service information contained in the Parts & Service Warranty Disclaimer. | | LABOR AMOUNT | |
| | | | PARTS AMOUNT | |
| METHOD OF PAYMENT WE ACCEPT THE FOLLOWING: CASH MASTERCARD VISA AMX COMPANY OR PERSONALIZED CHECK $2,000.00 WITH THE FOLLOWING | | | GAS, OIL, LUBE | |
| | | | SUBLET AMOUNT | |
| | | | MISC. CHARGES/ADJ. | |
| | | | TOTAL CHARGES | |
| | ORIGINAL ESTIMATE $ _____ | AUTHORIZED REVISED ESTIMATE $ _____ | LESS AMOUNT | |
| 1) CHECK GUARANTEE CARD 2) VALID DRIVERS LICENSE 3) NAME AND ADDRESS (NO. P.O. IMPRINTED ON CHECK) | CUSTOMER SIGNATURE X | | SALES TAX | |
| | | | **PLEASE PAY THIS AMOUNT** | |

B.A.R.# AD199200  E.P.A.# CAD981581754

Copyright 2000 ADP, Inc   SERVICE INVOICE #2  X9100

CUSTOMER COPY

MANSHOORY000331

```
CUSTOMER #: 574545                    421218
UNIT# *
                                      INVOICE
```


**BEVERLY HILLS BMW**

Service and Parts: 5151 Wilshire Blvd.
Los Angeles, CA 90036
Telephone (323) 801-1600 Fax (323) 801-1700
Sales: 5070 Wilshire Blvd., Los Angeles, CA 90036
Telephone (323) 801-1430 Fax (323) 801-1439
www.bmwofbeverlyhills.com

```
MICHAEL MANSHOORY
1425 N ALTA VISTA BLVD APT 111
LOS ANGELES, CA 90046-4373            PAGE 6
MMANSHOORY@YAHOO.COM
HOME:310-770-0782 CONT:213-840-2500
BUS: 310-562-6122 CELL:213-840-2500   SERVICE ADVISOR: 647 JEFFREY BAKER
```

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| 300/White | 14 | BMW 650i Convertible | WBAYP9C52ED169248 | 7DQW106 | 23052/23054 | T474 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 15DEC13 DD | | | 17:00 08SEP16 | | | CASH | 27SEP16 |

| R.O. OPENED | READY | OPTIONS: SOLD-STK:ED169248 DLR:21319 |
|---|---|---|
| 08:36 08SEP16 | 16:07 27SEP16 | ENG:4.4L_GDI_DOHC_T |

```
LINE OPCODE TECH TYPE HOURS                     LIST      NET      TOTAL
    COUNT:
    CLAIM TYPE:
    AUTH CODE:

PARTS:      0.00  LABOR:      0.00  OTHER:      0.00   TOTAL LINE P:      0.00
,,,,PERFORMED OIL SERVICE
    ********************************************************
Q *Replace Brake Fluid MP
CAUSE: .
    0000618 BRAKE FLUID SERVICE                                    (N/C)
        5303   WCM                                                 (N/C)
        2 81-22-0-142-156 1=1 BRAKE FLUID
    FC: 34000077MP
    PART#:
    COUNT:
    CLAIM TYPE:
    AUTH CODE:

PARTS:      0.00  LABOR:      0.00  OTHER:      0.00   TOTAL LINE Q:      0.00
,,,,REPLACED BRAKE FLUID
    ********************************************************
R *CBS Data Recommending Replacement of Front Brakes Check, Advise, and
    Provide Estimate if Needed
    0000612 SERVICE, FRONT BRAKES                                  (N/C)
        5303   IPS                                                 0.00
PARTS:      0.00  LABOR:      0.00  OTHER:      0.00   TOTAL LINE R:
,,,,23052 PERFORMED ROAD TEST AND FELT SHAKING WHILE BRAKING AT 35
,,,,MILES PER HOUR, PERFORMED FRONT BRAKE SERVICE REPLACED FRONT PADS AND
,,,,ROTOR, RESET LIGHT THROUGH CBS. SEE JOB LINE "L".
    ********************************************************
S *CBS Data Recommending Replacement of Rear Brakes Check, Advise, and
    Provide Estimate if Needed
CAUSE: .
    0000614 SERVICE, REAR BRAKES
```

| | NOTICE TO CUSTOMER | DESCRIPTION | TOTALS |
|---|---|---|---|
| PAYMENT IN FULL REQUIRED PRIOR TO RELEASE OF VEHICLE | I acknowledge notice an oral approval of any additional customer or warranty work performed and/or increase in the original estimate price. I also acknowledge and approve all repairs as itemized and/or receipt of vehicle. I also acknowledge receipt of additional consumer warranty and service information contained in the Parts & Service Warranty Disclaimer. | LABOR AMOUNT | |
| | | PARTS AMOUNT | |
| METHOD OF PAYMENT WE ACCEPT THE FOLLOWING: CASH MASTERCARD VISA AMX COMPANY OR PERSONALIZED CHECK $2,000.00 WITH THE FOLLOWING | | GAS, OIL, LUBE | |
| | | SUBLET AMOUNT | |
| | | MISC. CHARGES/ADJ. | |
| | | TOTAL CHARGES | |
| 1) CHECK GUARANTEE CARD 2) VALID DRIVERS LICENSE 3) NAME AND ADDRESS (NO. P.O. IMPRINTED ON CHECK) | ORIGINAL ESTIMATE $ _____    AUTHORIZED REVISED ESTIMATE $ _____  CUSTOMER SIGNATURE  X | LESS AMOUNT | |
| | | SALES TAX | |
| | | PLEASE PAY THIS AMOUNT | |

```
                                           B.A.R.# AD199200  E.P.A.# CAD981581754
Copyright 2000 ADP, Inc   SERVICE INVOICE #2  XSI2C    CUSTOMER COPY         MANSHOORY000332
```

CUSTOMER #: 574545
UNIT# *

421218

**BEVERLY HILLS BMW**

INVOICE

Service and Parts: 5151 Wilshire Blvd.
Los Angeles, CA 90036
Telephone (323) 801-1600 Fax (323) 801-1700
Sales: 5070 Wilshire Blvd., Los Angeles, CA 90036
Telephone (323) 801-1430 Fax (323) 801-1439
www.bmwofbeverlyhills.com

MICHAEL MANSHOORY
1425 N ALTA VISTA BLVD APT 111
LOS ANGELES, CA 90046-4373
MMANSHOORY@YAHOO.COM
HOME:310-770-0782 CONT:213-840-2500
BUS: 310-562-6122 CELL:213-840-2500

PAGE 7

SERVICE ADVISOR:  647 JEFFREY BAKER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| 300/White | 14 | BMW 650i Convertible | WBAYP9C52ED169248 | 7DQW106 | 23052/23054 | T474 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|
| 15DEC13 DD | | | 17:00 08SEP16 | | CASH | 27SEP16 |

| R.O. OPENED | READY | OPTIONS:  SOLD-STK:ED169248 DLR:21319 |
|---|---|---|
| 08:36 08SEP16 | 16:07 27SEP16 | ENG:4.4L_GDI_DOHC_T |

LINE OPCODE TECH TYPE HOURS                                LIST        NET      TOTAL
                                                                              (N/C)
        5303    IPS
PARTS:   0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE S:      0.00
,,,,PERFORMED INSPECTION AND FOUND REAR BRAKES AT 7MM, OKAY AT THIS
,,,,TIME, RESET THROUGH CBS
        ***************************************************
T *Maintenance Plan
    MP BMW MAINTENANCE PLAN
        5303    IPS                                                 (N/C)
PARTS:   0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE T:      0.00
,,,,COMPLETE
        ***************************************************
U *Inspect Adjust Tire Pressures as per CARB Requirement
    CARB CHECK TIRE PRESSURE AND RECORD LF___ RF___
        RR ___ LR___
        5303    IPS                                                 (N/C)
PARTS:   0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE U:      0.00
,,,,ADJUSTED TIRES TO SPEC
        ***************************************************
V *Complimentary Multipoint Inspection ... a $49.97 Value
    IBMW IBMW VEHICLE INSPECTION INCLUDING CHECK TIRE
        PRESSURE RF_____ LF_____ RR___ LR_____
        5303    IPS                                                 (N/C)
PARTS:   0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE V:      0.00
,,,,23052 PERFORMED MULTI POINT INSPECTION. LEFT REAR TIRE WORN TO
,,,,METAL AND CORD ON INSIDE EDGE. CUSTOMER SHOWN IN PERSON DURING SERVICE
,,,,WRITE UP (ESTIMATE PROVIDED) AND DECLINED AT THAT TIME. RECOMMENDED
,,,,BOTH REAR TIRE REPLACEMENTS IN CONJUNCTION WITH 4 WHEEL ALIGNMENT.
,,,,CUSTOMER ADVISED & DECLINED STATING HE WILL TAKE ELSEWHERE DUE TO COST.
,,,,VEHICLE IS UNSAFE TO DRIVE IN THIS CONDITION AND SHOULD NOT BE DRIVEN
,,,,AND SHOULD BE TOWED OUT! CUSTOMER ADVISED & AWARE. NO WORK PERFORMED.
,,,,X_____.
        **************************************************************

PAYMENT IN FULL REQUIRED PRIOR TO RELEASE OF VEHICLE

METHOD OF PAYMENT WE ACCEPT THE FOLLOWING: CASH MASTERCARD VISA AMX COMPANY OR PERSONALIZED CHECK $2,000.00 WITH THE FOLLOWING

1) CHECK GUARANTEE CARD
2) VALID DRIVERS LICENSE
3) NAME AND ADDRESS
(NO. P.O. IMPRINTED ON CHECK)

NOTICE TO CUSTOMER
I acknowledge notice an oral approval of any additional customer or warranty work performed and/or increase in the original estimate price. I also acknowledge and approve all repairs as itemized and/or receipt of vehicle. I also acknowledge receipt of additional consumer warranty and service information contained in the Parts & Service Warranty Disclaimer.

ORIGINAL
ESTIMATE $ _____

AUTHORIZED
REVISED ESTIMATE $ _____

CUSTOMER SIGNATURE
X

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES/ADJ. | |
| TOTAL CHARGES | |
| LESS AMOUNT | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

B.A.R.# AD199200  E.P.A.# CAD981581754

Copyright 2000 ADP, Inc.    SERVICE INVOICE #2 XSI/2C

CUSTOMER COPY

MANSHOORY000333

CUSTOMER #: 574545
UNIT# *

MICHAEL MANSHOORY
1425 N ALTA VISTA BLVD APT 111
LOS ANGELES, CA 90046-4373
MMANSHOORY@YAHOO.COM
HOME:310-770-0782 CONT:213-840-2500
BUS: 310-562-6122 CELL:213-840-2500

421218

INVOICE

PAGE 8

**BEVERLY HILLS BMW**
Service and Parts: 5151 Wilshire Blvd.
Los Angeles, CA 90036
Telephone (323) 801-1600 Fax (323) 801-1700
Sales: 5070 Wilshire Blvd., Los Angeles, CA 90036
Telephone (323) 801-1430 Fax (323) 801-1439
www.bmwofbeverlyhills.com

SERVICE ADVISOR:  647 JEFFREY BAKER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
| 300/White | 14 | BMW 650i Convertible | WBAYP9C52ED169248 | 7DQW106 | 23052/23054 | T474 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | PAYMENT | INV. DATE |
|-----------|-----------|------------|----------|--------|---------|-----------|
| 15DEC13 DD | | | 17:00 08SEP16 | | CASH | 27SEP16 |

| R.O. OPENED | READY | OPTIONS:  SOLD-STK:ED169248 DLR:21319 |
|-------------|-------|----------------------------------------|
| 08:36 08SEP16 | 16:07 27SEP16 | ENG:4.4L_GDI_DOHC_T |

LINE OPCODE TECH TYPE HOURS                          LIST      NET      TOTAL
EST: 0.00                 08SEP16 08:36  SA: 647


*******THE FOLLOWING WORK WAS RECOMMENDED BUT NOT PERFORMED*******************
,,SUMMARY  MN08 Tire - Mount and Balance (One)
     AL4 ALIGNMENT


<table>
<tr><td rowspan="9">PAYMENT IN FULL REQUIRED PRIOR TO RELEASE OF VEHICLE<br><br>METHOD OF PAYMENT WE ACCEPT THE FOLLOWING: CASH MASTERCARD VISA AMX COMPANY OR PERSONALIZED CHECK $2,000.00 WITH THE FOLLOWING<br><br>1) CHECK GUARANTEE CARD<br>2) VALID DRIVERS LICENSE<br>3) NAME AND ADDRESS<br>(NO. P.O. IMPRINTED ON CHECK)</td><td colspan="2">NOTICE TO CUSTOMER<br>I acknowledge notice an oral approval of any additional customer or warranty work performed and/or increase in the original estimate price. I also acknowledge and approve all repairs as itemized and/or receipt of vehicle. I also acknowledge receipt of additional consumer warranty and service information contained in the Parts & Service Warranty Disclaimer.</td><td>DESCRIPTION</td><td>TOTALS</td></tr>
<tr><td colspan="2" rowspan="4"></td><td>LABOR AMOUNT</td><td>0.00</td></tr>
<tr><td>PARTS AMOUNT</td><td>0.00</td></tr>
<tr><td>GAS, OIL, LUBE</td><td>0.00</td></tr>
<tr><td>SUBLET AMOUNT</td><td>0.00</td></tr>
<tr><td>ORIGINAL ESTIMATE $ _____</td><td>AUTHORIZED REVISED ESTIMATE $ _____</td><td>MISC. CHARGES/ADJ.</td><td>0.00</td></tr>
<tr><td colspan="2" rowspan="3">CUSTOMER SIGNATURE<br>X</td><td>TOTAL CHARGES</td><td>0.00</td></tr>
<tr><td>LESS AMOUNT</td><td>0.00</td></tr>
<tr><td>SALES TAX</td><td>0.00</td></tr>
<tr><td></td><td colspan="2"></td><td>PLEASE PAY THIS AMOUNT</td><td>0.00</td></tr>
</table>

B.A.R.# AD199200  E.P.A.# CAD981581754

CUSTOMER COPY          MANSHOORY000334

# EXHIBIT "E"

CUSTOMER #: 574545
UNIT# *

422849

INVOICE

 **BEVERLY HILLS BMW**

Service and Parts: 5151 Wilshire Blvd.
Los Angeles, CA 90036
Telephone (323) 801-1600 Fax (323) 801-1700
Sales: 5070 Wilshire Blvd., Los Angeles, CA 90036
Telephone (323) 801-1430 Fax (323) 801-1439
www.bmwofbeverlyhills.com

MICHAEL MANSHOORY
1425 N ALTA VISTA BLVD APT 111
LOS ANGELES, CA 90046-4373
MMANSHOORY@YAHOO.COM
HOME:310-770-0782 CONT:213-840-2500
BUS: 310-562-6122 CELL:213-840-2500

PAGE 1

SERVICE ADVISOR: 647 JEFFREY BAKER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| 300/White | 14 | BMW 650i Convertible | WBAYP9C52ED169248 | 7DQW106 | 23471/23477 | T560 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|
| 15DEC13 DD | | | 17:00 24SEP16 | | CASH | 30SEP16 |

| R.O. OPENED | READY | OPTIONS: | SOLD-STK:ED169248  DLR:21319 |
|---|---|---|---|
| 20:42 23SEP16 | 17:19 30SEP16 | | ENG:4.4L_GDI_DOHC_T |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

A CUSTOMER STATES: CLICKING SOUND UNDER CAR AS IF SOMETHING IS LOOSE
     WHEN MAKING RIGHT AND LEFT TURNS.
CAUSE: SIB 31 01 12
     3199000 Work time to treat mating surface of
          wheel bearing/swivel bearing (one side)
          5258     W                                                          (N/C)
     3121583 REPLACING BEARINGS OF BOTH FRONT WHEELS
          5258     W                                                          (N/C)
     2 83-19-2-298-825 REPAIR SET MICRO:832570                                (N/C)
     8 31-20-6-855-906 COLLAR SCREW,
       MICRO-ENCAPSUL:319500                                                  (N/C)
FC: 3121003900
PART#:
COUNT:
CLAIM TYPE:
AUTH CODE:

PARTS:     0.00   LABOR:     0.00   OTHER:     0.00     TOTAL LINE A:        0.00
,,,,CONTACT SURFACE BETWEEN THE WHEEL BEARING AND THE SWIVEL KNUCLE
,,,,MAKING NOISE ROAD TESTED VEHICLE CONFIRMED NOISE COMING FROM THE FRONT
,,,,WHEEL AREA WHEN TURNING LEFT OR RIGHT, FOUND SIB 31 01 12. REMOVED BOTH
,,,,FRONT WHEELS, REMOVED BOTH FRONT DISC BRAKES, REMOVED BOTH FRONT WHEEL
,,,,BEARINGS, REPAIRED BOTH SIDES TREATING THE MATING SURFACE OF BOTH
,,,,BEARINGS. RE CHECKED NOISE IS NO LONGER PRESENT.
          **************************************************
B CUST STATES ENGINE LIGHT GOES ON AND OFF. ENGINE RUNS POORLY.
CAUSE: LOOSE CONTACT
     1613521 R/I OR R/R PSI SWITCH FOR NVLD
          5258     W                                                          (N/C)
FC: 1613117900
PART#:
COUNT:
CLAIM TYPE:
AUTH CODE:

| PAYMENT IN FULL REQUIRED PRIOR TO RELEASE OF VEHICLE | NOTICE TO CUSTOMER | DESCRIPTION | TOTALS |
|---|---|---|---|
| | I acknowledge notice an oral approval of any additional customer or warranty work performed and/or increase in the original estimate price. I also acknowledge and approve all repairs as itemized and/or receipt of vehicle. I also acknowledge receipt of additional consumer warranty and service information contained in the Parts & Service Warranty Disclaimer. | LABOR AMOUNT | |
| METHOD OF PAYMENT WE ACCEPT THE FOLLOWING: CASH MASTERCARD VISA AMX COMPANY OR PERSONALIZED CHECK $2,000.00 WITH THE FOLLOWING | | PARTS AMOUNT | |
| | | GAS, OIL, LUBE | |
| | | SUBLET AMOUNT | |
| | | MISC. CHARGES/ADJ. | |
| | ORIGINAL ESTIMATE $ _____   AUTHORIZED REVISED ESTIMATE $ _____ | TOTAL CHARGES | |
| 1) CHECK GUARANTEE CARD 2) VALID DRIVERS LICENSE 3) NAME AND ADDRESS (NO. P.O. IMPRINTED ON CHECK) | | LESS AMOUNT | |
| | | SALES TAX | |
| | CUSTOMER SIGNATURE X | PLEASE PAY THIS AMOUNT | |

B.A.R.# AD199200  E.P.A.# CAD981581754

Copyright 2000 ADP, Inc      SERVICE INVOICE #2 XS/2C

CUSTOMER COPY

MANSHOORY000340

CUSTOMER #: 574545
UNIT# *

422849

INVOICE

**BEVERLY HILLS BMW**

Service and Parts: 5151 Wilshire Blvd.
Los Angeles, CA 90036
Telephone (323) 801-1600 Fax (323) 801-1700
Sales: 5070 Wilshire Blvd., Los Angeles, CA 90036
Telephone (323) 801-1430 Fax (323) 801-1439
www.bmwofbeverlyhills.com

MICHAEL MANSHOORY
1425 N ALTA VISTA BLVD APT 111
LOS ANGELES, CA 90046-4373
MMANSHOORY@YAHOO.COM
HOME:310-770-0782 CONT:213-840-2500
BUS: 310-562-6122 CELL:213-840-2500

PAGE 2

SERVICE ADVISOR: 647 JEFFREY BAKER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| 300/White | 14 | BMW 650i Convertible | WBAYP9C52ED169248 | 7DQW106 | 23471/23477 | T560 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|
| 15DEC13 DD | | | 17:00 24SEP16 | | CASH | 30SEP16 |

| R.O. OPENED | READY | OPTIONS: | SOLD-STK:ED169248 DLR:21319 |
|---|---|---|---|
| 20:42 23SEP16 | 17:19 30SEP16 | | ENG:4.4L_GDI_DOHC_T |

LINE OPCODE TECH TYPE HOURS                         LIST        NET      TOTAL

PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE B:        0.00
,,,,PRESSURE SWITCH CONNECTOR DISCONNECTED CONNECTED CHARGER PERFORMED
,,,,SHORT TEST, FOUND FAULT CODE 194804 TANK LEAKAGE MODULE PRESSURE SWITCH
,,,,LINE DISCONNECTION. VISUALLY INSPECTED FOUND PRESSURE SWITCH LOOSE, RE
,,,,SECURED CONNECTOR, ERASED FAULT CODE OK AT THIS TIME.
        *********************************************
C CUST STATES R/F SEAT BELT UNBUCKLES.
     7211570 R/I OR REPL FRONT LOW BELT ON DRIVE SEAT.
        5258        W                                                  (N/C)
     1 72-11-7-261-946 LOWER BELT WITH RIGHT BELT
     T:721012                                                          (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE C:        0.00
,,,,PASSENGER SEAT BELT BUCKLE GETTING STUCK CONFIRMED PASSENGER SIDE
,,,,SEAT BELT BUCKLE STUCK. REMOVED AND INSTALLED PASSENGERS FRONT LOWER
,,,,BELT ON PASSENGERS SIDE.
        *********************************************
D CUST STATES ALL INSTRUMENT LIGHTS AND DISPLAYS GO BLACK SOMETIMES.
     80 ELECTRICAL ACCESSORY?
        5258  IPS                                                      (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE D:        0.00
,,,,23477 NO PROBLEM FOUND SCANNED VEHICLE NO RELATED FAULT CODES
,,,,PRESENT, CHECKED CONTROL MESSAGES, NO RELATED CONTROL MESSAGES PRESENT.
,,,,CHECKED INSTRUMENT CLUSTER LIGHTS OK. COULD NOT DUPLICATE CUSTOMERS
,,,,CONCERN AT THIS TIME. NOTE ADVISE CUSTOMER I DRIVE CONTROLLER IS
,,,,STICKING OUTSIDE INFLUENCE NOT A WARRANTY MATTER.
        *********************************************
E CUST STATES COMFORT ACCESS INOPERATIVE.
     80 ELECTRICAL ACCESSORY?
        5258  IPS                                                      (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE E:        0.00
,,,,NO PROBLEM FOUND SCANNED VEHICLE NO FAULT CODES PRESENT FOR COMFORT
,,,,ACCESS, CHECKED COMFORT ACCESS OPERATION WORKING AS DESIGNED, REMOVED
,,,,AND CHECKED REMOTE CONTROL BATTERY OK AT 3.07 VOLTS. NO PROBLEM FOUND

| | NOTICE TO CUSTOMER | DESCRIPTION | TOTALS |
|---|---|---|---|
| PAYMENT IN FULL REQUIRED PRIOR TO RELEASE OF VEHICLE | I acknowledge notice an oral approval of any additional customer or warranty work performed and/or increase in the original estimate price. I also acknowledge and approve all repairs as itemized and/or receipt of vehicle. I also acknowledge receipt of additional consumer warranty and service information contained in the Parts & Service Warranty Disclaimer. | LABOR AMOUNT | |
| METHOD OF PAYMENT WE ACCEPT THE FOLLOWING: CASH MASTERCARD VISA AMX COMPANY OR PERSONALIZED CHECK $2,000.00 WITH THE FOLLOWING | | PARTS AMOUNT | |
| | | GAS, OIL, LUBE | |
| | | SUBLET AMOUNT | |
| | | MISC. CHARGES/ADJ. | |
| | | TOTAL CHARGES | |
| 1) CHECK GUARANTEE CARD 2) VALID DRIVERS LICENSE 3) NAME AND ADDRESS (NO. P.O. IMPRINTED ON CHECK) | ORIGINAL ESTIMATE $ _____   AUTHORIZED REVISED ESTIMATE $ _____ | LESS AMOUNT | |
| | | SALES TAX | |
| | CUSTOMER SIGNATURE X | PLEASE PAY THIS AMOUNT | |

B.A.R.# AD199200  E.P.A.# CAD981581754

Copyright 2000 ADP, Inc.   SERVICE INVOICE #2  X9/2C

CUSTOMER COPY

MANSHOORY000341

CUSTOMER #: 574545
UNIT# *

422849

INVOICE

 **BEVERLY HILLS BMW**

Service and Parts: 5151 Wilshire Blvd.
Los Angeles, CA 90036
Telephone (323) 801-1600 Fax (323) 801-1700
Sales: 5070 Wilshire Blvd., Los Angeles, CA 90036
Telephone (323) 801-1430 Fax (323) 801-1439
www.bmwofbeverlyhills.com

MICHAEL MANSHOORY
1425 N ALTA VISTA BLVD APT 111
LOS ANGELES, CA 90046-4373
MMANSHOORY@YAHOO.COM
HOME:310-770-0782 CONT:213-840-2500
BUS: 310-562-6122 CELL:213-840-2500

PAGE 3

SERVICE ADVISOR: 647 JEFFREY BAKER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| 300/White | 14 | BMW 650i Convertible | WBAYP9C52ED169248 | 7DQW106 | 23471/23477 | T560 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|
| 15DEC13 DD | | | 17:00 24SEP16 | | CASH | 30SEP16 |

| R.O. OPENED | READY | OPTIONS: SOLD-STK:ED169248 DLR:21319 |
|---|---|---|
| 20:42 23SEP16 | 17:19 30SEP16 | ENG:4.4L_GDI_DOHC_T |

LINE OPCODE TECH TYPE HOURS                              LIST        NET        TOTAL
,,,,AT THIS TIME.
*********************************************************
F CUST STATES TRUNK FLOOR LINER MISSING FROM PREVIOUS SERVICE VISIT
      HERE.
   50 BODY INTERIOR
      5258    CC                                             0.00          0.00
PARTS:   0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE F:    0.00
,,,,TRUNK COVERS MISSING TRUNK COVERS MISSING
*********************************************************
G ***BH BMW FLEET CAR*** $200.00 HOLD WILL BE PLACED ON A VISA/ MASTER
      CARD. LOAN VEHICLE MUST BE RETURNED BY 8:00AM THE DAY AFTER
      REPAIR COMPLETION OR LATE FEES WILL APPLY. OTHER FEES MAY
      APPLY. SEE CONTRACT FOR DETAILS.
   93L ***BH BMW FLEET CAR*** $200.00 HOLD WILL BE
      PLACED ON A VISA/ MASTER CARD. LOAN VEHICLE
      MUST BE RETURNED BY 8:00AM THE DAY AFTER
      REPAIR COMPLETION OR LATE FEES WILL APPLY.
      OTHER FEES MAY APPLY. SEE CONTRACT FOR
      DETAILS.
      99    IR                                              (N/C)
PARTS:   0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE G:    0.00
*********************************************************
H VIP REINSPECT AND QUALITY CONTROL X_____.
      VIP VIP REINSPECT AND QUALITY CONTROL X_____.
      462    IPS                                            (N/C)
PARTS:   0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE H:    0.00
,,,,23477 Performed quality control check.
*********************************************************
I *Maintenance Plan
   MP BMW MAINTENANCE PLAN
      5258    IPS                                           (N/C)
PARTS:   0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE I:    0.00
,,,,MAINTENANCE PLAN MAINTENANCE PLAN
*********************************************************

| | | DESCRIPTION | TOTALS |
|---|---|---|---|
| PAYMENT IN FULL REQUIRED PRIOR TO RELEASE OF VEHICLE | NOTICE TO CUSTOMER I acknowledge notice an oral approval of any additional customer or warranty work performed and/or increase in the original estimate price. I also acknowledge and approve all repairs as itemized and/or receipt of vehicle. I also acknowledge receipt of additional consumer warranty and service information contained in the Parts & Service Warranty Disclaimer. | LABOR AMOUNT | |
| | | PARTS AMOUNT | |
| METHOD OF PAYMENT WE ACCEPT THE FOLLOWING: CASH MASTERCARD VISA AMX COMPANY OR PERSONALIZED CHECK $2,000.00 WITH THE FOLLOWING | | GAS, OIL, LUBE | |
| | | SUBLET AMOUNT | |
| | | MISC. CHARGES/ADJ. | |
| | | TOTAL CHARGES | |
| 1) CHECK GUARANTEE CARD 2) VALID DRIVERS LICENSE 3) NAME AND ADDRESS (NO. P.O. IMPRINTED ON CHECK) | ORIGINAL ESTIMATE $ _____    AUTHORIZED REVISEDESTIMATE $ _____ | LESS AMOUNT | |
| | | SALES TAX | |
| | CUSTOMER SIGNATURE X | PLEASE PAY THIS AMOUNT | |

B.A.R.# AD199200  E.P.A.# CAD981581754

Copyright 2000 ADP, Inc   SERVICE INVOICE #2  XE/2C

CUSTOMER COPY

MANSHOORY000342

CUSTOMER #: 574545
UNIT# *

422849

MICHAEL MANSHOORY
1425 N ALTA VISTA BLVD APT 111
LOS ANGELES, CA 90046-4373
MMANSHOORY@YAHOO.COM
HOME:310-770-0782 CONT:213-840-2500
BUS: 310-562-6122 CELL:213-840-2500

INVOICE

PAGE 4

**BEVERLY HILLS BMW**
Service and Parts: 5151 Wilshire Blvd.
Los Angeles, CA 90036
Telephone (323) 801-1600 Fax (323) 801-1700
Sales: 5070 Wilshire Blvd., Los Angeles, CA 90036
Telephone (323) 801-1430 Fax (323) 801-1439
www.bmwofbeverlyhills.com

SERVICE ADVISOR: 647 JEFFREY BAKER

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| 300/White | 14 | BMW 650i Convertible | WBAYP9C52ED169248 | 7DQW106 | 23471/23477 | T560 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|
| 15DEC13 DD | | | 17:00 24SEP16 | | CASH | 30SEP16 |

| R.O. OPENED | READY | OPTIONS: | SOLD-STK:ED169248 DLR:21319 | | | |
|---|---|---|---|---|---|---|
| 20:42 23SEP16 | 17:19 30SEP16 | ENG:4.4L_GDI_DOHC_T | | | | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|
| J *Inspect Adjust Tire Pressures as per CARB Requirement | | | |

```
J *Inspect Adjust Tire Pressures as per CARB Requirement
    CARB CHECK TIRE PRESSURE AND RECORD LF___ RF___
        RR___ LR___
        5258 CMNT                                           0.00      0.00
PARTS:     0.00 LABOR:      0.00 OTHER:     0.00   TOTAL LINE J:      0.00
,,,,CHECK TIRE PRESSURE CHECKED AND ADJUSTED TIRE PRESSURE TO SPEC, SET
,,,,FRONT TIRES TO 38 PSI, SET REAR TIRES TO 42 PSI, NOTE STEERING WHEEL
,,,,OFF ENTER, SMALL PULL DURING TEST DRIVE, RECOMMEND ALIGNMENT.
        *********************************************************

K *Complimentary Multipoint Inspection ... a $49.97 Value
    IBMW IBMW VEHICLE INSPECTION INCLUDING CHECK TIRE
        PRESSURE RF_____ LF_____ RR____ LR____
        5258 IPS                                               (N/C)
PARTS:     0.00 LABOR:      0.00 OTHER:     0.00   TOTAL LINE K:      0.00
,,,,COMPLIMENTARY INSPECTION PERFORMED COMPLIMENTARY MULTI POINT
,,,,VEHICLE INSPECTION. RIGHT FRONT WHEEL MISSING BMW EMBLEM, ALSO CENTER
,,,,DOME LIGHT ASSEMBLY MISSING BUTTON TO THE RIGHT.
        *********************************************************

EST: 0.00          23SEP16 20:42  SA: 647
```

| PAYMENT IN FULL REQUIRED TO RELEASE OF VEHICLE | NOTICE TO CUSTOMER | | DESCRIPTION | TOTALS |
|---|---|---|---|---|
| | I acknowledge notice an oral approval of any additional customer or warranty work performed and/or increase in the original estimate price. I also acknowledge and approve all repairs as itemized and/or receipt of vehicle. I also acknowledge receipt of additional consumer warranty and service information contained in the Parts & Service Warranty Disclaimer. | | LABOR AMOUNT | 0.00 |
| METHOD OF PAYMENT WE ACCEPT THE FOLLOWING: CASH MASTERCARD VISA AMX COMPANY OR PERSONALIZED CHECK $2,000.00 WITH THE FOLLOWING | | | PARTS AMOUNT | 0.00 |
| | | | GAS, OIL, LUBE | 0.00 |
| | | | SUBLET AMOUNT | 0.00 |
| | | | MISC. CHARGES/ADJ. | 0.00 |
| 1) CHECK GUARANTEE CARD 2) VALID DRIVERS LICENSE 3) NAME AND ADDRESS (NO. P.O. IMPRINTED ON CHECK) | ORIGINAL ESTIMATE $_____   AUTHORIZED REVISED ESTIMATE $ _____ | | TOTAL CHARGES | 0.00 |
| | | | LESS AMOUNT | 0.00 |
| | CUSTOMER SIGNATURE | | SALES TAX | 0.00 |
| | X | | **PLEASE PAY THIS AMOUNT** | 0.00 |

B.A.R.# AD199200  E.P.A.# CAD981581754

# EXHIBIT "F"

CUSTOMER #: 574545
UNIT# *

427029

**BEVERLY HILLS BMW**

INVOICE

Service and Parts: 5151 Wilshire Blvd.
Los Angeles, CA 90036
Telephone (323) 801-1600 Fax (323) 801-1700
Sales: 5070 Wilshire Blvd., Los Angeles, CA 90036
Telephone (323) 801-1430 Fax (323) 801-1439
www.bmwofbeverlyhills.com

MICHAEL MANSHOORY
1425 N ALTA VISTA BLVD APT 111
LOS ANGELES, CA 90046-4373
MMANSHOORY@YAHOO.COM
HOME:310-770-0782 CONT:213-840-2500
BUS: 310-562-6122 CELL:213-840-2500

PAGE 1

SERVICE ADVISOR: 374 DUNG TRINH

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| 300/White | 14 | BMW 650i Convertible | WBAYP9C52ED169248 | 7DQW106 | 24606/24607 | T4704 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|
| 15DEC13 DD | | | 17:00 03NOV16 | | CASH | 04NOV16 |

| R.O. OPENED | READY | OPTIONS: SOLD-STK:ED169248 DLR:21319 |
|---|---|---|
| 08:01 03NOV16 | 17:19 04NOV16 | ENG:4.4L_GDI_DOHC_T |

LINE OPCODE TECH TYPE HOURS                                LIST      NET      TOTAL
A CUSTOMER STATES INTERM IDRIVE SYSTEM SHUT OFF AND RESTART
    25BMZ1 DRIVEABILITY                                              (N/C)
        5153    IPS
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00    TOTAL LINE A:      0.00
,,,,24607 IDRIVE INTERM SHUT OFF READ OUT FAULTS. NO FAULTS FOR IDRIVE
,,,,MALFUNCTION. THE IDRIVE OCCASIONALLY RESETS DUE TO HEAT. THIS IS
,,,,NORMAL, AND HOW THE IDRIVE WILL PROTECT ITSELF FROM OVERHEAT. AFTER
,,,,TURNING OFF, IT WILL TURN BACK ON AFTER COOLING OFF. RESET IDRIVE
,,,,CONTROL UNIT. IDRIVE OPERATING AS DESIGNED
         *************************************************
B CUSTOMER STATES CHECK ENGINE LIGHT GOES ON AND OFF
    25BMZ ENGINE COMPLAINTS                                          (N/C)
        5153    IPS
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00    TOTAL LINE B:      0.00
,,,,MIL LIGHT GOES ON AND OFF HOOK UP ICOM, HOOK UP BATTERY CHARGER,
,,,,RUN SHORT TEST. NO FAULTS PERTAINING TO CHECK ENGINE LIGHT. SUBMIT PUMA
,,,,CASE DUE TO CCM'S WITH NO DESCRIPTION. PUMA RESPONDS: THIS IS AN
,,,,ERRONEOUS FAULT. PROGRAMMING ERROR. BMW IS AWARE OF ISSUE AND IS
,,,,WORKING ON A FIX THAT WILL BE RELEASE WITH PROGRAMMING IN THE FUTURE.
,,,,NO ADDITIONAL WORK AT THIS TIME.
         *************************************************
C CUSTOMER STATES ENGINE MAKING KNOCKING NOISE WHEN AT IDLES
CAUSE: NPF
    0000556 PERFORMING VEHICLE TEST
        5153    W                                                   (N/C)
    6121528 CHARGING BATTERY
        5153    W                                                   (N/C)
    FC: 1032004200
    PART#:
    COUNT:
    CLAIM TYPE:
    AUTH CODE:

PARTS:    0.00  LABOR:    0.00  OTHER:    0.00    TOTAL LINE C:      0.00

PAYMENT IN FULL REQUIRED PRIOR TO RELEASE OF VEHICLE

METHOD OF PAYMENT WE ACCEPT THE FOLLOWING: CASH MASTERCARD VISA AMX COMPANY OR PERSONALIZED CHECK $2,000.00 WITH THE FOLLOWING

1) CHECK GUARANTEE CARD
2) VALID DRIVERS LICENSE
3) NAME AND ADDRESS
(NO. P.O. IMPRINTED ON CHECK)

NOTICE TO CUSTOMER
I acknowledge notice an oral approval of any additional customer or warranty work performed and/or increase in the original estimate price, I also acknowledge and approve all repairs as itemized and/or receipt of vehicle. I also acknowledge receipt of additional consumer warranty and service information contained in the Parts & Service Warranty Disclaimer.

ORIGINAL
ESTIMATE $ _____

AUTHORIZED
REVISED ESTIMATE $ _____

CUSTOMER SIGNATURE
X

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES/ADJ. | |
| TOTAL CHARGES | |
| LESS AMOUNT | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

B.A.R.# AD199200  E.P.A.# CAD981581754

Copyright 2000 ADP, Inc     SERVICE INVOICE #2  X3/2C

CUSTOMER COPY

MANSHOORY000348

CUSTOMER #: 574545
UNIT# *

427029

INVOICE

 **BEVERLY HILLS BMW**

MICHAEL MANSHOORY
1425 N ALTA VISTA BLVD APT 111
LOS ANGELES, CA 90046-4373
MMANSHOORY@YAHOO.COM
HOME:310-770-0782 CONT:213-840-2500
BUS: 310-562-6122 CELL:213-840-2500

PAGE 2

Service and Parts: 5151 Wilshire Blvd.
Los Angeles, CA 90036
Telephone (323) 801-1600 Fax (323) 801-1700
Sales: 5070 Wilshire Blvd., Los Angeles, CA 90036
Telephone (323) 801-1430 Fax (323) 801-1439
www.bmwofbeverlyhills.com

SERVICE ADVISOR: 374 DUNG TRINH

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| 300/White | 14 | BMW 650i Convertible | WBAYP9C52ED169248 | 7DQW106 | 24606/24607 | T4704 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 15DEC13 DD | | | 17:00 03NOV16 | | | CASH | 04NOV16 |

| R.O. OPENED | READY | OPTIONS:   SOLD-STK:ED169248 DLR:21319 |
|---|---|---|
| 08:01 03NOV16 | 17:19 04NOV16 | ENG:4.4L_GDI_DOHC_T |

LINE OPCODE TECH TYPE HOURS                                    LIST      NET      TOTAL
,,,,KNOCKING NOISE AT IDLE. READ OUT FAULTS. NO FAULTS FOR DRIVETRAIN
,,,,OR FUEL. READ OUT FUEL QUALITY. FUEL QUALITY FOR ENGINE IS 91 OCTANE.
,,,,VEHICLE IS MORE OFTEN FILLED WITH MEDIUM OR LOW OCTANE FUEL. READ OUT
,,,,LAST 5 FILLS, ALL 5 WITH LOW QUALITY GAS. PINGING/KNOCK FROM LOW
,,,,QUALITY FUEL. VEHICLE ENGINE IS OPERATING AS DESIGNED. PLEASE ADVISE
,,,,CUSTOMER THAT THEY MUST FILL WITH THE CORRECT OCTANE FUEL, GRADE 91, OR
,,,,RISK FOULING OUT SPARK PLUGS AND INJECTORS, IN WHICH CASE THE WARRANTY
,,,,CLAIM WILL BE DENIED DUE TO POOR FUEL QUALITY, NOT DEFECT IN
,,,,WORKMANSHIP OR MATERIALS, MEANING CUSTOMER WILL BE LIABLE FOR WHOLE
,,,,REPAIR COST.
            ********************************************
D CUSTOMER STATES BRAKE SQUEALING WHEN APPLY
CAUSE: SIB 34 06 13
      3410559 CLEAN BOTH FRONT WHEEL BRAKES
            5153     W                                               (N/C)
      3499000 WT TO CHAMFER FRONT BRAKES
            5153     W                                               (N/C)
      FC: 3400013900
      PART#:
      COUNT:
      CLAIM TYPE:
      AUTH CODE:

PARTS:      0.00  LABOR:      0.00  OTHER:      0.00    TOTAL LINE D:      0.00
,,,,BRAKES SQUEAL FRONT BRAKES SQUEALING WHEN APPLY. REMOVED FRONT
,,,,WHEELS. REMOVED BRAKE CALIPERS. CHAMFERED FRONT BRAKE PADS. LUBED PADS.
,,,,ASSEMBLED BRAKES. INSTALLED WHEELS. TEST DRIVE. SQUEAL NO LONGER
,,,,PRESENT.
            ********************************************
E CUSTOMER STATES KEY REMOTE NOT RESPOND INTERM
CAUSE: WEAK BATTERY
      6699000 REPLACE REMOTE BATTERY
            5153     W                                               (N/C)
      1 61-31-9-217-643 BATTERY:61309931DK                          (N/C)

| | NOTICE TO CUSTOMER | DESCRIPTION | TOTALS |
|---|---|---|---|
| PAYMENT IN FULL REQUIRED PRIOR TO RELEASE OF VEHICLE | I acknowledge notice an oral approval of any additional customer or warranty work performed and/or increase in the original estimate price. I also acknowledge and approve all repairs as itemized and/or receipt of vehicle. I also acknowledge receipt of additional consumer warranty and service information contained in the Parts & Service Warranty Disclaimer. | LABOR AMOUNT | |
| | | PARTS AMOUNT | |
| METHOD OF PAYMENT WE ACCEPT THE FOLLOWING: CASH MASTERCARD VISA AMX COMPANY OR PERSONALIZED CHECK $2,000.00 WITH THE FOLLOWING | | GAS, OIL, LUBE | |
| | | SUBLET AMOUNT | |
| | | MISC. CHARGES/ADJ. | |
| | ORIGINAL ESTIMATE $ _____   AUTHORIZED REVISEDESTIMATE $ _____ | TOTAL CHARGES | |
| 1) CHECK GUARANTEE CARD 2) VALID DRIVERS LICENSE 3) NAME AND ADDRESS (NO. P.O. IMPRINTED ON CHECK) | | LESS AMOUNT | |
| | | SALES TAX | |
| | CUSTOMER SIGNATURE X | PLEASE PAY THIS AMOUNT | |

B.A.R.# AD199200  E.P.A.# CAD981581754

Copyright 2000 ADP, Inc.    SERVICE R-VOICE #2  X3120

CUSTOMER COPY

MANSHOORY000349

CUSTOMER #: 574545
UNIT# *

427029

INVOICE



**BEVERLY HILLS BMW**

MICHAEL MANSHOORY
1425 N ALTA VISTA BLVD APT 111
LOS ANGELES, CA 90046-4373
MMANSHOORY@YAHOO.COM
HOME:310-770-0782 CONT:213-840-2500
BUS: 310-562-6122 CELL:213-840-2500

PAGE 3

Service and Parts: 5151 Wilshire Blvd.
Los Angeles, CA 90036
Telephone (323) 801-1600 Fax (323) 801-1700
Sales: 5070 Wilshire Blvd., Los Angeles, Ca 90036
Telephone (323) 801-1430 Fax (323) 801-1439
www.bmwofbeverlyhills.com

SERVICE ADVISOR: 374 DUNG TRINH

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| 300/White | 14 | BMW 650i Convertible | WBAYP9C52ED169248 | 7DQW106 | 24606/24607 | T4704 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|
| 15DEC13 DD | | | 17:00 03NOV16 | | CASH | 04NOV16 |

| R.O. OPENED | READY | OPTIONS: | | | | |
|---|---|---|---|---|---|---|
| 08:01 03NOV16 | 17:19 04NOV16 | SOLD-STK:ED169248  DLR:21319<br>ENG:4.4L_GDI_DOHC_T | | | | |

LINE OPCODE TECH TYPE HOURS                                    LIST        NET        TOTAL
```
     FC: 66101512MP
     PART#: 61-31-9-217-643
     COUNT: 1
     CLAIM TYPE:
     AUTH CODE:

PARTS:    0.00  LABOR:     0.00  OTHER:     0.00    TOTAL LINE E:       0.00
,,,,KEY REMOTE INTERM NOT WORKING REPLACED KEY BATTERY. KEY FOB WORKING
,,,,AS DESIGNED
     ************************************************************
F *No Interval Due Vehicle History IndicatesNo Maintenance Interval Due
     NIDB NO INTERVAL DUE BASIC
                                                               (N/C)
          5153  IPS
PARTS:    0.00  LABOR:     0.00  OTHER:     0.00    TOTAL LINE F:       0.00
,,,,NO INTERVAL DUE NO INTERVAL DUE
     ************************************************************
G *Inspect Adjust Tire Pressures as per CARB Requirement
     CARB CHECK TIRE PRESSURE AND RECORD LF____ RF____
          RR____  LR____
          5153 CMNT                                           0.00     0.00
PARTS:    0.00  LABOR:     0.00  OTHER:     0.00    TOTAL LINE G:       0.00
,,,,TIRE PRESSURES 38 FRONT, 42 REAR
     ************************************************************
H *Complimentary Multipoint Inspection ... a $49.97 Value
     IBMW IBMW VEHICLE INSPECTION INCLUDING CHECK TIRE
          PRESSURE RF_____  LF_____  RR_____  LR_____
                                                               (N/C)
          5153  IPS                                                    0.00
PARTS:    0.00  LABOR:     0.00  OTHER:     0.00    TOTAL LINE H:
,,,,MPI MPI. RECOMMEND L/R WHEEL DUE TO CRACK, L/R TIRE DUE TO LOW
,,,,TREAD, AND ALIGNMENT DUE TO REAR SUSPENSION IMPACT DAMAGE
     ************************************************************
```

PAYMENT IN FULL REQUIRED PRIOR TO RELEASE OF VEHICLE

METHOD OF PAYMENT WE ACCEPT THE FOLLOWING: CASH MASTERCARD VISA AMX COMPANY OR PERSONALIZED CHECK $2,000.00 WITH THE FOLLOWING

1) CHECK GUARANTEE CARD
2) VALID DRIVERS LICENSE
3) NAME AND ADDRESS
(NO. P.O. IMPRINTED ON CHECK)

NOTICE TO CUSTOMER
I acknowledge notice an oral approval of any additional customer or warranty work performed and/or increase in the original estimate price. I also acknowledge and approve all repairs as itemized and/or receipt of vehicle. I also acknowledge receipt of additional consumer warranty and service information contained in the Parts & Service Warranty Disclaimer.

ORIGINAL
ESTIMATE $ _____

AUTHORIZED
REVISED ESTIMATE $ _____

CUSTOMER SIGNATURE
X

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES/ADJ. | |
| TOTAL CHARGES | |
| LESS AMOUNT | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

B.A.R.# AD199200  E.P.A.# CAD981581754

Copyright 2000 ADP, Inc.     SERVICE INVOICE #2  XSⱯC

CUSTOMER COPY

MANSHOORY000350

CUSTOMER #: 574545
UNIT# *

427029

INVOICE

PAGE 4

**BEVERLY HILLS BMW**

Service and Parts: 5151 Wilshire Blvd.
Los Angeles, CA 90036
Telephone (323) 801-1600 Fax (323) 801-1700
Sales: 5070 Wilshire Blvd., Los Angeles, CA 90036
Telephone (323) 801-1430 Fax (323) 801-1439
www.bmwofbeverlyhills.com

MICHAEL MANSHOORY
1425 N ALTA VISTA BLVD APT 111
LOS ANGELES, CA 90046-4373
MMANSHOORY@YAHOO.COM
HOME:310-770-0782 CONT:213-840-2500
BUS: 310-562-6122 CELL:213-840-2500

SERVICE ADVISOR: 374 DUNG TRINH

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
| 300/White | 14 | BMW 650i Convertible | WBAYP9C52ED169248 | 7DQW106 | 24606/24607 | T4704 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|---------|-----------|
| 15DEC13 DD | | | 17:00 03NOV16 | | CASH | 04NOV16 |

| R.O. OPENED | READY | OPTIONS: | SOLD-STK:ED169248 DLR:21319 |
|-------------|-------|----------|------------------------------|
| 08:01 03NOV16 | 17:19 04NOV16 | | ENG:4.4L_GDI_DOHC_T |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|------|--------|------|------|-------|---|------|-----|-------|

EST: 0.00            03NOV16 08:01  SA: 374

PAYMENT IN FULL REQUIRED PRIOR TO RELEASE OF VEHICLE

METHOD OF PAYMENT WE ACCEPT THE FOLLOWING: CASH MASTERCARD VISA AMX COMPANY OR PERSONALIZED CHECK $2,000.00 WITH THE FOLLOWING

1) CHECK GUARANTEE CARD
2) VALID DRIVERS LICENSE
3) NAME AND ADDRESS
(NO. P.O. IMPRINTED ON CHECK)

NOTICE TO CUSTOMER
I acknowledge notice an oral approval of any additional customer or warranty work performed and/or increase in the original estimate price. I also acknowledge and approve all repairs as itemized and/or receipt of vehicle. I also acknowledge receipt of additional consumer warranty and service information contained in the Parts & Service Warranty Disclaimer.

ORIGINAL
ESTIMATE $ _____

AUTHORIZED
REVISED ESTIMATE $ _____

CUSTOMER SIGNATURE
X

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES/ADJ. | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS AMOUNT | 0.00 |
| SALES TAX | 0.00 |
| **PLEASE PAY THIS AMOUNT** | 0.00 |

B.A.R.# AD199200  E.P.A.# CAD981581754

Copyright 2000 ADP, Inc.    SERVICE INVOICE #2  XSI2C

CUSTOMER COPY

MANSHOORY000351

# EXHIBIT "G"

Manshoory v. BMWNA 34

CUSTOMER #: 574545
UNIT# *

430708

INVOICE

**BMW** **BEVERLY HILLS BMW**
Service and Parts: 5151 Wilshire Blvd.
Los Angeles, CA 90036
Telephone (323) 801-1600 Fax (323) 801-1700
Sales: 5070 Wilshire Blvd., Los Angeles, CA 90036
Telephone (323) 801-1430 Fax (323) 801-1439
www.bmwofbeverlyhills.com

MICHAEL MANSHOORY
10717 WILSHIRE BLVD
LOS ANGELES CA 90024
MIKEMANSHOORY@YAHOO.COM
HOME:310-474-1111 CONT:213-840-2500
BUS: 213-840-2500 CELL:213-926-7070

PAGE 1

SERVICE ADVISOR: 374 DUNG TRINH

| COLOR | YEAR | MAKE/MODE | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| 300/White | 14 | BMW 650i Convertible | WBAYP9C52ED169248 | 7DQW106 | 26226/26229 | T4516 |

| DEL DATE | PROD DATE | WAR EXP | PROMISED | P.O. NO. | PAYMENT | INV DATE |
|---|---|---|---|---|---|---|
| 15DEC13 DD | | | 17:00 07DEC16 | | CASH | 16DEC16 |

R.O. OPENED          READY          OPTIONS:    SOLD-STK:ED169248 DLR:21319
10:30 06DEC16  10:21 16DEC16       ENG:4.4L_GDI_DOHC_T

LINE OPCODE TECH TYPE HOURS                          LIST       NET       TOTAL

A CUSTOMER STATES CHECK ENGINE LGHT CAME ON DISPLAY
    25BMZ ENGINE COMPLAINTS                                          (N/C)
       5260 IPS
PARTS:     0.00  LABOR:     0.00  OTHER:     0.00   TOTAL LINE A:     0.00
   26229 NO FAULTS CHARGED BATTERY AND RAN VEHICLE TEST AND FOUND NO
   FAULT CODES ENTER IN DME.

B CUSTOMER STATES VEHICLE STALL WHEN DRIVING
    25BMZ ENGINE COMPLAINTS                                          (N/C)
       5260 IPS                                      0.00  TOTAL LINE B:   0.00
PARTS:     0.00  LABOR:     0.00  OTHER:     0.00
   26229 COULD NOT DUPLICATE COULD NOT DUPLICATE

C CHECK TRUNK PANEL MISSING FROM PREVIOUS VISIT
    45BMZ BODY EXTERIOR                                              (N/C)
       5260 IPS
    INSTAL 24 95 FLOOR CARPEL LUGGAGE                                (N/C)
    COMPART:514070
    LEFT TR IM WHEELHOUSING                                          (N/C)
       LEFT:514070
PARTS:     0.00  LABOR:     0.00  OTHER:     0.00   TOTAL LINE C:     0.00
   26229 MISSING FROM PREVIOUS VISIT INSTALLED PANELS

D CUSTOMER STATES KEY REMOTE INTERM WONT UNLOCK OR LOCK VEHICLE
    45BMZ RJC                                                        (N/C)
       5260 IPS
    INSTAL 61 21 7 643 BATTERY 6130992 IDK                           (N/C)
PARTS:     0.00  LABOR:     0.00  OTHER:     0.00   TOTAL LINE D:     0.00
   26229 BATTERY LOW INSTALLED BATTERY
   ***************************************************
E CUSTOMER STATES TRUNK LID HARD TO OPEN
    45BMZ B                                                          (N/C)
       5260 IPS
PARTS:     0.00  LABOR:     0.00  OTHER:     0.00   TOTAL LINE E:     0.00

*Handwritten:* Exhibit 12 Michael Manshoory

PAYMENT IN FULL REQUIRED PRIOR TO
RELEASE OF VEHICLE

METHOD OF PAYMENT WE ACCEPT
THE FOLLOWING: CASH MASTERCARD
VISA AMX COMPANY OR
PERSONALIZED CHECK $2,000.00
WITH THE FOLLOWING

1) CHECK GUARANTEE CARD
2) VALID DRIVERS LICENSE
3) NAME AND ADDRESS
(NO. P.O. IMPRINTED ON CHECK)

NOTICE TO CUSTOMER
I acknowledge notice an oral approval of any additional customer
or warranty work performed and/or increase in the original
estimate price. I also acknowledge and approve all repairs as
itemized and/or receipt of vehicle. I also acknowledge receipt of
additional consumer warranty and service information contained
in the Parts & Service Warranty Disclaimer.

ORIGINAL
ESTIMATE $ _____

AUTHORIZED
REVISED ESTIMATE $ _____

CUSTOMER SIGNATURE
X

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES/ADJ. | |
| TOTAL CHARGES | |
| LESS AMOUNT | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

B.A.R.# AD199200 E.P.A.# CAD981581754

Copyright 2000 ADP, Inc.   SERVICE INVOICE #2  X8/20

CUSTOMER PAY

Manshoory v. BMWNA 35

CUSTOMER #: 574545
UNIT# *

MICHAEL MANSHOORY
10717 WILSHIRE BLVD
LOS ANGELES CA 90024
MIKEMANSHOORY@YAHOO.COM
HOME:310-474-1111 CONT:213-840-2500
BUS: 213-840-2500 CELL:213-926-7070

430708

INVOICE

PAGE 2

**BEVERLY HILLS BMW**
Service and Parts: 5161 Wilshire Blvd.
Los Angeles, CA 90036
Telephone (323) 801-1600 Fax (323) 801-1700
Sales: 5070 Wilshire Blvd., Los Angeles, CA 90036
Telephone (323) 801-1430 Fax (323) 801-1430
www.bmwofbeverlyhills.com

SERVICE ADVISOR: 374 DUNG TRINH

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|------------|-----|---------|----------------|-----|
| 300/White | 14 | BMW 650i Convertible | WBAYP9C52ED169248 | 7DQW106 | 26226/26229 | T4516 |

| DEL DATE | PROD DATE | WARR EXP | PROMISED | PO NO | PAYMENT | INV DATE |
|----------|-----------|----------|----------|-------|---------|----------|
| 15DEC13 DD | | | 17:00 07DEC16 | | CASH | 16DEC16 |

R.O.OPENED            READY            OPTIONS:   SOLD-STK:ED169248 DLR:21319
                                      ENG:4.4L_GDI_DOHC_T
10:30 06DEC16  10:21 16DEC16

LINE OPCODE TECH TYPE HOURS                        LIST        NET        TOTAL

```
TRUNK SHOCKS CUSTOMER TO TAKE VEHICLE WITHOUT REPLACEMENT OF
SHOCKS
```

F *No Interval Due Vehicle History IndicatesNo Maintenance Interval Due
```
NO DFINE INTERVAL DUE RECOMMENDED                                    (N/C)
    5260   IPS
```
PARTS:    0.00 LABOR:     0.00 OTHER:      0.00 TOTAL LINE F:    0.00
26229 NOT DUE NOT DUE

G *Inspect Adjust Tire Pressures as per CARB Requirement
```
CARB CHECK TIRE PRESSURE AND RECORD  R    LR
    RR    LR
    5260   IPS                                                        (N/C)
```
PARTS:    0.00 LABOR:     0.00 OTHER:      0.00 TOTAL LINE G:    0.00
26229 TIRES BEST AND BEST
       * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
H *Complimentary Multipoint Inspection $49.97 Value
    IBMW IBMW VEHICLE INSPECTION INCLUDING CHECK TIRE
```
    PRESSURE RR   LR   RR   LR                                        (N/C)
    5260   IPS
```
PARTS:    0.00 LABOR:     0.00 OTHER:      0.00 TOTAL LINE H:    0.00
26229 MPI MPI

EST: 308.88      07DEC16 09:39 CSA: 374

PAYMENT IN FULL REQUIRED PRIOR TO
RELEASE OF VEHICLE

METHOD OF PAYMENT WE ACCEPT
THE FOLLOWING: CASH MASTERCARD
VISA AMX COMPANY OR
PERSONALIZED CHECK $2,000.00
WITH THE FOLLOWING

1) CHECK GUARANTEE CARD
2) VALID DRIVERS LICENSE
3) NAME AND ADDRESS
(NO. P.O. IMPRINTED ON CHECK)

NOTICE TO CUSTOMER
I acknowledge notice an oral approval of any additional customer
or warranty work performed and/or increase in the original
estimate price. I also acknowledge and approve all repairs as
itemized and/or receipt of vehicle. I also acknowledge receipt of
additional consumer warranty and service information contained
in the Parts & Service Warranty Disclaimer.

ORIGINAL                      AUTHORIZED
ESTIMATE $ _____           REVISED ESTIMATE $ _____

CUSTOMER SIGNATURE
X

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES/ADJ. | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS AMOUNT | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

B.A.R.# AD199200  E.P.A.# CAD981661754

Copyright 2000 ADP, Inc.   SERVICE INVOICE #2 KB8G

CUSTOMER PAY

Manshoory v. BMWNA 36

# BEVERLY HILLS BMW

WORK ORDER

SERVICE ADVISOR:

#  B   CREMZ          CUSTOMER STATES VEHICLE STALL WHEN DRIVING

#  C   23MZ           CK TRUNK LINER MISSING FROM PREVIOUS VISIT

#  D   45BMZ          CUSTOMER STATES KEY REMOTE INTERM WONT UNLOCK OR
                      LOCK VEHICLE

#  E   45BMZ          CUSTOMER STATES TRUNK LID HARD TO OPEN

#  F   NIDR      IPS   *No Interval Due Vehicle History IndicatesNo
                       Maintenance Interval Due

#  G   CARB          CMMT Inspect Adjust Tire Pressures as per CARB
                      Requirement

#  H   IBMW      IPS   *Complimentary Multipoint Inspection ... a $49.97
                       Value

**THIS IS NOT AN INVOICE**

| | PRELIMINARY ESTIMATE $ | 0.00 |

BY LAW, YOU MAY CHOOSE ANOTHER LICENSED AUTO/BODY/REPAIR FACILITY TO PERFORM ANY RECORD REPAIRS OR ADJUSTMENTS WHICH THIS SHOP CHECK TEST INDICATES ARE NECESSARY.

I hereby authorize the repair work herein set forth as described, with the necessary material and agree that you are not responsible for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on the above vehicle to secure the amount of repairs thereto. I hereby appoint BEVERLY HILLS BMW as my attorney in-fact and empower you to negotiate and cash any draft or instrument issued in payment of the repair order by any third party in my name and to sign my name thereto. Receipt of vehicle described herein for repair authorization is hereby acknowledged by dealer. Said customer is hereby notified that the said property, once insured or contracted to the amount of actual cash value, thereof, or otherwise, by the undersigned dealer against loss occasioned by theft, fire or vandalism while the property remains with the dealer. Customer states of vehicle of personal property have been left in the vehicle, and the dealer is not responsible for inspection thereof. Customer will be responsible for payment of reasonable attorney fees and costs in the event of a credit card not accepted for warranty authorize warranty work to be performed on my vehicle. In the event that my work performed is not accepted or denied by payment by the manufacturer, then I, the customer, will be held responsible for the outstanding balance. This agreement in no way limits your warranty coverage. If this situation does occur, then you will receive documentation of denied warranty for your records.

| PRELIMINARY ESTIMATE | | WHICH INCLUDES A HAZARDOUS WASTE DISPOSAL FEE OF | $ |

AUTHORIZED BY: X

TERMS: CASH OR APPROVED CREDIT CARDS UNLESS PRIOR ARRANGEMENTS HAVE BEEN MADE

| DATE | TIME | PHONE # OR IN PERSON | AUTHORIZED BY | ADDITIONAL AMOUNT |
|------|------|------|------|------|
| REASON | | | | REVISED TOTAL |
| DATE | TIME | PHONE # OR IN PERSON | AUTHORIZED BY | ADDITIONAL AMOUNT |
| REASON | | | | REVISED TOTAL |
| DATE | TIME | PHONE # OR IN PERSON | AUTHORIZED BY | ADDITIONAL AMOUNT |
| REASON | | | | REVISED TOTAL |

LOCATION _____ QUALITY CONTROLLED BY _____ MILES _____
ALL PARTS REMOVED WILL BE DISCARDED UNLESS OTHERWISE REQUESTED PRIOR TO BEGINNING WORK, ALL PARTS ARE NEW UNLESS OTHERWISE SPECIFIED.

CUSTOMER COPY

# EXHIBIT "H"

Manshoory v. BMWNA 44

# BMW Financial Services 

**FINAL INSPECTION**

## Lease-End Inspection Form

Inspecting Center Name _Beverly Hills BMW, Ltd._

### 1. Customer Information

Name _Michael Manshoory_   Account Number _XXXXX7213_   BMW Lease Protection No ___

Model _650I Convertible_   Year _2014_  VIN _WBAYP9C52ED169248_   Maturity Date _12/15/2016_

New _X_   Pre-Owned ___   Inspection Date _12/15/2016_

### 2. Body Assessment — Charges for Dings, Dents and Scratches (See diagram on page 4.)

| | Small | Large | Total | | Small | Large | Total |
|---|---|---|---|---|---|---|---|
| Front Bumper/Cover | | | $0.00 | Rear Bumper/Cover | | | $0.00 |
| Front Hood and Grill | | | $0.00 | Right Quarter Panel | | | $0.00 |
| Left Front Fender | | | $0.00 | Right Rear Door | | | $0.00 |
| Left Front Door | | | $0.00 | Right Front Door | | | $0.00 |
| Left Rear Door | | | $0.00 | Right Rocker Panel | | | $0.00 |
| Left Rocker Panel | | | $0.00 | Right Front Fender | | | $0.00 |
| Left Quarter Panel | | | $0.00 | Roof | | | |
| Deck Lid | | | $0.00 | | | | |
| | | | | | Body Assessment Total | | $0.00 |

- Charge per incident: Small = $100 Large = $400
- Maximum charge per panel (small and large dings, dents and scratches combined) is $400
- Rocker Panels Small = $75 and Large = $200
- Maximum charge per Rocker Panel is $200

### 3. Parts Charges

| Yes | No | | Subtotal Parts Charge |
|---|---|---|---|
| ☐ | ☐ | **20" Run Flat** 20" Tires with minimum 4/32" (1/8") tread depth measured from thinnest tread not on the wear bar? Tires must also be free of additional damage such as but not limited to cuts, bulges or severe curb rash. (Including spare if applicable.) Charge per incident: $400.00 ☑ Left Front ☑ Right Front ☐ Left Rear ☐ Right Rear | $800.00 |
| ☐ | ☑ | **20" Rim** 20" Factory wheels free of cracks, structural bends gouges and aftermarket chrome/paint? (Including spare if applicable.) Charge per incident: $400.00 ☐ Left Front ☐ Right Front ☐ Left Rear ☐ Right Rear | $400.00 |
| ☑ | ☐ | **Windshield-Rain Sensor** Windshield-Rain Sensor Windshield free of scratches, cracks or stars regardless of location? Charge per incident: $600.00 | $0.00 |
| ☑ | ☐ | **Mirror Cover** Mirror cover in place and free of any breaks or cracks? Charge per incident: $100.00 ☐ Left ☐ Right | $0.00 |
| ☑ | ☐ | **Mirror Housing** Mirror housing in place and free of any breaks or cracks? Charge per incident: $500.00 ☐ Left ☐ Right | $0.00 |

| Yes | No | | Subtotal Parts Charge |
|---|---|---|---|
| ☑ | ☐ | **Mirror Glass** Mirror glass in place and free of any breaks or cracks? Charge per incident: $100.00 ☐ Left ☐ Right | $0.00 |
| ☐ | ☐ | **Foglamp** Fog lamps in place and free of any breaks, cracks, missing components or non original manufacturers equipment? Charge per incident: $120.00 ☐ Left ☐ Right | $0.00 |
| ☑ | ☐ | **Taillamp** Lamp assembly in place and free of any breaks, cracks or missing components or non original manufacturers equipment? Charge per incident: $150.00 ☐ Left ☐ Right | $0.00 |
| ☑ | ☐ | **Xenon Assembly** Xenon Assembly headlamp in place and free of any breaks, cracks, missing components or non original manufacturers equipment? Charge per incident: $500.00 ☐ Left ☐ Right | $0.00 |
| ☐ | ☑ | **Comfort Access Key** Minimum two Comfort Access Key? Charge per incident: $250.00 | $250.00 |
| ☑ | ☐ | **Scheduled Maintenance** Scheduled Maintenance Completed? Charge per incident: $750.00 | $0.00 |
| | | **Parts Total** | $1,450.00 |

_Exhibit_
_2_

_Mike Manshoory_

Manshoory v. BMWNA 45

## 4. Option Charges

| | Yes | No | | Subtotal Option Charge | Yes | No | | Subtotal Option Charge |
|---|---|---|---|---|---|---|---|---|

☑ Yes  ☐ No  **Navigation/Display Screen**
Navigation/Display screen operating properly and free of scratches or cracks?
Charge per incident: $1,000.00

$0.00

**Options Total**  $0.00

## 5. Excess Mileage Charge (Completed at time of turn-in)

| | |
|---|---|
| A. Current miles* | 26,371 |
| B. Miles at inception (from contract) | 3 |
| C. Miles driven (A minus B) | 26,368 |
| D. Contracted mileage | 30,000 |
| E. Excess miles (C minus D) (If negative, then no charge) | 3,632 |
| Total Excess Mileage Charge (Ex ___0.20___) | $0.00 |

## 6. Summary of Excess Wear-and-Use and Mileage Charges**

**Other fees may apply (e.g. property tax, unpaid tickets, etc.) Per your Lease Agreement, lease-end charges may be subject to local and state taxes.

| | |
|---|---|
| | $0.00 |
| Body Assessment Total | $1,450.00 |
| Parts Total | $0.00 |
| Options Total | $0.00 |
| Total Excess Mileage Charge | $350.00 |
| Disposition Fee*** | |
| Potential BMW Lease Protection Benefit (Dependent on claim approval) | ($0.00) |
| Grand Total | $1,800.00 |

*This customer may be eligible for the Customer Unused Mileage Loyalty Benefit if they are a minimum of 10% under their contractual mileage and contract another vehicle with BMW Group Financial Services. Any applicable credits would be applied to the customer's new BMW Group Financial Services contract upon inception. Please refer to the loyalty grid located on page 4 of this document.

***The Disposition Fee is a charge included on the Lease Agreement which is used to defray the costs of preparing and selling the vehicle at the end of lease (either scheduled or early termination). If the vehicle is returned, it is not due if the customer purchases the vehicle. As a courtesy to our returning customers, if this fee is paid prior to obtaining a new account within six (6) months with BMW Financial Services, that amount will be credited to their new account.

The total charges listed on this form may be subject to change if a vehicle is determined to have sustained damages not listed on this form. Examples of such damage may include but are not limited to any substantial body damage that exceeds the parameters listed on this form, missing, misaligned or broken components, any major mechanical problem, improper repairs, hail damage or a badly damaged interior (multiple burns, rips or water damage). In this case, a third-party inspector must evaluate the vehicle. The inspection form must reflect the condition of the vehicle at turn-in. If turn-in condition is significantly different, a re-inspection is required. Both signatures are required for validation. By signing this form, the customer and inspector acknowledge that they have read and agree with the assessment of this vehicle as itemized and in accordance with the parameters defined on this form.

| | | Date | |
|---|---|---|---|
| Customer | | | 12/15/2016 |
| Inspector | | | 12/15/2016 |

To simplify the end-of-lease inspection process, we've developed this form. It will allow dealers and customers to evaluate the vehicle's condition at turn-in. The form includes the following sections:

- Customer Information
- Body Assessment Charges
- Parts Charges
- Option Charges
- Excess Mileage Charge
- Summary of Charges
- Federal Odometer Disclosure Statement

When the vehicle is turned in and the final inspection is completed, two parties must sign the form — the customer and a BMW retailer.

## 1. Customer Information
Please verify customer name, account number, year, model and Vehicle Identification Number of the leased vehicle.



Mark either "S" (for small) or "L" (for large) on diagram wherever there is a ding, dent or scratch.

## 2. Body Assessment
This section notes any dings, dents or scratches on the vehicle that will require repair. We've provided an inspection wheel that can be used during the assessment to determine which dents, dings or scratches may be subject to excess wear-and-tear charges. In order to assess each area accurately:

- Place the BMW Inspection Wheel over any dings, dents or scratches on the car. Any ding, dent or scratch over 2" will be chargeable if not repaired.
- Any damage greater than 2" but smaller than 4" should be listed as a small charge.
- Any damage greater than 4" should be listed as a large charge.
- Multiple instances of small damage should be listed.
- Multiple small charges can only be assessed up to the maximum allowed for each panel.

## 3. Parts Charges
After evaluating the exterior panels of the BMW, refer to the checklist in this section to identify the following parts damage.

- Any windshield scratch, crack or star.
- Mirror cover, housing and/or glass that is missing or damaged.
- Foglamps broken, cracked, missing or non-original manufacturer's equipment.
- Lamp Assembly broken, cracked, missing or non-original manufacturer's equipment.
- Headlamp broken, cracked, missing or non-original manufacturer's equipment.
- Any missing keys. (A minimum of two are required.)
- Scheduled Maintenance not completed. (As determined via service engine light.)
- Any other missing or damaged parts must be inspected by a third-party.

## 4. Option Charges
Any other factory options that have not been identified in the sections above but are displayed on the second page of this inspection form will be charged if missing or damaged.

## 5. Excess Mileage Charge
Excess mileage should be assessed upon final turn-in of the vehicle and should match the odometer reading. If actual miles exceed the amount indicated on the contract, excess mileage will be charged at the applicable per mile rate as stated in the customer Lease Agreement.

## 6. Summary of Excess Wear-and-Use and Mileage Charges
Excess wear-and-use and mileage charges, if any, will consist of the body assessment total, parts total, options total, excess mileage charge and disposition fee. Note: Other lease-end fees (e.g., property tax, unpaid tickets, etc.) may apply. Per the Lease Agreement, lease-end charges may be subject to local and state taxes.

## 7. Federal Odometer Disclosure Statement
To ensure an accurate record of the lease-end mileage, please record the odometer mileage on the date the vehicle is turned in. This statement should be signed by the lease customer.

## 8. Form Processing
When this form is complete:

- The BMW retailer enters the information into InfoBahn and obtains an electronic signature.
- The customer and BMW retailer must sign the Lease-End Inspection Form and the Federal Odometer Disclosure Statement.
- A copy of each completed and signed document should be provided to the customer.
- If the BMW retailer does not obtain an electronic signature, please fax the signed copy to BMW Financial Services at 1-866-347-1405.

## 9. Third-Party Inspection Option
If the customer and the inspection center do not agree on the damages listed, the customer is entitled to an independent inspection. The results of that inspection will be binding on all parties.

| Percent of Contractual Miles not Utilized | Credit Offered for Unused Mileage |
|---|---|
| 10% - 14.9% | $200 |
| 15% - 24.9% | $250 |
| 25% - 100% | $300 |

Manshoory v. BMWNA 47

**Federal Odometer Disclosure Statement (Leased Vehicle)**

Federal law (and State law, if applicable) requires that the lessee disclose the mileage to the lessor in connection with the transfer of ownership. Failure to complete or making a false statement may result in fines and/or imprisonment. Complete disclosure form below and return to lessor.

I, Michael Manshoory _____ (Print name of Lessee) state that the odometer now reads 26,371 _____ (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ I hereby certify that the odometer reading is NOT the actual mileage.

Year 2014 _____ Make BMW _____ Model 650i Convertible _____

Vehicle Identification Number WBAYP9C52ED169248 _____

Lessee's Name Michael Manshoory _____

Lessee's Signature _____

Date of Statement _____ 12/15/2016 _____
_____ (Date signed)

Body Type Convertible _____

Lessee's Address 10717 Wilshire Blvd _____

Los Angeles, CA 90024-4450 _____

BMW Financial Services NA, LLC
Lessor's Name Financial Services Vehicle Trust _____

Lessor's Signature _____

Date Disclosure Form Sent to Lessee _____ 12/15/2016

Lessor's Address 5550 Britton Parkway _____

Hilliard, OH 43026 _____

Date Completed Disclosure Form Received from Lessee _____ 12/15/2016

Notice of Transfer and Release of Liability--Receipt



Login Here | Register Here          Shopping Cart                    Contact Us | Español

## Notice of Transfer and Release of Liability

Please print this receipt for your records.

| | |
|---|---|
| Date | 12/15/2016 |
| Time | 16:43:50 |
| License Plate Number/CF Number | 7DQW106 |
| VIN/Vessel Hull Id. | WBAYP9C52ED169246 |
| Vehicle Make | BMW |
| Year Model | 2014 |

**New Owner Information**

| | |
|---|---|
| Last Name | MANSHOORY |
| First Name | MICHAEL |
| Address | 10717 WILSHIRE BLVD |
| Apt. Number | 801 |
| City | LOS ANGELES |
| State | CA |
| Zip | 90024 |

**Sale Information**

| | |
|---|---|
| Odometer Reading | 26371 |
| Odometer Code | Actual Mileage |
| Sale Date | 12/15/2016 |
| Selling Price | 0 |
| If This is a Gift | |

**Seller's Information**

| | |
|---|---|
| Last Name | FINANCIAL |
| First Name | BMW |
| Address | 5550 BRITON PARKWAY |
| Apt. Number | |
| City | HILLARD |
| State | CA |
| Zip | 43026 |

Help us improve our service, Please take a moment to complete a brief Survey.

[ Done ]   [ Submit Another NRL ]

Home  |  Help  |  Disability Services  |  Site Map  |  Technical Support

Back to Top  |  Conditions of Use  |  Privacy Policy  |  Accessibility

Copyright © 2011 State of California

https://www.dmv.ca.gov/wasapp/nrl/nrlReviewAction.do                    12/15/2016

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 12, 2018, I filed the foregoing document entitled **DEFENDANT BMW OF NORTH AMERICA'S MOTION IN LIMINE TO PRECLUDE INTRODUCTION OF EVIDENCE OF CONCERNS PRESENTED ONLY ONCE; DECLARATION OF CORINNE D. ORQUIOLA** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

/s/Corinne D. Orquiola
Corinne D. Orquiola