1 | BOWMAN AND BROOKE LLP
Brian Takahashi (SBN: 146505)
2 | E-mail:  Brian.Takashashi@bowmanandbrooke.com
Richard L. Stuhlbarg (SBN: 180631)
3 | E-mail:  Richard.Stuhlbarg@bowmanandbrooke.com
Corinne D. Orquiola (SBN: 226969)
4 | E-mail:  Corinne.Orquiola@bowmanandbrooke.com
970 West 190th Street, Suite 700
5 | Torrance, California 90502
Tel No:  310/ 768-3068
6 | Fax No:  310/ 719-1019

7 | Attorneys for Defendant
BMW OF NORTH AMERICA, LLC

8 |

9 | **UNITED STATES DISTRICT COURT**

10 | **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

11 |

12 | MICHAEL MANSHOORY and MIKE MANSHOORY, | **CASE NO.:  2:17-cv-6714 SVW (MRWx)**

13 | | **[Assigned to the Hon. Stephen V. Wilson]**

14 | Plaintiffs, | **MOTION IN LIMINE NO. 10**

15 | vs. | **DEFENDANT BMW OF NORTH AMERICA'S MOTION IN LIMINE TO EXCLUDE PLAINTIFFS' EXPERT**

16 | BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company, | **GREG BARNETT; MEMORANDUM OF POINTS AND AUTHORITIES**

17 | | **DECLARATION OF CORINNE D. ORQUIOLA**

18 | Defendant. |

19 | | **Action Filed:      April 28, 2017**
**Trial:              None**

20 |

21 | TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

22 | Defendant BMW of North America, LLC ("BMW NA") will move this

23 | Court *in Limine* for an Order Excluding Plaintiff's expert Greg Barnett from

24 | testifying trial for failing to provide an expert report as required under FRCP Rule

25 | 26(a)(2).

26 | BMW NA sought to meet and confer with Plaintiff's counsel on March 2,

27 | 2018.  Plaintiffs did not respond.  If Plaintiffs will stipulate, this motion will be

28 | withdrawn.

1 | This motion is based upon the attached memorandum of points and
2 | authorities, upon all pleadings and documents filed in this matter, and upon any
3 | other oral and/or documentary evidence that may be presented at the hearing of
4 | this motion.

5 | DATED: March 12, 2018        BOWMAN AND BROOKE LLP

6 |

7 | BY:     /s/ Corinne D. Orquiola

8 | Brian Takahashi
Richard L. Stuhlbarg

9 | Corinne D. Orquiola
Attorneys for Defendant

10 | BMW OF NORTH AMERICA, LLC

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.   INTRODUCTION

Plaintiffs were required to disclose their expert witnesses no later than January 17, 2018 pursuant to Fed. R. Civ. Pro. Rule 26(a)(2)(D)(i).  They didn't. On February 22, 2018, only after being reminded by defense counsel, Plaintiffs improperly and untimely designated Greg Barnett as an expert.  The designation did not contain a copy of Mr. Barnett's expert report. (See Plaintiff's Designation, Orquiola decl. Exh. A) Plaintiffs' counsel represented that Mr. Barnett's report would follow the next day or "as soon we receive it." (See E-mail Correspondence dated February 22, 2018, Orquiola Decl. Exh. B).  As of the filing of this motion, Plaintiffs have not served Mr. Barnett's expert report.  As a result, BMW NA has not been able to depose Mr. Barnett or been able to completely prepare its defense. In the meantime, Plaintiffs have had BMW NA's expert report for nearly two months now and have been able to prepare for their case.  For these reasons, BMW NA respectfully requests that Mr. Barnett be excluded.

### II.   Plaintiffs Failed To Meet Its Obligation Provide An Expert Report With their Expert Designation Under The Federal Rules Of Civil Procedure Rule 26(2)(B) And Is Thus Prohibited From Using The Expert At Trial.

The Federal Rules of Civil Procedure Rule 26(2)(B) unequivocally state that an expert designation must be "accompanied by a written report-prepared and signed by the witness." The rule further states that the expert report must contain "(1) a complete statement of all opinions the witness will express and the basis and reasons for them; (2) the facts or data considered by the witness in forming them; (3) any exhibits that will be used to summarize or support them; (4) the witness's qualifications, including a list of all publications authored in the previous 10 years; (5) a list of all other cases in which, during the previous 4 years, the witness
///

1 │ testified as an expert at trial or deposition; and (6) a statement of the compensation
2 │ to be paid for the study and testimony in the case."
3 │      When a party fails to properly disclose its experts and their reports is not
4 │ allowed to use that information at trial unless the failure to disclose was
5 │ "substantially justified" or "harmless." (See FRCP 37(c)(1) (emphasis added);
6 │ Hoffman v. Construction Protective Services, Inc., 541 F.3d 1175, 1179 (9th Cir.
7 │ 2008) (noting that when "a party fail[s] to provide information required under
8 │ Rule 26 (a) or (e) [it] 'is not allowed to use that information . . . at a trial, unless
9 │ the failure was substantially justified or is harmless.'"); Heidtman v. County of El
10 │ Paso, 171 F3d 1038, 1040 (5th Cir, 1999) (untimely disclosure of expert
11 │ witnesses; and ClearOne Communications, Inc. v. Biamp Systems, 653 F3d 1163,
12 │ 1176 (10th Cir. 2011). The Ninth Circuit has also upheld the exclusion of experts
13 │ due to untimely reports. Yeti by Molly, Ltd. v. Deckers Outdoor Corp., 259 F.3d
14 │ 1101, 1106-7 (9th Cir. 2001) (plaintiff failed to disclose its expert report until 28
15 │ days prior to trial) and Quevedo v. Trans-Pac. Shipping, Inc., 143 F.3d 1255, 1258
16 │ (9th Cir. 1998) (refusing to consider expert's report because it was filed one-and-a-
17 │ half months late and plaintiff could have asked for an extension of time). It is
18 │ prejudicial if expert witnesses are permitted to testify to opinions not previously
19 │ disclosed in their depositions. See Harvey v. Mohammed, 941 F.Supp.2d 93, 99
20 │ (E.D. Cal. 2013).
21 │      Federal Rule of Civil Procedure Rule 37 also provides "a self-executing,
22 │ automatic sanction to provide a strong inducement for disclosure of material."
23 │ Yeti, 259 F.3d at 1106.
24 │      Here, as of the filing of this motion, Mr. Barnett's report is 54 days late and
25 │ it is 36 days before trial.  Plaintiffs were reminded as recently February 28, 2018
26 │ that Mr. Barnett's report still had not been produced.   At no point did Plaintiffs
27 │ request an extension.  There is no justification, let alone a substantial one, for such
28 │ a late designation.  Furthermore, it is not harmless to BMW NA.  BMW NA has

1   not been able to depose Mr. Barnett or have been apprised of his opinions and has
2   not been able to prepare its defense.  Accordingly, Mr. Barnett should be excluded
3   from testifying at trial.

4   **III.**   **CONCLUSION**

5        For the foregoing reasons, this Court should exclude any and all reference to
6   Plaintiff's expert witness Greg Barnett. Trial is less than 36 days away and this
7   gives the defense little time to prepare. Plaintiff's failure to provide an expert
8   report severely prejudices the defense in drafting motions in limine and preparing
9   for trial.

10  DATED:  March 12, 2018                    BOWMAN AND BROOKE LLP

11

12                                  BY:    /s/ Corinne D. Orquiola
13                                         Brian Takahashi
                                           Richard L. Stuhlbarg
14                                         Corinne D. Orquiola
                                           Attorneys for Defendant
15                                         BMW OF NORTH AMERICA, LLC

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF CORINNE D. ORQUIOLA

I, Corinne D. Orquiola, declare that:

1.      I am an attorney at law, duly licensed to practice before all the courts of the State of California.  I am an attorney at the law offices of Bowman and Brooke LLP, counsel of record for BMW OF NORTH AMERICA, LLC ("BMW NA").  The facts set forth in this Declaration are made of my own personal knowledge, and, if called upon to testify, I could and would competently testify thereto.

2.      I sought to meet and confer with Plaintiffs' counsel on March 2, 2018 regarding this motion.  Plaintiffs did not respond.  If plaintiffs stipulate.  This motion will be withdrawn.

3.      Attached hereto as Exhibit A is a true and correct copy of Plaintiff's "expert designation".

4.      Attached hereto as Exhibit B is a true and correct copy of e-mail exchanges dated February 22, and 23, 2018 between Plaintiffs' counsel and myself.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of March, 2018, at Torrance, California.

/s/ Corinne Orquiola
**Corinne Orquiola**

# EXHIBIT "A"

1 | **KNIGHT LAW GROUP LLP**
Steve Mikhov (SBN 224676)
2 | Russell Higgins (SBN 226124)
1801 Century Park East, Suite 2300
3 | Los Angeles, CA 90067
Telephone: (310) 552-2250
4 | Fax: (310) 552-7973

RECEIVED

FEB 2 6 2018

BOWMAN AND BROOKE LLP
LOS ANGELES

Attorneys for Plaintiffs,
MICHAEL MANSHOORY and
MIKE MANSHOORY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL MANSHOORY and MIKE MANSHOORY, | Case No.: 2:17-cv-06714-SVW-MRW Unlimited Jurisdiction |
| Plaintiffs, | **PLAINTIFF'S DESIGNATION OF EXPERT WITNESS PURSUANT TO THE FEDERAL RULE OF CIVIL PROCEDURE, 26(a)(2)** |
| vs. | |
| BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company, | |
| Defendants. | |

TO DEFENDANT AND ITS ATTORNEY OF RECORD:

Plaintiffs MICHAEL MANSHOORY and MIKE MANSHOORY, submit this Designation of Expert Witness pursuant to 26(a)(2).

1. Greg Barnett, is hereby designated as plaintiffs' expert Greg Barnett has been retained by plaintiff for the purpose of forming and expressing an opinion in anticipation of trial.

Mr. Barnett's business address is as follows: 3065 Hayes Ave., Costa Mesa, California 92626. His telephone number is (714) 444-3224.

2.      Mr. Barnett has over twenty eight years of experience as a consultant, inspector, tester ect. within the automotive industry.  He has also served as automotive consultant and Expert Witness for nationally known insurance companies and law firms.   He has testified in over Trials, Depositions, Arbitrations and other Sworn Testimony matters since 2003.

3.      Mr. Barnett is expected to testify at trial as to matters including, but not limited to the subject vehicle and its warranty and repair history, testing procedures, interpretation of results and further diagnostic repair procedures, both generally and as regards the subject vehicle, reasonableness of repair attempts regarding the subject vehicle, his inspection of the subject vehicle, and warranty repair procedures.

4.      Mr. Barnett will be sufficiently familiar with this case and is prepared to testify at a deposition regarding the foregoing issues and the opinions he is expected to give at trial.

5.      Mr. Barnett has agreed to testify at trial.

6.      Mr. Barnett's fees are $200.00 per hour for case work, $97.50 per hour and an additional $0.60 per mile, and $350.00 per hour for depositions, mediations and/or arbitrations.

## OTHER EXPERTS:

7.      Plaintiff reserves the right to call as his own expert any individual listed by defendant, whether or not such persons are listed as retained or non-retained experts, and whether or not such persons are called at trial by defendant and whether or not such witnesses have been withdrawn as experts.  Because plaintiff has not retained these individuals, plaintiff has no control over them and will have to subpoena them for their appearance at deposition or trial.

8.      Plaintiff may also call at the time of trial those service managers, technicians, and others with special knowledge, training, and experience regarding matters of which they have personal knowledge relating to the issues in this case.  Plaintiff may ask these witnesses for opinions in their areas of special knowledge and experience.

-2-
**PLAINTIFF'S EXPERT DESIGNATION**

9.      Plaintiff reserves the right to call as experts any experts disclosed by defendant and to designate additional other expert witnesses to address aspects of issues of this case of which plaintiffs are not presently aware.

10.     Plaintiff reserves the right to designate additional expert witnesses in accordance to 26(a)(2).

11.     Plaintiff reserves the right to amend this designation pursuant to 26(a)(2). Plaintiff reserves the right to call any expert witnesses necessary to rebut or impeach any testimony of any other expert witness designated by any other party in this action pursuant to 26(a)(2).

12.     Plaintiff hereby reserves the right to designate additional expert witnesses as may be necessary.  The names of expert witnesses will be revealed promptly, and each will be made available for deposition prior to testifying at trial.

13.     Plaintiff hereby reserves the right to call expert witnesses as necessary in rebuttal.


Dated: February 22, 2018                          **KNIGHT LAW GROUP  LLP**


                                                   /s/ Russell Higgins
                                                  Steve Mikhov Russell Higgins
                                                  Attorneys for Plaintiff,
                                                  MICHAEL MANSHOORY and
                                                  MIKE MANSHOORY

-3-
**PLAINTIFF'S EXPERT DESIGNATION**

PROOF OF SERVICE
(F.R.C.P. Rule (b)(2))

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 1801 Century Park East, Suite 2300, Los Angeles, CA 90067.

I served the foregoing document described as:

**PLAINTIFF'S DESIGNATION OF EXPERT WITNESS PURSUANT TO THE FEDERAL RULE OF CIVIL PROCEDURE, 26(a)(2)**

Said document was served on the interested parties in this action, by placing true copies thereof enclosed in sealed envelopes, with postage prepaid, addressed as follows:

Richard L Stuhlbarg, Esq.
BOWMAN AND BROOKE LLP
970 West 190th Street. Suite 700
Torrance, CA 90502
**Counsel for Defendant, BMW of North America LLC**

<u>XX</u>   BY MAIL:  I am readily familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at a Postal Service collection box at Los Angeles, California, in the ordinary course of business. The envelope was sealed and placed for collection that same day following ordinary business practices, addressed to the above-referenced attorney.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 22, 2018 at Los Angeles, California.

     /s/  Era Mitchell
     ERA MITCHELL

-1-

PROOF OF SERVICE

**Richard Stuhlbarg**

| | |
|---|---|
| **From:** | Russell Higgins <russellh@knightlaw.com> |
| **Sent:** | Thursday, February 22, 2018 5:03 PM |
| **To:** | Corinne Orquiola |
| **Cc:** | Deepak Devabose; Richard Stuhlbarg; Lisa Sullivan; Tyler Thomas; Lorena Velazquez; Era Mitchell |
| **Subject:** | RE: Manshoory v. BMW- (1) Rule 16-2 Conference (2) Expert Report |

Corinne,

The expert disclosure will be sent to you this evening and Mr. Barnett's report will follow either tomorrow or as soon thereafter as possible.

For the Rule 16 conference, I'm available tomorrow after 11 AM, all day Monday, Tuesday late afternoon (after 2PM), or Wednesday after 11 AM.

Let me know your preference, and thanks.

**Russell W. Higgins**
**KNIGHT LAW GROUP, LLP**
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
**T:** 310.552.2250 | **F:** 310.552.7973
russellh@knightlaw.com | www.knightlawgroup.com

Note: This email contains information from Knight Law Group, LLP that may be proprietary, confidential, or protected under the attorney-client privilege or work-product doctrine. This email is intended only for the use of the named recipient. If you are not the intended recipient named above, you are strictly prohibited from reading, disclosing, copying, or distributing this email or its contents, and from taking any action in reliance on the contents of this email. If you received this email in error, please delete this message and respond immediately by email to the author or call 310-552-2250.

**From:** Corinne Orquiola [mailto:Corinne.Orquiola@bowmanandbrooke.com]
**Sent:** Thursday, February 22, 2018 1:42 PM
**To:** Russell Higgins <russellh@knightlaw.com>
**Cc:** Deepak Devabose <deepakd@knightlaw.com>; Richard Stuhlbarg <Richard.Stuhlbarg@bowmanandbrooke.com>; Lisa Sullivan <Lisa.Sullivan@bowmanandbrooke.com>; Tyler Thomas <Tyler.Thomas@bowmanandbrooke.com>; Lorena Velazquez <lorenav@knightlaw.com>; Patricia Cortazar <patriciac@knightlaw.com>
**Subject:** RE: Manshoory v. BMW- (1) Rule 16-2 Conference (2) Expert Report

Russell,

The last day for the Rule 16-2 Conference is next Wednesday 2/28. I am available tomorrow except between 1 and 3pm and all day next M-W.

Also, Plaintiff's Expert Disclosure and Report was due January 17, 2018. We have not received either. Please serve immediately.

Thanks,
Corinne

1

# EXHIBIT "B"

## Corinne Orquiola

| | |
|---|---|
| **From:** | Russell Higgins <russellh@knightlaw.com> |
| **Sent:** | Thursday, February 22, 2018 5:03 PM |
| **To:** | Corinne Orquiola |
| **Cc:** | Deepak Devabose; Richard Stuhlbarg; Lisa Sullivan; Tyler Thomas; Lorena Velazquez; Era Mitchell |
| **Subject:** | RE: Manshoory v. BMW- (1) Rule 16-2 Conference (2) Expert Report |

Corinne,

The expert disclosure will be sent to you this evening and Mr. Barnett's report will follow either tomorrow or as soon thereafter as possible.

For the Rule 16 conference, I'm available tomorrow after 11 AM, all day Monday, Tuesday late afternoon (after 2PM), or Wednesday after 11 AM.

Let me know your preference, and thanks.

**Russell W. Higgins**
**KNIGHT LAW GROUP, LLP**
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
**T:** 310.552.2250 | **F:** 310.552.7973
russellh@knightlaw.com | www.knightlawgroup.com

Note: This email contains information from Knight Law Group, LLP that may be proprietary, confidential, or protected under the attorney-client privilege or work-product doctrine.  This email is intended only for the use of the named recipient.  If you are not the intended recipient named above, you are strictly prohibited from reading, disclosing, copying, or distributing this email or its contents, and from taking any action in reliance on the contents of this email.  If you received this email in error, please delete this message and respond immediately by email to the author or call 310-552-2250.

**From:** Corinne Orquiola [mailto:Corinne.Orquiola@bowmanandbrooke.com]
**Sent:** Thursday, February 22, 2018 1:42 PM
**To:** Russell Higgins <russellh@knightlaw.com>
**Cc:** Deepak Devabose <deepakd@knightlaw.com>; Richard Stuhlbarg <Richard.Stuhlbarg@bowmanandbrooke.com>; Lisa Sullivan <Lisa.Sullivan@bowmanandbrooke.com>; Tyler Thomas <Tyler.Thomas@bowmanandbrooke.com>; Lorena Velazquez <lorenav@knightlaw.com>; Patricia Cortazar <patriciac@knightlaw.com>
**Subject:** RE: Manshoory v. BMW- (1) Rule 16-2 Conference (2) Expert Report

Russell,

The last day for the Rule 16-2 Conference is next Wednesday 2/28.  I am available tomorrow except between 1 and 3pm and all day next M-W.

Also,  Plaintiff's Expert Disclosure and Report was due January 17, 2018.  We have not received either.  Please serve immediately.

Thanks,
Corinne

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2018, I filed the foregoing document entitled **DEFENDANT BMW OF NORTH AMERICA'S MOTION IN LIMINE TO EXCLUDE PLAINTIFFS' EXPERT GREG BARNETT; MEMORANDUM OF POINTS AND AUTHORITIES DECLARATION OF CORINNE D. ORQUIOLA** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

/s/Corinne D. Orquiola
Corinne D. Orquiola