```
 1  BOWMAN AND BROOKE LLP
    Brian Takahashi (SBN: 146505)
 2  E-mail: Brian.Takashashi@bowmanandbrooke.com
    Richard L. Stuhlbarg (SBN: 180631)
 3  E-mail: Richard.Stuhlbarg@bowmanandbrooke.com
    Corinne D. Orquiola (SBN: 226969)
 4  E-mail: Corinne.Orquiola@bowmanandbrooke.com
    970 West 190th Street, Suite 700
 5  Torrance, California 90502
    Tel No:  310/ 768-3068
 6  Fax No:  310/ 719-1019

 7  Attorneys for Defendant
    BMW OF NORTH AMERICA, LLC
 8
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MICHAEL MANSHOORY and MIKE MANSHOORY,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company,<br><br>　　　　Defendant. | CASE NO.:  2:17-cv-6714 SVW (MRWx)<br><br>(Removed from Los Angeles County Superior Court Case No. BC659656)<br><br>**DEFENDANT BMW OF NORTH AMERICA, LLC'S PRE-TRIAL DISCLOSURES**<br>**[FED. R. CIV. P. 26(a)(1)(3)]**<br><br>Action Filed:  April 28, 2017<br>Trial:　　　　 April 17, 2017 |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 26(a)(1)(3) of the Federal Rules of Civil Procedure, Defendant BMW of North America, LLC ("BMW NA") hereby makes the following Pre-Trial Disclosures:

/ / /
/ / /
/ / /
/ / /
/ / /

## PRE-TRIAL DISCLOSURES

*A.     The name and, if not previously provided, the address and telephone number of each witness -separately identifying those the party expects to present and those it may call if the need arises:*

Will Call:

1.     Mike Manshoory, Plaintiff. Subjects of information: Plaintiffs' visits to the dealerships and any independent repair facilities, the concerns and repairs listed in the repair orders, the cause of the various alleged non-conformities, any repairs not covered under warranty, any communications with BMW NA, or its authorized service centers, and circumstances surrounding the purchase of a used 2014 BMW 650i, VIN WBAYP9C52ED16924 ("Subject Vehicle").

2.     Michael Manshoory, Plaintiff. Subjects of information: Plaintiffs' visits to the dealerships and any independent repair facilities, the concerns and repairs listed in the repair orders, the cause of the various alleged non-conformities, any repairs not covered under warranty, any communications with BMW NA, or its authorized service centers, and circumstances surrounding the purchase of the Subject Vehicle.

3.     Jose Conde, Customer Service Specialist BMW NA, c/o Bowman and Brooke, LLP, 970 West 190th Street, Suite 700, Torrance, CA 90502. Subjects of information: Plaintiffs' concerns and repairs listed in the repair orders, the efforts made to repair them, the operation of the subject vehicle, BMW NA's investigation into and response to Plaintiffs' concerns and responses to request for repurchase the Subject Vehicle.

4.     Luis Holguin, Defense Expert

Will Call if Need Arises:

5.     John Atencio, Technician, Beverly Hill BMW, 5151 Wilshire Blvd., Los Angeles, CA 90036. Subjects of information: Plaintiffs' concerns and repairs listed in the repair orders, the efforts made to repair them, and the operation of the subject vehicle.

6. Jeffrey Baker, Service Advisor, Beverly Hill BMW, 5151 Wilshire Blvd., Los Angeles, CA 90036. Subjects of information: Plaintiffs' concerns and repairs listed in the repair orders, the efforts made to repair them, and the operation of the subject vehicle.

7. Jaques Riley, Service Advisor, Beverly Hill BMW, 5151 Wilshire Blvd., Los Angeles, CA 90036. Subjects of information: Plaintiffs' concerns and repairs listed in the repair orders, the efforts made to repair them, and the operation of the subject vehicle.

8. Dung Trinh, Service Advisor, Beverly Hill BMW, 5151 Wilshire Blvd., Los Angeles, CA 90036. Subjects of information: Plaintiffs' concerns and repairs listed in the repair orders, the efforts made to repair them, and the operation of the subject vehicle.

9. Lemuel Martinez, Service Advisor, Beverly Hill BMW, 5151 Wilshire Blvd., Los Angeles, CA 90036. Subjects of information: Plaintiffs' concerns and repairs listed in the repair orders, the efforts made to repair them, and the operation of the subject vehicle.

10. Robert Pourian, Service Advisor, Beverly Hill BMW, 5151 Wilshire Blvd., Los Angeles, CA 90036. Subjects of information: Plaintiffs' concerns and repairs listed in the repair orders, the efforts made to repair them, and the operation of the subject vehicle.

11. Christian Taggart, Technician, Beverly Hill BMW, 5151 Wilshire Blvd., Los Angeles, CA 90036. Subjects of information: Plaintiffs' concerns and repairs listed in the repair orders, the efforts made to repair them, and the operation of the subject vehicle.

12. Kiray Huynh, Technician, Beverly Hill BMW, 5151 Wilshire Blvd., Los Angeles, CA 90036. Subjects of information: Plaintiffs' concerns and repairs listed in the repair orders, the efforts made to repair them, and the operation of the subject vehicle.

13. Sergion Lomeli, Technician, Beverly Hill BMW, 5151 Wilshire Blvd., Los Angeles, CA 90036. Subjects of information: Plaintiffs' concerns and repairs listed in the repair orders, the efforts made to repair them, and the operation of the subject vehicle.

14. Glenn Talley, Technician Beverly Hills BMW, 5151 Wilshire Blvd., Los Angeles, CA 90036. Subjects of information: Plaintiffs' concerns and repairs listed in the repair orders, the efforts made to repair them, and the operation of the subject vehicle.

15. Joe Villanueva, Beverly Hill BMW, 5151 Wilshire Blvd., Los Angeles, CA 90036. Subjects of information: Plaintiffs' concerns and repairs listed in the repair orders, the efforts made to repair them, and the operation of the subject vehicle.

16. Mario Fuentes, Beverly Hill BMW, 5151 Wilshire Blvd., Los Angeles, CA 90036. Subjects of information: Plaintiffs' concerns and repairs listed in the repair orders, the efforts made to repair them, and the operation of the subject vehicle.

17. Ryan Frazier, Beverly Hill BMW, 5151 Wilshire Blvd., Los Angeles, CA 90036. Subjects of information: Plaintiffs' concerns and repairs listed in the repair orders, the efforts made to repair them, and the operation of the subject vehicle.

18. Robert Chidiac, Beverly Hill BMW Person Most Knowledgeable, 5151 Wilshire Blvd, Los Angele, CA 90036. Subjects of information: Beverly Hills BMW's policies and procedures regarding inspection, diagnosis, and/or repair of customer concerns and repeat visits, Plaintiffs' visits to the dealership, the concerns and repairs listed in the repair orders, and the efforts made to repair them.

19. Jacob Bratt- Bevery Hills BMW Service Advisor Service Advisor- Inspection of the Subject Vehicle post Lease Return .

///

Any persons identified by any other party in their initial disclosures or in discovery. Subject of Information: As stated in the disclosures or discovery. Further, BMW NA reserves the right to supplement or amend this response if, and when, more information becomes available.

  B. *Designation of those witnesses whose testimony the party expects to present by deposition and if not taken stenographically, a transcript of the pertinent parts of the deposition;*

None.

  C. *An identification of each documents or other exhibit, including summaries of other evidence-separation identifying those items the party expects to odder and those may offer if the need arises.:*

  1. The Subject Vehicle. Location: Plaintiffs' residence, or as specified in Plaintiffs' initial disclosures.

  2. BMW Financial Services – Lease Agreement, dated December 15, 23013. Location: Produced to Plaintiffs on 7/17/17. Bates No. MANSHOORY000244- MANSHOORY000247.

  3. The Service and Warranty Information Booklet for the Subject Vehicle. Location: Produced to Plaintiffs on 7/17/17. Bates No. MANSHOORY000282- MANSHOORY000286.

  4. The Owner's Manual for the subject vehicle. Location: Produced to Plaintiffs on 7/17/17. Bates No. MANSHOORY000001- MANSHOORY000243.

  5. Customer Relations file, including Warranty Vehicle Inquiry Service Request Detail applicable to the Subject Vehicle. Location: Produced to Plaintiffs on 7/17/17. Bates No. MANSHOORY000248- MANSHOORY000262.

  6. Customer Care Specialist File, including Service History Recap applicable to the Subject Vehicle. Location: Produced to Plaintiffs on 7/7/17. Bates No. MANSHOORY000287- MANSHOORY000394.

  7. Service Information Bulletin Nos. SIB 01 12 16, SIB 11 03 08, SIB 11 12 16, SIB 12 19 13, SIB 16 03 12, SIB 31 01 12, SIB 31 01 12, SIB 34 06 13,

/ / /

SIB 61 30 14, and SIB 84 07 15. Location: Produced to Plaintiffs on 7/17/17. Bates No. MANSHOORY000358- MANSHOORY000389.

8. PuMA Case No. 63014708. Location: Produced to Plaintiffs on 7/17/17. Bates No. MANSHOORY000390- MANSHOORY000393.

9. California Department of Consumer Affairs Notice of Approval of BMW NA's Arbitration Certification Program. Location: Produced to Plaintiffs on 7/17/17. Bates No. MANSHOORY000396.

10. Certificate of Certified Status for BMW of North America, LLC dated June 21, 2017. Location: Produced to Plaintiffs on 7/17/17. Bates No. MANSHOORY000395.

11. Subject Vehicle Repair records in BMW NA's possession. Location: Produced to Plaintiffs on 7/17/17. Bates No. MANSHOORY000248- MANSHOORY000261.

12. Beverly Hills BMW Service File.

13. Lease End Inspection Form for the return of the Subject Vehicle

14. Article re Michael Manshoory Arrest dated Mary 17, 2015.

15. Luis Holguin Expert Report and Expert Material.

Any documents produced by any other party in their initial disclosures or in discovery. Location: Plaintiffs' counsel and Defendant's counsel.

DATED: March 16, 2017        BOWMAN AND BROOKE LLP

BY:    /s/Corinne D. Orquiola
       Brian Takahashi
       Richard L. Stuhlbarg
       Corinne D. Orquiola
       Attorneys for Defendant
       BMW OF NORTH AMERICA, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2018, I filed the foregoing document entitled **DEFENDANT BMW OF NORTH AMERICA, LLC'S PRE-TRIAL DISCLOSURES** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

/s/Corinne D. Orquiola
Corinne D. Orquiola