```
 1  LAW OFFICES OF MICHAEL ROSENSTEIN
    Michael Rosenstein, Esq.
 2  Email:  mrosenstein@rose-law.com
    Brian Murrary, Esq.
 3  Email:  bmurray@rose-lawoffice.com
    1801 Century Park East, Suite 2300
 4  Los Angeles, California 90067
    Tel:   310/ 286-0275
 5  Fax:   310/ 286-0274

 6  BOWMAN AND BROOKE LLP
    Brian Takahashi (SBN: 146505)
 7  E-mail: Brian.Takashashi@bowmanandbrooke.com
    Richard L. Stuhlbarg (SBN: 180631)
 8  E-mail: Richard.Stuhlbarg@bowmanandbrooke.com
    Corinne D. Orquiola (SBN: 226969)
 9  E-mail: Corinne.Orquiola@bowmanandbrooke.com
    970 West 190th Street, Suite 700
10  Torrance, California 90502
    Tel No:  310/ 768-3068
11  Fax No:  310/ 719-1019

12  Attorneys for Defendant
    BMW OF NORTH AMERICA, LLC
13
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MICHAEL MANSHOORY and MIKE MANSHOORY,<br><br>            Plaintiffs,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company,<br><br>            Defendant. | CASE NO.: 2:17-cv-6714 SVW (MRWx)<br><br>[Assigned to the Hon. Stephen V. Wilson]<br><br>**JOINT TRIAL WITNESS LIST**<br><br>Action Filed:    April 28, 2017<br>Trial:               April 18, 2018 |

The parties, Plaintiffs MICHAEL MANSHOORY and MIKE MANSHOORY and Defendant BMW OF NORTH AMERICA, LLC hereby submit the following joint list of witnesses they expect to call at trial. Parties reserve the right to call additional witnesses on rebuttal or impeachment.

| Witness | Estimated Direct | Estimated Cross | Estimated Re-Direct | Estimated Re-Cross | Total |
|---|---|---|---|---|---|
| 1. Michael Manshoory | 2.5 | 1.5 | .75 | .75 | 5.5 |
| 2. Mike Manshoory | 2.5 | 1.5 | .75 | .75 | 5.5 |
| 3. Greg Barnett | 2.0 | 2.0 | .5 | .5 | 5.0 |
| 4. Jose Conde | 1.5 | 1.5 | .5 | .5 | 4.0 |
| 5. Luis Holguin | 1.5 | 1.5 | .5 | .5 | 4.0 |
| 6. Sherrie Moffet Bell, Or other Custodian of Records, Department of Consumer Affairs | .5 | .5 | .0 | .0 | 1.0 |
| 7. Matthew Morris | .75 | .75 | .5 | .25 | 2.25 |
| 8. Robert Chidiac | .75 | .75 | .5 | .25 | 2.25 |
| 9. Jacob Bratt * | .75 | .5 | .5 | .0 | 1.75 |
| 10. John Atencio * | .75 | .5 | .5 | .0 | 1.75 |
| 11. Jeffrey Baker | .75 | .5 | .5 | .0 | 1.75 |
| 12. Jaques Riley * | .75 | .5 | .5 | .0 | 1.75 |
| 13. Dung Trinh | .75 | .5 | .5 | .0 | 1.75 |
| 14. Lemuel Martinez * | .75 | .5 | .5 | .0 | 1.75 |
| 15. Robert Pourian * | .75 | .5 | .5 | .0 | 1.75 |
| 16. Christian Taggart * | .75 | .5 | .5 | .0 | 1.75 |
| 17. Kiray Huynh * | .75 | .5 | .5 | .0 | 1.75 |
| 18. Sergio Lomeli * | .75 | .5 | .5 | .0 | 1.75 |
| 19. Glenn Talley * | .75 | .5 | .5 | .0 | 1.75 |
| 20. Joe Villanueva * | .75 | .5 | .5 | .0 | 1.75 |
| 21. Mario Fuentes * | .75 | .5 | .5 | .0 | 1.75 |
| 22. Efrain Cabrera * | .75 | .5 | .5 | .0 | 1.75 |
| **TOTAL** | 11 (21*) | 11 (13*) | 4 (10.5*) | 3.5 | 29.5 (44.5) |

**Brief Summary of Testimony**

1. Michael Manshoory - Plaintiff's visits to the dealership, the concerns and repairs listed in the repair orders, the efforts made to repair them, and communications with Plaintiff.
2. Mike Manshoory – Plaintiff's visits to the dealership, the concerns and repairs listed in the repair orders, the efforts made to repair them, and communications with Plaintiff.
3. Greg Barnett – Plaintiffs' automotive expert.
4. Jose Conde - Plaintiffs' concerns and repairs listed in the repair orders, the efforts made to repair them, the operation of the subject vehicle, BMW NA's investigation into and response to Plaintiffs' concerns and responses to request for repurchase the Subject Vehicle.
5. Luis Holguin – Defendant's Expert
6. Sherrie Moffet Bell, Or Custodian of Records, Department of Consumer Affairs -
7. Matthew Morris - Used Car Sales Manager: CPO Vehicle Inspection, decision to CPO the vehicle.
8. Robert Chidiac - Beverly Hills BMW Service Advisor: Plaintiff's visits to the dealership, the concerns and repairs listed in the repair orders, the efforts made to repair them, and communications with Plaintiff.
9. Jacob Bratt - Beverly Hills BMW Service Advisor: Plaintiff's visits to the dealership, the concerns and repairs listed in the repair orders, the efforts made to repair them, and communications with Plaintiff; Custodian of Records
10. John Atencio - Beverly Hills BMW Service Technician: Plaintiff's visits to the dealership, the concerns and repairs listed in the repair orders, the efforts made to repair them, and communications with Plaintiff.
11. Jeffrey Baker - Beverly Hills BMW Service Advisor: Plaintiff's visits to the

dealership, the concerns and repairs listed in the repair orders, the efforts made to repair them, and communications with Plaintiff.

12. Jaques Riley - Beverly Hills BMW Service Advisor: Plaintiff's visits to the dealership, the concerns and repairs listed in the repair orders, the efforts made to repair them, and communications with Plaintiff

13. Dung Trinh- - Beverly Hills BMW Service Advisor: Plaintiff's visits to the dealership, the concerns and repairs listed in the repair orders, the efforts made to repair them, and communications with Plaintiff

14. Lemuel Martinez - Beverly Hills BMW Service Advisor: Plaintiff's visits to the dealership, the concerns and repairs listed in the repair orders, the efforts made to repair them, and communications with Plaintiff

15. Robert Pourian - Beverly Hills BMW Service Advisor: Plaintiff's visits to the dealership, the concerns and repairs listed in the repair orders, the efforts made to repair them, and communications with Plaintiff

16. Christian Taggarat - Beverly Hills BMW Service Technician: Plaintiff's visits to the dealership, the concerns and repairs listed in the repair orders, the efforts made to repair them, and communications with Plaintiff

17. Kiray Huynh - Beverly Hills BMW Service Technician: Plaintiff's visits to the dealership, the concerns and repairs listed in the repair orders, the efforts made to repair them, and communications with Plaintiff.

18. Sergio Lomeli - Beverly Hills BMW Service Technician: Plaintiff's visits to the dealership, the concerns and repairs listed in the repair orders, the efforts made to repair them, and communications with Plaintiff.

19. Glenn Talley - Beverly Hills BMW Service Technician: Plaintiff's visits to the dealership, the concerns and repairs listed in the repair orders, the efforts made to repair them, and communications with Plaintiff.

20. Joe Villanueva - Beverly Hills BMW Service Technician: Plaintiff's visits to the dealership, the concerns and repairs listed in the repair orders, the

efforts made to repair them, and communications with Plaintiff.

21. Mario Fuentes - Beverly Hills BMW Service Technician: Plaintiff's visits to the dealership, the concerns and repairs listed in the repair orders, the efforts made to repair them, and communications with Plaintiff.

22. Efrain Cabrera- Former Beverly Hills BMW Service Technician: Plaintiff's visits to the dealership, the concerns and repairs listed in the repair orders, the efforts made to repair them, and communications with Plaintiff.

DATED: March 19, 2018                    BOWMAN AND BROOKE LLP

                                         BY:   /s/ Corinne D. Orquiola
                                                Brian Takahashi
                                                Richard L. Stuhlbarg
                                                Corinne D. Orquiola
                                                Attorneys for Defendant
                                                BMW OF NORTH AMERICA, LLC

DATED: March 19, 2018                    LAW OFFICES OF MICHAEL ROSENSTEIN

                                         BY:   /s/ Brian Murray
                                                Michael Rosenstein
                                                Brian Murray
                                                Attorneys for Plaintiffs
                                                Michael and Mike Manshoory

## ATTESTATION OF ELECTRONIC SIGNATURES

I, Corinne D. Orquiola, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this Joint Trial Witness List.

DATED: March 19, 2018           By: /s/ Corinne D. Orquiola
                                     Corinne D. Orquiola

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2018, I filed the foregoing document entitled **JOINT TRIAL WITNESS LIST** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

/s/Corinne D. Orquiola
Corinne D. Orquiola