```
LAW OFFICES OF MICHAEL ROSENSTEIN
Michael Rosenstein, Esq.
Email:  mrosenstein@rose-law.com
Brian Murrary, Esq.
Email:  bmurray@rose-lawoffice.com
1801 Century Park East, Suite 2300
Los Angeles, California 90067
Tel:   310/ 286-0275
Fax:   310/ 286-0274

BOWMAN AND BROOKE LLP
Brian Takahashi (SBN: 146505)
E-mail: Brian.Takashashi@bowmanandbrooke.com
Richard L. Stuhlbarg (SBN: 180631)
E-mail: Richard.Stuhlbarg@bowmanandbrooke.com
Corinne D. Orquiola (SBN: 226969)
E-mail: Corinne.Orquiola@bowmanandbrooke.com
970 West 190th Street, Suite 700
Torrance, California 90502
Tel No:  310/ 768-3068
Fax No:  310/ 719-1019

Attorneys for Defendant
BMW OF NORTH AMERICA, LLC
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MICHAEL MANSHOORY and MIKE MANSHOORY,<br><br>    Plaintiffs,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company,<br><br>    Defendant. | CASE NO.: 2:17-cv-6714 SVW (MRWx)<br><br>[Assigned to the Hon. Stephen V. Wilson]<br><br>**JOINT EXHIBIT LIST**<br><br>Action Filed:   April 28, 2017<br>Trial:             April 17, 2018 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE THAT** Plaintiffs Michael Manshoory and Mike Manshoory and Defendant BMW of North America (the "Parties"), by and through

///

1  their attorneys of record, hereby submit the following Joint Exhibit List for the
2  trial in the above-referenced matter.
3  　　　The Parties hereby reserve the right to introduce exhibits designated and/or
4  listed and/or offered by any other party to this action, and hereby reserves the right
5  to object to the admissibility of any exhibits designated, listed and/or offered by
6  any other party to this action. The Parties further reserve the right to introduce
7  exhibits for the purpose of impeachment, refreshing recollection, rebuttal or
8  rehabilitation, and reserves the right to introduce additional exhibits upon
9  appropriate notice to all parties. The Parties further hereby reserve the right to
10 introduce additional exhibits as necessary, including, but not limited to any and all
11 exhibits marked and attached to the depositions of any fact or expert witness taken
12 in this action. The Parties further reserve the right to augment this Exhibit List
13 following the conferencing with one another's counsel that is required pursuant to
14 local rules.

| Ex. No. | Description | Stip. to Authenticity | Stip. to Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1. | Warranty Vehicle Inquiry 11/16/16 | Stipulated | Stipulated | | |
| 2. | Warranty Vehicle Inquiry 05/09/17 | Stipulated | Stipulated | | |
| 3. | Service Request Detail 201505704454 dated 02/26/15 | Stipulated | Stipulated | | |
| 4. | Service Request Detail T01535600180 dated 12/22/15 | Stipulated | Stipulated | | |
| 5. | SIB 01 12 16 | Stipulated | Stipulated | | |
| 6. | SIB 11 03 08 | Stipulated | Stipulated | | |
| 7. | SIB 11 12 16 | Stipulated | Stipulated | | |

|  | | | | | |
|---|---|---|---|---|---|
| 8. | SIB 12 19 13 | Stipulated | Stipulated | | |
| 9. | SIB 16 03 12 | Stipulated | Stipulated | | |
| 10. | SIB 34 06 13 | Stipulated | Stipulated | | |
| 11. | Insurance Information | Reserved | | | |
| 12. | Registration Information | Stipulated | Stipulated | | |
| 13. | BMW Financial Services Payment History | Stipulated | Stipulated | | |
| 14. | BMW Financial Services Lease-End Inspection Form (12.15.16) | Stipulated | Stipulated | | |
| 15. | Notice of Transfer and Release of Liability (12.15.16) | Stipulated | Stipulated | | |
| 16. | 2016 GMC Terrain RISC (01.01.15) | Defense Objects | Defense Objects | | |
| 17. | Greg Barnett's Expert File | Defense Objects | Defense Objects | | |
| 18. | *Reserved* | | | | |
| 19. | *Reserved* | | | | |
| 20. | *Reserved* | | | | |
| 21. | *Reserved* | | | | |
| 22. | *Reserved* | | | | |

| # | Description | | | | |
|---|---|---|---|---|---|
| 23. | *Reserved* | | | | |
| 24. | *Reserved* | | | | |
| 25. | *Reserved* | | | | |
| 100. | Overall Photo of Vehicle | Stipulated | Stipulated | | |
| 101. | Time v. Mileage | π Obj. | π Obj. | | |
| 102. | Beverly Hills BMW PDI RO 312960 | Stipulated | Stipulated | | |
| 103. | 2014 BMW 650i Owner's Manual | Stipulated | Stipulated | | |
| 104. | 2014 Service and Warranty Information Booklet | Stipulated | Stipulated | | |
| 105. | Lease Agreement dated 12/15/13 | Stipulated | Stipulated | | |
| 106. | Monroney Label | Stipulated | Stipulated | | |
| 107. | Beverly Hills BMW RO 326917 dated 4/9/14 (Dealer copy) | Stipulated | Stipulated | | |
| 108. | Beverly Hills BMW RO 363382 dated 4/1/15 (Dealer copy) | Stipulated | Stipulated | | |
| 109. | Beverly Hills BMW RO 377064 dated 7/30/15 (Dealer | Stipulated | Stipulated | | |

| | # | Description | | | | |
|---|---|---|---|---|---|---|
| | | copy) | | | | |
| | 110. | Beverly Hills BMW RO 381410 dated 9/4/15 (Dealer copy) | Stipulated | Stipulated | | |
| | 111. | Service Request Detail 201529903533 dated 10/26/15 | Stipulated | Stipulated | | |
| | 112. | Beverly Hills RO 393147 dated 12/19/15 (Dealer copy) | Stipulated | Stipulated | | |
| | 113. | Beverly Hills RO 393147C dated 12/19/15 (Dealer copy) | Stipulated | Stipulated | | |
| | 114. | SIB 61 30 14 | Stipulated | Stipulated | | |
| | 115. | Service Request Detail T01535600059 dated 12/22/15 | Stipulated | Stipulated | | |
| | 116. | Beverly Hills BMW RO 397481 dated 1/26/16 (Dealer copy) | Stipulated | Stipulated | | |
| | 117. | Article re Michael Manshoory Arrest dated 5/17/16 | π Obj. | π Obj. | | |
| | 118. | Frank Scotto Tow Invoice for Vehicle Storage between 5/16/16 and 5/20/16 | Stipulated | Stipulated | | |

| # | Description | | |
|---|---|---|---|
| 119. | Service Request Detail T01618400002 dated 7/2/16 | Stipulated | Stipulated |
| 120. | Service Request Detail T01618400003 dated 7/3/16 | Stipulated | Stipulated |
| 121. | Service Request Detail T01618500000 dated 7/3/16 | Stipulated | Stipulated |
| 122. | Service Request Detail T01618500001 dated 7/3/16 | Stipulated | Stipulated |
| 123. | Beverly Hills BMW RO 421218 dated 9/8/16 (Dealer copy) | Stipulated | Stipulated |
| 124. | SIB 84 07 15 | Stipulated | Stipulated |
| 125. | Beverly Hills BMW RO 422849 dated 9/23/16 (Dealer copy) | Stipulated | Stipulated |
| 126. | SIB 31 01 12 | Stipulated | Stipulated |
| 127. | Beverly Hills BMW RO 427029 dated 11/3/16 (Dealer copy) | Stipulated | Stipulated |
| 128. | PuMa Case 63014708 dated 11/3/16 | Stipulated | Stipulated |

| # | Description | | |
|---|---|---|---|
| 129. | Service Request Detail 201631903550 dated 11/14/16 | Stipulated | Stipulated |
| 130. | Rental Invoice dated 11/23/16 | Stipulated | Stipulated |
| 131. | Beverly Hills BMW RO 430708 dated 12/6/16 | Stipulated | Stipulated |
| 132. | Rental Invoice dated 12/6/16 | Stipulated | Stipulated |
| 133. | Lease End Inspection Sheet dated 12/15/16 | Stipulated | Stipulated |
| 134. | Carfax dated 12/16/16 | π Obj. | π Obj. |
| 135. | CPO Vehicle Inspection Checklist dated 12/16/16 | Stipulated | Stipulated |
| 136. | Beverly Hills BMW RO 432159 dated 12/19/16 (Dealer copy) | Stipulated | Stipulated |
| 137. | BMW Arbitration Certification Certificate dated 6/21/17 | Stipulated | Stipulated |
| 138. | Warranty Vehicle Inquiry | Stipulated | Stipulated |
| 139. | Vehicle Comments | π Obj. | π Obj. |
| 140. | Luis Holguin Expert Material | π Obj. | π Obj. |

| | # | Description | | |
|---|---|---|---|---|
| 1, 2 | 141. | Oil Sump gaskets-Diagram | π Obj. | π Obj. |
| 3, 4 | 142. | Brake-Diagram | π Obj. | π Obj. |
| 5, 6 | 143. | NVLD – Diagram | π Obj. | π Obj. |
| 7, 8 | 144. | Engine Breather Lines- Diagram | π Obj. | π Obj. |
| 9, 10 | 145. | NVLD – Exemplar Part | π Obj. | π Obj. |
| 11, 12 | 146. | Engine Breather Lines- Exemplar Part | π Obj. | π Obj. |
| 13, 14 | 147. | Beverly Hills Repair Order 432159 | Stipulated | Stipulated |
| 15, 16, 17 | 148. | E-mail from Matthew T. Morris dated 12/21/16 | Reserved | |

DATED: March 19, 2018

LAW OFFICES OF MICHAEL ROSENSTEIN

BY: /s/ Brian Murray
Michael Rosenstein
Brian Murray
Attorneys for Plaintiffs
MICHAEL MANSHOORY and MIKE MANSHOORY

DATED: March 19, 2018

BOWMAN AND BROOKE LLP

BY: /s/ Corinne D. Orquiola
Brian Takahashi
Richard L. Stuhlbarg
Corinne D. Orquiola
Attorneys for Defendant
BMW OF NORTH AMERICA, LLC

## ATTESTATION OF ELECTRONIC SIGNATURES

I, Corinne D. Orquiola, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this Joint Exhibit List.

DATED: March 19, 2018        By: /s/ Corinne D. Orquiola
                                                      Corinne D. Orquiola

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2018, I filed the foregoing document entitled **JOINT EXHIBIT LIST** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

/s/Corinne D. Orquiola
Corinne D. Orquiola