| | |
|---|---|
| 1 | **KNIGHT LAW GROUP LLP** |
| 2 | Steve Mikhov (SBN 224676) |
|  | 1801 Century Park East, Suite 2300 |
| 3 | Los Angeles, California 90067 |
| 4 | Telephone: (310) 552-2250 |
| 5 | Facsimile: (310) 552-7973 |
| 6 | **LAW OFFICES OF MICHAEL H. ROSENSTEIN, LC** |
| 7 | Michael H. Rosenstein (SBN 169091) |
|  | Email:   mrosenstein@rose-law.com |
| 8 | Brian T. Shippen-Murray (SBN 288188) |
|  | Email:   bmurray@rose-lawoffice.com |
| 9 | 1801 Century Park East, Suite 2300 |
| 10 | Los Angeles, California 90067 |
| 11 | Telephone: (310) 286-0275 |
|  | Facsimile: (310) 286-0274 |
| 12 | Attorneys for Plaintiffs |
| 13 | MICHAEL MANSHOORY and MIKE MANSHOORY |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MICHAEL MANSHOORY and MIKE MANSHOORY, | Case No.: 2:17-cv-6714 SVW |
|  | Judge:   Hon. Stephen V. Wilson |
| Plaintiffs, |  |
| vs. | **NOTICE OF LODGING OF:** |
|  | **FINAL PRETRIAL CONFERENCE** |
| BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company, | **ORDER** |
|  | Filed:    April 28, 2017 |
|  | Trial:    April 17, 2018 |
| Defendant. |  |

1

1    PLEASE TAKE NOTICE THAT: Plaintiff's MICHAEL MANSHOORY and
2 MIKE MANSHOORY hereby provide Notice of Lodging of the Final Pretrial
3 Conference Order.

6 Dated: March 29, 2018                LAW OFFICES OF MICHAEL ROSENSTEIN

8                                BY:    /s/ Brian T. Shippen-Murray
                                        Michael Rosenstein
9                                       Brian T. Shippen-Murray
                                        Attorneys for Plaintiffs
10                                      MICHAEL MANSHOORY and
                                        MIKE MANSHOORY

2