BOWMAN AND BROOKE LLP
Brian Takahashi (SBN: 146505)
E-mail: Brian.Takashashi@bowmanandbrooke.com
Richard L. Stuhlbarg (SBN: 180631)
E-mail: Richard.Stuhlbarg@bowmanandbrooke.com
Corinne D. Orquiola (SBN: 226969)
E-mail: Corinne.Orquiola@bowmanandbrooke.com
970 West 190th Street, Suite 700
Torrance, California 90502
Tel No:  310/ 768-3068
Fax No:  310/ 719-1019

Attorneys for Defendant
BMW OF NORTH AMERICA, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MICHAEL MANSHOORY and MIKE MANSHOORY,<br><br>           Plaintiffs,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company,<br><br>           Defendant. | CASE NO.: 2:17-cv-6714 SVW (MRWx)<br><br>[Assigned to the Hon. Stephen V. Wilson]<br><br>**BMW OF NORTH AMERICA, LLC'S PROPOSED VOIR DIRE**<br><br>**Action Filed:**   April 28, 2017<br>**Trial:**               April 17, 2018 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Defendant BMW of North America, LLC proposes the following voir dire questions.

1. Where do you live?  What education level have you achieved?  What is your occupation?  Who is your employer?

2. Are you married or have a significant other?  If so, what does your spouse or significant other do?  Who is his or her employer?

/ / /

3. Do you have any children? If so, how old are they and what do they do?

4. How many of you have been on a jury before? If so, was the case civil or criminal and did it reach a verdict? Were you satisfied with that experience? Anything about that experience that you feel would make you unwilling or unable to sit on this jury?

5. Have any of you or your immediate family members ever filed a lawsuit or been named as a defendant in a lawsuit? If so, what were the facts of the case? What was the outcome? How did you feel about the legal system when the case was over? How do you feel about the legal system now?

6. Have any of you or your immediate family members ever worked in the automotive business? If so, please elaborate.

7. What is the year, make and model of the automobile you currently drive? What is your average annual mileage in that vehicle? If you don't currently drive, have you ever driven an automobile?

8. How would you rate your knowledge of automobiles and how they operate on a scale of 1-10? Why? Have you ever done any "hands on" maintenance or repair of automobiles or recreational vehicles? If so, please describe.

9. Some people generally buy or lease the same make or brand of vehicle. Are you such a person? If so, what brand have you generally bought or leased? Can you set aside your brand loyalty and judge this case based solely on the admitted evidence and the law as I instruct you? If not, please let me know.

10. Have any of you ever owned or leased a BMW vehicle? If so, how would you describe your experience?

11. Have any of you ever driven or been a passenger in the specific vehicle at issue in this case? If so, how would you describe your experience?

12. Do any of you feel there are too many lawsuits being filed? Too few?

13. Do any of you think that just because a lawsuit has been filed, and the lawsuit has made it to this courtroom, and you have been asked to sit on a jury, that plaintiffs must be right and defendant must have done something wrong? Can you set aside that predisposition? If not, please let me know.

14. This case involves a dispute between individuals and a corporation. Corporations are made up of persons. They are entitled to equal treatment with individuals. Can you all treat both sides equally in this case? If not, please let me know.

15. Do you have any knowledge or experience with any of the parties, potential witnesses or other persons or companies that are involved in this case?

16. Is there anyone here who has any reason to be biased for or against BMW of North America, LLC? Or its dealer Bob Smith BMW? If so, why? If you have such a bias, can you set it aside and judge this case based solely on the admitted evidence and the law as I instruct you? If not, please let me know.

17. Is there anyone here who has any reason to be biased for or against plaintiff? If so, why? If you have such a bias, can you set it aside and judge this case based solely on the admitted evidence and the law as I instruct you? If not, please let me know.

18. Have any of you had what you considered to be a significant warranty problem with an automobile which you personally owned or leased? If so, what was the problem and how was it resolved? Were you satisfied with the outcome? Whatever the outcome, can you set aside that experience and judge this case based solely on the admitted evidence and the law as I instruct you? If not, please let me know.

19. Do any of you own a BMW?

20. Do any of you prefer to lease vehicles as opposed to buy them?

21. How many of you use high octane fuel?

///

22. Do any of you use lower octane fuel than recommended by your vehicle manufacturer?

23. How many of you follow the maintenance schedule recommended by your vehicle manufacturer?

24. How many of you purchase a separate tire warranty for your cars?

25. Has anyone had bubbles in their tires? Please describe.

26. Has anyone had a check engine light? Please describe.

27. Has anyone had any problems with the dash board or instrument cluster? Please describe.

28. This case involves allegations under the Song-Beverly Consumer Warranty Act, sometimes referred to as the California Lemon Law. Do any of you have a preconceived notion of how the Song-Beverly Act works? I will instruct you at the end of this case that it is your duty to follow the jury instructions that I provide. Can you set aside any preconceived notion you might have of the Song-Beverly Act and promise to follow my instructions? If not, please let me know.

29. Have you or any of your immediate family members ever sought to have a motor vehicle repurchased under the law? If so, what was the reason for the repurchase request? What was the outcome? Whatever the outcome, this case will involve different facts and different issues. Can you judge this case solely on the admitted evidence and the law as I instruct you? If not, please let me know.

30. People spend their spare time in different ways. Some people spend time pursuing some sort of "cause" to better society. Do any of you spend a great deal of time, either at work or on your own time, pursing some sort of cause? Can you explain.

31. Because the plaintiffs have the burden of proof, they go first. That means that they will get to present all of their evidence before defendant gets to present its case. Can you wait until all of the evidence is presented and not make up your mind before then?

32. In the American legal system, there is a concept of the "burden of proof." That concept says the plaintiffs, the parties bringing the lawsuit, must prove their case by a preponderance of the evidence. Under that concept, at the end of the case, if you determine that plaintiff has not met her burden of proof on each element they must prove, can you promise that you will return a verdict for defendant? If not, please let me know.

33. The legal system asks you to make a logical decision, based solely on the evidence and the law, and not appeals to emotion or sympathy. Can each of you decide this case based on the evidence, and not appeals to emotion or sympathy? If not, please let me know.

34. Do any of you know either the plaintiffs, Mike or Michael Manshoory?

DATED: April 2, 2018                                BOWMAN AND BROOKE LLP

                                        BY:    /s/ Corinne D. Orquiola
                                               Brian Takahashi
                                               Richard L. Stuhlbarg
                                               Corinne D. Orquiola
                                               Attorneys for Defendant
                                               BMW OF NORTH AMERICA, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2018, I filed the foregoing document entitled **BMW OF NORTH AMERICA, LLC'S PROPOSED VOIR DIRE** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

/s/Corinne D. Orquiola
Corinne D. Orquiola