**KNIGHT LAW GROUP LLP**
Steve Mikhov (SBN 224676)
1801 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 552-2250
Facsimile: (310) 552-7973

**LAW OFFICES OF MICHAEL H. ROSENSTEIN, LC**
Michael H. Rosenstein (SBN 169091)
Email:   mrosenstein@rose-law.com
Raymond Hay (SBN 308471)
Email:   rhay@rose-lawoffice.com
1801 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 286-0275
Facsimile: (310) 286-0274

Attorneys for Plaintiffs
MICHAEL MANSHOORY and MIKE MANSHOORY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MICHAEL MANSHOORY and MIKE MANSHOORY,<br><br>           Plaintiffs,<br><br>     vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company,<br><br>           Defendant. | Case No.:  2:17-cv-6714 SVW<br>Judge:      Hon. Stephen V. Wilson<br><br>**PLAINTIFF'S MOTION IN *LIMINE* NOS. 1-4**<br><br>Filed:       April 28, 2017<br>Trial:        April 17, 2018 |

1 | PLEASE TAKE NOTICE THAT: Plaintiff's MICHAEL MANSHOORY and
2 | MIKE MANSHOORY hereby provide Plaintiff's Motion in Limine Nos. 1-4.
3
4
5 | Dated: April 4, 2018           LAW OFFICES OF MICHAEL ROSENSTEIN
6
7 |                                BY:    /s/ Raymond Hay
8 |                                       Michael Rosenstein
                                          Raymond Hay
9 |                                       Attorneys for Plaintiffs
                                          MICHAEL MANSHOORY and
10|                                       MIKE MANSHOORY

2