# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Michael Manshoory et al, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:17-cv-06714-SVW-MRW |
| v. | |
| BMW of North America, LLC et al, | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 04/04/2018 | 36 | NOTICE OF MOTION AND MOTION IN LIMIN |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____.
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

The document is stricken.

Clerk, U.S. District Court

Dated: April 5, 2018    By: Paul M. Cruz
                            Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge