**LAW OFFICES OF MICHAEL H. ROSENSTEIN, LC**
Michael H. Rosenstein (SBN 169091)
Email:   mrosenstein@rose-law.com
Brian T. Shippen-Murray (SBN 288188)
Email:   bmurray@rose-lawoffice.com
1801 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 286-0275
Facsimile: (310) 286-0274
Attorneys for Plaintiffs
MICHAEL MANSHOORY and MIKE MANSHOORY

**BOWMAN AND BROOKE LLP**
Brian Takahashi (SBN: 146505)
E-mail:  Brian.Takashashi@bowmanandbrooke.com
Richard L. Stuhlbarg (SBN: 180631)
E-mail:  Richard.Stuhlbarg@bowmanandbrooke.com
Corinne D. Orquiola (SBN: 226969)
E-mail:  Corinne.Orquiola@bowmanandbrooke.com
970 West 190th Street, Suite 700
Torrance, California 90502
Telephone: 310/ 768-3068
Facsimile:   310/ 719-1019
Attorneys for Defendant
BMW OF NORTH AMERICA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MICHAEL MANSHOORY and MIKE MANSHOORY,<br><br>             Plaintiffs,<br><br>      vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company,<br><br>             Defendant. | Case No.:  2:17-cv-6714 SVW<br>Judge:     Hon. Stephen V. Wilson<br><br>**JOINT SPECIAL VERDICT FORM**<br><br>Filed:     April 28, 2017<br>Trial:     April 17, 2018 |

1  PLEASE TAKE NOTICE THAT Plaintiffs Michael Manshoory and Mike
2  Manshoory ("Plaintiffs") and Defendant BMW of North America, LLC ("BMW
3  NA" or "Defendant") hereby submit the attached joint special verdict form:

DATED: April 5, 2018          **LAW OFFICES OF MICHAEL ROSENSTEIN**

                              BY: /s/ Brian T. Shippen-Murray
                                  Michael Rosenstein
                                  Brian T. Shippen-Murray
                                  Attorneys for Plaintiffs
                                  MICHAEL MANSHOORY and
                                  MIKE MANSHOORY

DATED: April 5, 2018          **BOWMAN AND BROOKE LLP**

                              BY: /s/ Corinne D. Orquiola
                                  Brian Takahashi
                                  Richard L. Stuhlbarg
                                  Corinne D. Orquiola
                                  Attorneys for Defendant

# PLAINTIFF'S PROPOSED SPECIAL FORM

# BREACH OF IMPLIED WARRANTY

We answer the questions submitted to us as follows:

**1. Did Plaintiffs buy a vehicle distributed by BMW of North America, LLC ("BMW NA")?**

_____ Yes         _____ No

If your answer to question 1 is yes, then answer question 2. If you answered no then answer question 6.

**2. At the time of purchase, was BMW NA in the business of distributing BMW 650is?**

_____ Yes         _____ No

If your answer to question 2 is yes, then answer question 3. If you answered no then answer question 6.

**3. Was the BMW 650i the same quality as those generally acceptable in the trade?**

_____ Yes         _____ No

Answer question 4.

**4.    Was the BMW 650i fit for the ordinary purposes for which such goods are used?**

_____ Yes        _____ No

If you answered No to questions 3 or 4 then answer question 5.  If you answered Yes to each one of questions 3 and 4 then answer question 6.

**5.    What amount is Plaintiffs are entitled to receive as restitution to them for the BMW 650i?**

$: _____

## BREACH OF EXPRESS WARRANTY

**6.    Did Plaintiffs lease a BMW 650i distributed by BMW NA?**

_____ Yes        _____ No

If your answer to question 6 is yes, then answer question 7.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

7. **Did BMW NA give Plaintiffs a written warranty?**

_____ Yes        _____ No

If your answer to question 7 is yes, then answer question 8.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

8. **Did the BMW 650i have a defect covered by the warranty that substantially impaired the vehicle's use, value, or safety to a reasonable buyer in Plaintiffs' situation?**

_____ Yes        _____ No

If your answer to question 8 is yes, then answer question 9.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

9. **Did BMW NA or its authorized repair facilities fail to repair vehicle to match the written warranty after a reasonable number of opportunities to do so?**

_____ Yes        _____ No

If your answer to question 9 is yes, then answer question 10.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

**10.   Did BMW NA fail to promptly replace or repurchase the vehicle?**

_____ Yes        _____ No

If your answer to question 10 is yes, then answer question 11. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

**11.   What are Plaintiffs' damages? Calculate as follows:**
   **Add the following amounts**:
   a.  The purchase price of the vehicle:                     $_____

   b.  Sales tax, license fees, registration
       fees, and other official fees:                         $_____

   c.  Incidental and consequential damages:                  $_____

                         SUBTOTAL:                            $_____


   d.  What is the number of miles that the vehicle was driven between the time when Plaintiffs took possession of the vehicle and the time when they delivered the vehicle to BMW NA or its authorized repair facility to fix the problem?

                         Answer:              _____ miles

e.  Multiply the "SUBTOTAL" by the number of miles the vehicle was driven between the time when Plaintiffs took possession of the vehicle and the time when he first delivered the vehicle to BMW or its authorized repair facility to fix the problem.

$ _____

f.  Divide the result of step g by 120,000 and insert result in VALUE OF USE below:

VALUE OF USE: $ _____

g.  Subtract the VALUE OF USE from the SUBTOTAL above and insert result in TOTAL DAMAGES below:

TOTAL DAMAGES: $ _____

Answer question 12.

**12.   Did BMW NA willfully fail to repurchase or replace the BMW 650i?**

_____ Yes        _____ No

If your answer to question 12 is yes, then answer question 13. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

**8.     What amount, if any, do you impose as a penalty? (You may not exceed two times the "TOTAL DAMAGES" that you entered in question 11.)**

PENALTY:

$_____

Dated: _____        Signed: _____
                                                       Presiding Juror

After this verdict form has been signed, notify the court attendant that you are ready to present your verdict in the courtroom.

# DEFENDANT'S PROPOSED SPECIAL VERDICT FORM

**CAUSE OF ACTION 1: BREACH OF EXPRESS WARRANTY**

We answer the questions submitted to us as follows:

1. Did Plaintiffs purchase a motor vehicle distributed by BMW of North America, LLC?

   _____ Yes   _____ No

   *If your answer to question 1 is yes, then answer question 2.  If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.*

2. Did BMW of North America, LLC give Plaintiffs a written warranty?

   _____ Yes   _____ No

   *If your answer to question 2 is yes, then answer question 3.  If you answered no, then skip to question 10.*

3. Did the 2014 BMW 650i have a defect or defects covered by the warranty that substantially impaired the vehicle's use, value or safety to a reasonable buyer in Plaintiffs' situation?

   _____ Yes   _____ No

   *If your answer to question 3 is yes, then answer question 4.  If you answered no, then skip to question 10.*

4. Did BMW of North America, LLC or its authorized repair facility fail to repair the 2014 BMW 650i to match the written warranty after a reasonable number of opportunities to do so?

_____ Yes   _____ No

*If your answer to question 4 is yes, then answer question 5. If you answered no, then skip to question 10.*

5. Did BMW of North America, LLC fail to promptly replace or repurchase the 2014 BMW 650i?

_____ Yes   _____ No

*If your answer to question 5 is no, then answer question 6, 7 and 8. If you answered yes, then skip to question 10.*

6. What are Plaintiffs' damages? Calculate as follows: Add the following amounts:

    a. Actual payments paid by plaintiffs to lease the 2014 BMW 650i:

        $ _____

    b. Any other incidental and consequential damages:

        $ _____

    SUBTOTAL (add lines a-e):   $ _____

  7. Calculate the value of the use of the vehicle before it was brought in for repair as follows:

    a. Add dollar amounts listed in lines 6a and 6b above:

    $_____

    b. Multiply the result in 7a by the number of miles the vehicle was driven before it was submitted for repair:

    $_____

    c. Divide the dollar amount in Step (b) by 120,000 and insert result in VALUE OF USE below:

    VALUE OF USE: $ _____

    d. Subtract the VALUE OF USE from the SUBTOTAL above and insert result in TOTAL DAMAGES below:

  TOTAL DAMAGES: $_____

  *Answer question 8.*

  8. Did BMW of North America, LLC willfully fail to repurchase or replace the 2014 BMW 650i?

_____ Yes _____ No

  *If your answer to question 8 is yes, then answer question 9. If you answer no, answer question 10.*

  9. What amount, if any, do you impose as a penalty? (You may not exceed two times the actual damages in 7d).

  Answer: $ _____

  *Answer question 10.*

## CAUSE OF ACTION 2: BREACH OF IMPLIED WARRANTY

10. Did the 2014 650i have a defect in the first year of plaintiff's lease which rendered it not fit for the ordinary purpose of providing transportation?

_____ Yes   _____ No

*If your answer to question 10 is yes, then answer question 11. If you answered no, stop here and have the presiding juror sign and date this form.*

11. Did Plaintiff revoke acceptance within a reasonable time after she discovered, or could have discovered, that the 2014 BMW 650i was fit for the ordinary purpose of providing transportation?

_____ Yes   _____ No

*If your answer to question 11 is yes, then answer question 12. If you answered no, then answer question 13.*

12. What are Plaintiff's rescission damages?

| | |
|---|---|
| a.  Actual payments paid by plaintiffs to lease the 2014 BMW 650i: | $ _____ |
| b.  Any other incidental and consequential damages: | $ _____ |
| c.  Value of use before plaintiffs revoked: | $ _____ |
| TOTAL (add lines a-b, subtract c): | $ _____ |

*Stop here and have the presiding juror sign and date this form.*

13.   What are Plaintiffs' damages?

    a.   The difference in the fair market value between the vehicle, as accepted, and the vehicle, as warranted.

        $ _____

b.   Any other incidental and consequential damages:

        $_____


SIGNED:   _____
                        Presiding Juror

DATED:   _____

*After the verdict form has been signed, deliver this verdict form to the clerk.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2018, I filed the foregoing document entitled **JOINT SPECIAL VERDICT FORM** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

                                                         /s/ Brian T. Shippen-Murray
                                                           Brian T. Shippen-Murray