1  BOWMAN AND BROOKE LLP
   Brian Takahashi (SBN: 146505)
2  E-mail:  Brian.Takashashi@bowmanandbrooke.com
   Richard L. Stuhlbarg (SBN: 180631)
3  E-mail:  Richard.Stuhlbarg@bowmanandbrooke.com
   Corinne D. Orquiola (SBN: 226969)
4  E-mail:  Corinne.Orquiola@bowmanandbrooke.com
   970 West 190th Street, Suite 700
5  Torrance, California 90502
   Tel No:  310/ 768-3068
6  Fax No:  310/ 719-1019

7  Attorneys for Defendant
   BMW OF NORTH AMERICA, LLC

8

9              **UNITED STATES DISTRICT COURT**

10    **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

11

12  MICHAEL MANSHOORY and          ) **CASE NO.:  2:17-cv-6714 SVW (MRWx)**
    MIKE MANSHOORY,                )
13                                 ) **[Assigned to the Hon. Stephen V. Wilson]**
                      Plaintiffs,  )
14                                 ) **BMW OF NORTH AMERICA, LLC'S**
         vs.                       ) **OPPOSITION TO PLAINTIFFS'**
15                                 ) **MOTION IN LIMINE NO. 1 TO**
    BMW OF NORTH AMERICA,          ) **PROHIBIT TESTIMONY OR**
16  LLC, a Delaware Limited Liability ) **REFERENCE TO PLAINTIFF'S PRIOR**
    Company,                       ) **FELONY CONVICTIONS**
17                                 )
                      Defendant.   ) **Trial:            April 17, 2018**
18                                 )
                                   )
19                                 )

20        Defendant BMW North America, LLC ("BMW NA"), hereby submits its

21  opposition to Plaintiffs' Motion in Limine No. 1 to Prohibit Testimony or

22  Reference to Plaintiff's Prior Felony Convictions.

23        First, BMW NA opposes Plaintiffs' Motion in Limine No. 1 as untimely.

24  Pursuant to Local Rule 6-1, unless otherwise provided by rule or order of the

25  Court, no oral motions will be recognized and every motion shall be presented by

26  written notice of motion.  The notice of motion shall be filed with the Clerk no

27  later than twenty-either (28) days before the date set before the hearing.  In this

28  case, the Final Pre-Trial Conference in on Monday, April 9, 2018.  The Court only

1   hears motions on Mondays and April 9, 2018 is the last Monday before the trial

2   and thus it is the only day that Motions *in Limine* can be heard.   Therefore,

3   Plaintiff's motion is untimely.

4          If the Court decides to consider Plaintiff's motion, BMW NA opposes it for

5   the reasons set forth below.   This opposition is based upon the attached

6   memorandum of points and authorities, the records and pleadings on file herein,

7   and upon such other evidence as the Court may entertain.

8   DATED:  April 9, 2018                    BOWMAN AND BROOKE LLP

9

10                                   BY:    /s/ Corinne D. Orquiola

11                                          Brian Takahashi
                                            Richard L. Stuhlbarg
12                                          Corinne D. Orquiola
                                            Attorneys for Defendant
13                                          BMW OF NORTH AMERICA, LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.   INTRODUCTION

Plaintiff Michael Manshoory committed a crime while in possession of the subject vehicle. Then he expects BMW NA to reimburse him for cost of the tow receipt when the vehicle was towed to and stored at the impound.  He admitted that on or around May 16, 2016, he was arrested on suspicion of assault with a firearm.  (See Orquiola Decl. Exh. A, Manshoory Dep. at 108:3-10 and Exh B Patch SoCal Article).   The Patch SoCal Reported on May 17, 2016 "Michael Manshoory of Los Angeles was soon arrested after the fight."  The article goes on to state "Four pedestrians – two males and two females – got into an argument with Manshoory and another man, who were in a BMW" according to a public officer with the Hermosa Beach Police Department.  Mr. Manshoory admitted in deposition that the article was about him.  On June 16, 2017, he pled guilty to discharge of a firearm with gross negligence which is a felony. (See Orquiola Decl., Exhibit C, Certified Docket for People v Manshoory, Case No. YA094630)

### II.   ARGUMENT

#### A.   Plaintiff's Felony Conviction is Admissible

As general rule, felony convictions are admissible in civil cases to attack a witness' character for truthfulness.   Fed. R. Evid. 609(1)(A). This includes convictions based on plea of *nolo contendere*.  (Weil & Brown, Fed. Civ. Tr. And Evid. (The Rutter Group 2017) ¶12:51-52).

#### B. Evidence of Plaintiff's Felony Conviction is More Probative Then Prejudicial

Courts have discretion under Fed. R. Evid. 403 to exclude evidence of a prior conviction offered to attack a witness's character for truthfulness – i.e., the evidence may be excluded if its probative value is substantially outweighed by a danger of unfair prejudice.   Fed. R. Evid. 609(a)(1)(A), 403; United States v. Lipscomb 702 F2d, 1049 (DC Cir. 1983).   When conducting a Rule 403 balancing

test, courts must weigh the following factors in balancing probative value against the prejudicial effect in admitting the conviction: 1) the nature of the conviction 2) time elapsed since the conviction 3) importance of the witnesses' testimony to the case; and 4) the importance of credibility to the claim at hand. <u>Sharif v. Picone</u> 740 F3d 263, 272 (3rd Cir. 2014)

### 1. The Nature of the Conviction

Plaintiff was charged with a crime of gross negligence.   Plaintiff intends to offer the two receipt incurred as a result of the crime as part of their damages.  Mr. Manshoory is a man that does not act with reasonable care and may have even used the Subject Vehicle in the commission of this crime.  BMW NA is not responsible for any damage or nonconformities causes by unauthorized use or abuse and clearly using the vehicle in the manner Mr. Manshoory did is abuse.

Moreover, there is evidence in the record that Plaintiff did not use reasonable care when maintaining the Subject Vehicle.  There are multiple repair orders with evidence of impact damage, lack of repair, denials of recommended service, etc.   In addition to attacking Mr. Manshoory's credibility, BMW NA's should be permitted to admit evidence of the conviction to show that Mr. Manshoory acted with the same disregard towards the car.

### 2. Time Elapsed Since the Conviction

Only less than a year has passed since his conviction and he is still on probation.  The actual crime occurred while he still had the vehicle and the subject vehicle was likely involved.

### 3. Importance of the Witness's Testimony and the Importance of his Credibility

The importance of Plaintiff's testimony goes without saying as well as his credibility.   Plaintiff is one of the "star" witnesses and his credibility is front and center of this trial.  Plaintiff put his character for truthfulness at issue when he, as evidence of tow costs, produced a receipt from Frank Scotto showing that the car

1   was towed on May 15, 2016 to an impound and that it was parked for 5 days.

2   (Orquiola Decl., Exh. D, Frank Scotto Tow Reciept). The tow receipt is relevant

3   for two reasons: 1) it puts the vehicle 5 days out and goes to the issue of use and 2)

4   it put at issue whether BMW NA is responsible for the cost of the tow under Song-

5   Beverly.  The date of the tow is coincident with the date of the arrest.  Moreover,

6   the article which is about the arrest mentions that a BMW was involved.   A

7   reasonable inference can be made that it the BMW that was involved was the

8   Subject Vehicle.

9       If BMW NA is unable to introduce his conviction to impeach Mr.

10  Manshoory' credibility, BMW NA will be prejudiced as it will be unable to prove

11  that it is not responsible for the tow and it will hinder its defense as to use and

12  misuse of the vehicle.  For these reasons, BMW NA respectfully requests that the

13  Court allow it to introduce evidence of Plaintiff Michael Manshoory's arrest and

14  felony conviction.

15  **III.   <u>CONCLUSION</u>**

16      For the reasons set forth above, Motion in Limine No. 1 to Prohibit

17  Testimony or Reference to Plaintiff's Prior Felony Convictions should be denied in

18  its entirety.   In the alternative, BMW NA requests that the Court reserve its

19  decision until the time of trial so that it may take into consideration the context of

20  the evidence presented.

21  DATED:  April 9, 2018          BOWMAN AND BROOKE LLP

22

23                    BY:   ___/s/ Corinne D. Orquiola_____
                           Brian Takahashi
24                         Richard L. Stuhlbarg
                           Corinne D. Orquiola
25                         Attorneys for Defendant
                           BMW OF NORTH AMERICA, LLC
26

27

28

## **DECLARATION OF CORINNE D. ORQUIOLA**

I, Corinne D. Orquiola, declare that:

1.     I am an attorney at law, duly licensed to practice before all the courts of the State of California and the Central District Court.  I am an attorney at the law offices of Bowman and Brooke LLP, counsel of record for BMW OF NORTH AMERICA, LLC ("BMW NA").  The facts set forth in this Declaration are made of my own personal knowledge, and, if called upon to testify, I could and would competently testify thereto.

2.     Attached hereto at Exhibit A are true and correct copies of pertinent portions of the deposition transcript of Michael Manshoory.

5.     Attached hereto as Exhibit B is a true and correct copy of the May 17, 2016 article by Patch SoCal printed from https/patch.com

4.     Attached hereto as Exhibit C is a true and correct copy of the Certified Docket of People v. Manshoory, Case No.  Case No. YA094630)

5.     Attached hereto as Exhibit D is a true and correct copy of the Frank Scotto Tow Receipt dated May 16, 2016 produced by Plaintiff in discovery.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of April, 2018, at Torrance, California.


*/s/ Corinne Orquiola*
**Corinne Orquiola**

# EXHIBIT "A"

Page 1

1          UNITED STATES DISTRICT COURT

2      CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3

4    _____
                                     )
5    MICHAEL MANSHOORY and MIKE       )
     MANSHOORY,                       )
6                                     )
              Plaintiffs,             )
7                                     )
         vs.                          )No. 2:17-cv-6714
8                                     )   SVW (MRWx)
     BMW OF NORTH AMERICA, LLC, a     )
9    Delaware Limited Liability       )
     Company,                         )
10                                    )
              Defendant.              )
11   _____)

12

13

14          DEPOSITION OF MICHAEL MANSHOORY

15             Torrance, California

16          Tuesday, January 9, 2018

17                 Volume I

18

19

20

21   Reported by:
     LORRAINE CHAMPAGNE
22   CSR No. 6452

23   Job No. 2790460b

24

25   PAGES 1 - 113

Page 2

1          UNITED STATES DISTRICT COURT

2       CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3

4    _____

                                      )
5    MICHAEL MANSHOORY and MIKE       )
     MANSHOORY,                       )
6                                     )
               Plaintiffs,            )
7                                     )
          vs.                         )No. 2:17-cv-6714
8                                     )   SVW (MRWx)
     BMW OF NORTH AMERICA, LLC, a     )
9    Delaware Limited Liability       )
     Company,                         )
10                                    )
               Defendant.             )
11   _____)

12

13

14          Deposition of MICHAEL MANSHOORY, Volume I, taken

15   on behalf of Defendant, at 970 West 190th Street,

16   Suite 700, Torrance, California, beginning at 2:51 p.m.

17   and ending at 6:32 p.m., on Tuesday, January 9, 2018,

18   before LORRAINE CHAMPAGNE, Certified Shorthand Reporter

19   No. 6452.

20

21

22

23

24

25

Page 108

```
 1              the court reporter and is attached hereto.)
 2    BY MS. YAO:
 3         Q    Have you seen this article before?
 4         A    I don't know if it was this exact one, but I've
 5    seen something of the sort.
 6         Q    Okay.  And so it names "Michael Manshoory of
 7    Los Angeles was arrested soon after the fight,"
 8    "allegedly firing shots from stolen gun during fight."
 9    Is this article referring to you?
10         A    Uh-huh.
11              MS. YAO:  Almost done.
12              I'm gonna mark this as Exhibit 16.
13              (Exhibit 16 was marked for identification by
14              the court reporter and is attached hereto.)
15    BY MS. YAO:
16         Q    Do you know what this document is?
17         A    What is it?
18         Q    I'm sorry, I don't have a copy.  Can I see it.
19              So Exhibit 16 is a BMW rental agreement for a
20    temporary substitute vehicle.  So it would be something
21    that you would have seen if you had a loaner vehicle.
22    Have you ever seen this document?  You can take another
23    look at it.
24         A    Well, I don't know who this person is.
25         Q    And what about the person -- the customer's name
```

# EXHIBIT "B"

Police & Fire

# Man Arrested for Allegedly Firing Shots from Stolen Gun During Fight

Michael Manshoory of Los Angeles was arrested soon after the fight. No one was struck by the gunshot and all of the combatants fled the area

By PATCH SOCAL, News Partner | May 17, 2016 1:10 am ET | Updated May 17, 2016 1:14 am ET



HERMOSA BEACH, CA - A 28-year-old man suspected of firing a shot from a stolen handgun during a fight involving six people in Hermosa Beach posted $250,000 bond Monday and was released from custody.

Exhibit
15
Michael
Manshoory

Michael Manshoory of Los Angeles was arrested soon after the fight, which occurred about 8:30 p.m. Sunday in the area of Hermosa Avenue and 10th Street, according to Katie Casey, public information officer with the Hermosa Beach Police Department.

Four pedestrians -- two males and two females -- got into an argument with Manshoory and another man, who were in a BMW, Casey said.

"The argument became physical and a fight ensued," she said. "The driver of the BMW fired one shot from a handgun in a westerly direction towards the ocean."

No one was struck by the gunshot and all of the combatants fled the area, Casey said.


Subscribe

The suspects in the BMW were located by Redondo Beach police and arrested, she said, adding that a stolen loaded gun and ammunition was located in the vehicle.

Manshoory was booked on suspicion of assault with a firearm, carrying a concealed firearm in a vehicle, carrying a loaded firearm concealed in a vehicle and shooting into an inhabited dwelling.

His bail was set at $250,000 and he was released early this morning after posting bond, according to sheriff's online inmate records.

Information about when and where he is next due in court was not immediately available.

Manshoory's 25-year-old companion, identified as Felix Peter Von Sass- Aliev, a Los Angeles resident and citizen of Canada, was also arrested but released pending further investigation, Casey said.

*--City News Service, photo via Shutterstock*

# EXHIBIT "C"





*8-30*
*Bond*

FILED
Superior Court of California
County of Los Angeles

AUG 1 0 2016

Sherri R. Carter, Executive Officer/Clerk
By *Michelle Luther*, Deputy
Michelle Luther

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | **CASE NO. YA094630** |
| Plaintiff, | |
| v. | *FELONY COMPLAINT* |
| 01  MICHAEL MANSHOORY  (DOB: ▓▓▓▓) | |
| Defendant(s). | |

The undersigned is informed and believes that:

### COUNT 1

On or about May 15, 2016, in the County of Los Angeles, the crime of ASSAULT WITH A FIREARM, in violation of PENAL CODE SECTION 245(a)(2), a Felony, was committed by MICHAEL MANSHOORY, who did willfully and unlawfully commit an assault on FRANCISCO PANTOJA-HERNANDEZ with a firearm.

It is further alleged that, pursuant to Penal Code section 1203.095, there is a presumptive minimal jail time required if you are convicted of this charge.

It is further alleged that the defendant(s), MICHAEL MANSHOORY personally used a firearm, to wit, a Smith and Wesson .22 Caliber Revolver within the meaning of Penal Code sections 12022.5, 1192.7(c) and 667.5(c).

\* \* \* \* \*

### COUNT 2

On or about May 15, 2016, in the County of Los Angeles, the crime of DISCHARGE OF FIREARM WITH GROSS NEGLIGENCE, in violation of PENAL CODE SECTION 246.3(a), a Felony, was committed by MICHAEL MANSHOORY, who did willfully and unlawfully discharge a firearm in a grossly negligent manner which could result in injury and death to a person.

"NOTICE:  The above offense is a serious felony within the meaning of Penal Code section 1192.7(c)."

"NOTICE:  The above offense is a serious felony within the meaning of Penal Code section 1192.7(c)."

Bail posted 5-24-16 Amount $ *250,000.00*

Bond No. *5250037801* Rec. No. _____

Depositor *Bankers Ins. Group.*

Address *The Bail Boys, Inc.*

Appearance Date *08-30-2016*

*FELONY COMPLAINT*




## COUNT 2

On or about May 15, 2016, in the County of Los Angeles, the crime of DISCHARGE OF FIREARM WITH GROSS NEGLIGENCE, in violation of PENAL CODE SECTION 246.3(a), a Felony, was committed by MICHAEL MANSHOORY, who did willfully and unlawfully discharge a firearm in a grossly negligent manner which could result in injury and death to a person.

"NOTICE:   The above offense is a serious felony within the meaning of Penal Code section 1192.7(c)."

"NOTICE:   The above offense is a serious felony within the meaning of Penal Code section 1192.7(c)."


It is further alleged as to count(s) 1 and 2 that the above offense is a serious felony, violent felony or an offense requiring registration pursuant to Penal Code section 290(C), and that prison custody time for the above offense is to be served in state prison pursuant to Penal Code section 1170(h)(3).

\* \* \* \* \*


## COUNT 3

On or about May 15, 2016, in the County of Los Angeles, the crime of CARRYING LOADED HANDGUN, NOT REGISTERED, in violation of PENAL CODE SECTION 25850(a), a Felony, was committed by MICHAEL MANSHOORY, who did unlawfully carry a loaded handgun on the person and in a vehicle and said handgun was not registered to the defendant.


\* \* \* \* \*

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF LOS ANGELES

**FILED**
Superior Court of California
County of Los Angeles

FEB 28 2017

Sherri R. Carter, Executive Officer/Clerk
C. Tahir                    Deputy

THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff,

v.

**01 MICHAEL MANSHOORY (DOB:~~          ~~)**
**(Bk# 4653682)**

Defendant(s).

**CASE NO. YA094630**

*INFORMATION*

Arraignment Hearing
Date: 02/28/2017
Department: SW L

### INFORMATION SUMMARY

| Ct. No. | Charge | Charge Range | Defendant | Allegation | Alleg. Effect |
|---------|--------|--------------|-----------|------------|---------------|
| 1 | PC 245(a)(2) | 2-3-4 State Prison | MANSHOORY, MICHAEL | PC 1170(h)(3) PC 12022.5(a)/(d) | MSP State Prison +3-4-10 State Prison |
| 2 | PC 246.3(a) | 16-2-3 State Prison | MANSHOORY, MICHAEL | PC 1170(h)(3) | MSP State Prison |
| 3 | PC 25850(a) | 16-2-3 County Jail | MANSHOORY, MICHAEL | | |

The District Attorney of the County of Los Angeles, by this Information alleges that:

### COUNT 1

On or about May 15, 2016, in the County of Los Angeles, the crime of ASSAULT WITH A FIREARM, in violation of PENAL CODE SECTION 245(a)(2), a Felony, was committed by MICHAEL MANSHOORY, who did willfully and unlawfully commit an assault on FRANCISCO PANTOJA-HERNANDEZ with a firearm.
It is further alleged that, pursuant to Penal Code section 1203.095, there is a presumptive minimal jail time required if you are convicted of this charge.

It is further alleged that the defendant(s), MICHAEL MANSHOORY personally used a firearm, to wit, a Smith and Wesson .22 Caliber Revolver within the meaning of Penal Code sections 12022.5, 1192.7(c) and 667.5(c).

* * * * *

 

It is further alleged as to count(s) 1 and 2 that the above offense is a serious felony, violent felony or an offense requiring registration pursuant to Penal Code section 290(C), and that prison custody time for the above offense is to be served in state prison pursuant to Penal Code section 1170(h)(3).

* * * * *


COUNT 3


On or about May 15, 2016, in the County of Los Angeles, the crime of CARRYING LOADED HANDGUN, NOT REGISTERED, in violation of PENAL CODE SECTION 25850(a), a Felony, was committed by MICHAEL MANSHOORY, who did unlawfully carry a loaded handgun on the person and in a vehicle and said handgun was not registered to the defendant.


* * * * *

*FELONY COMPLAINT*

JACKIE LACEY
DISTRICT ATTORNEY
By: LINDSAY E KURTIS
DEPUTY DISTRICT ATTORNEY
825 MAPLE AVENUE RM 190
TORRANCE CA 90503
(310) 222-3552

Attorney for Plaintiff

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>                                     Plaintiff,<br><br>                        v.<br><br>   01  MICHAEL MANSHOORY<br><br><br>                      Defendant(s). | CASE NO.   YA094630<br><br>PEOPLE'S MOTION FOR DISCOVERY<br>(PENAL CODE 1054.3, 1054.5A, 1054.5B) |

THE PEOPLE OF THE STATE OF CALIFORNIA respectfully request the court to grant the People's motion for discovery pursuant to Penal Code section 1054.3 (upheld in Izazaga v. Superior Court 54 Cal.3d 356).  The People therefore request all evidence relevant to the case including but not limited to:

1) Name, address and telephone numbers of all defense witnesses (civilian, expert, alibi, etc.)

2) Any and all notes, reports, experiments, tests, comparisons, and examinations prepared by the witnesses referred to in request number 1 supra.

3) Any and all statements made by the witnesses referred to in request number 1, supra, whether handwritten, typed, recorded, video taped, etc.

4) Any and all photographs (including those of the crime scene, witnesses, victims).

5) Any and all scientific test results.

6) Any and all tape recordings and video tapes relevant to the case.

DATED:   February 16, 2017

                        Respectfully submitted
                        JACKIE LACEY
                        District Attorney of
                        Los Angeles County

                        By_____

                        LINDSAY E KURTIS
                        Deputy District Attorney

Rev. 575-05/14 DA Case 36178230

**PEOPLE'S MOTION FOR DISCOVERY**

 

**NOTICE:  Conviction of this offense will require the defendant to provide DNA samples and print impressions pursuant to Penal Code sections 296 and 296.1.  Willful refusal to provide the samples and impressions is a crime.**

**NOTICE:  Any allegation making a defendant ineligible to serve a state prison sentence in the county jail shall not be subject to dismissal pursuant to Penal Code § 1385.**

**NOTICE:  Conviction of this offense prohibits you from owning, purchasing, receiving, possessing, or having under your custody and control any firearms, and effective January 1, 2018, will require you to complete a Prohibited Persons Relinquishment Form ("PPR") pursuant to Penal Code § 29810.**

THIS INFORMATION CONSISTS OF 3 COUNT(S).

Filed in Superior Court,
County of Los Angeles

DATED: _____          JACKIE LACEY
                                     DISTRICT ATTORNEY
                                     County of Los Angeles,
                                     State of California

                          BY: _____
                                     LINDSAY E KURTIS
                                     DEPUTY DISTRICT ATTORNEY

/RHH

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code Section 1054.3.



## FELONY COMPLAINT -- ORDER HOLDING TO ANSWER -- P.C. SECTION 872

It appearing to me from the evidence presented that the following offense(s) has/have been committed and that there is sufficient cause to believe that the following defendant(s) guilty thereof, to wit:

*(Strike out or add as applicable)*

MICHAEL MANSHOORY

| Ct. | Charge | Charge Range | | Allegation | Alleg. Effect |
|-----|--------|--------------|---|-----------|---------------|
| 1 | PC 245(a)(2) | 2-3-4 State Prison | | PC 1170(h)(3) | MSP State Prison |
| | | | | PC 12022.5(a)/(d) | +3-4-10 State Prison |
| 2 | PC 246.3(a) | 16-2-3 State Prison | | PC 1170(h)(3) | MSP State Prison |
| 3 | PC 25850(a) | 16-2-3 County Jail | | | |

I order that the defendant(s) be held to answer therefore and be admitted to bail in the sum of:

MICHAEL MANSHOORY                     $250,000 (Bond)          Dollars

and be committed to the custody of the Sheriff of Los Angeles County until such bail is given.  Date of arraignment in Superior Court will be:

MICHAEL MANSHOORY                     2/28/17      in Dept ___L___

at: ___830___, A.M.

Date: __2/14/17__

Committing Magistrate
Bradley Fox

 

| DEFENDANT | CII NO. | DOB | BOOKING NO. | BAIL RECOM'D | CUSTODY R'TN DATE |
|---|---|---|---|---|---|
| MANSHOORY, MICHAEL | ~~redacted~~ | ~~redacted~~ | 4653682 | $50,000 | 08/30/2016 |

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code Section 1054.3.

 

NOTICE: Conviction of this offense will require the defendant to provide DNA samples and print impressions pursuant to Penal Code sections 296 and 296.1. Willful refusal to provide the samples and impressions is a crime.

NOTICE: The People of the State of California intend to present evidence and seek jury findings regarding all applicable circumstances in aggravation, pursuant to Penal Code section 1170(b) and *Cunningham v. California* (2007) 549 U.S. 270.

NOTICE: A Suspected Child Abuse Report (SCAR) may have been generated within the meaning of Penal Code §§ 11166 and 11168 involving the charges alleged in this complaint. Dissemination of a SCAR is limited by Penal Code §§ 11167 and 11167.5 and a court order is required for full disclosure of the contents of a SCAR

NOTICE: Any allegation making a defendant ineligible to serve a state prison sentence in the county jail shall not be subject to dismissal pursuant to Penal Code § 1385.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT, CASE NUMBER YA094630, CONSISTS OF 3 COUNT(S).

Executed at TORRANCE, County of Los Angeles, on August 9, 2016.

8-10-16

JAMES SMITH
DECLARANT AND COMPLAINANT

JACKIE LACEY, DISTRICT ATTORNEY

BY: _____
ROBERTO RUBALCAVA, DEPUTY

AGENCY: HERMOSA BEACH   I/O: JAMES SMITH   ID NO.: 10158   PHONE: (310) 318-0360
PD
DR NO.: 1601284   OPERATOR: CLP   PRELIM. TIME EST.: 90 MINUTE(S)

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
FELONY SENTENCING MEMORANDUM - PROBATION (    or ISS)
PC §1170(h)(1) and (h)(2) Cases - County Jail Commitment (With or Without Probation)

| Defendant: | Michael Manshoory | | Case No: 4A094680 |
|---|---|---|---|
| Date: 6-29-17 | Dept: L | Prosecutor: | Defense Atty: |
| Judge: | Clerk: | Reporter: | Interpreter/Language: |

**Arraignment For Judgment**
[ ] Arraignment for judgment and time for sentencing waived.  There is no legal cause why judgment should not now be pronounced.
[ ] Defendant waives right to be sentenced by judge who took plea and agrees to be sentenced by any judge of the court (Arbuckle waiver).

**Sentence**
1. As to Count _____, a violation of § _____ of [ ] Penal Code [ ] H&S Code [ ] W&I Code [ ] Veh. Code [ ] _____ Code:
[ ] Defendant is to be imprisoned in the Los Angeles County Jail  for a total aggregate term of _____ years and _____ months, [ ] consecutive  [ ] concurrent with _____.
[ ] The court selects the [ ] low [ ] middle [ ] high  term of _____ years/months as the base term as to this count.  [ ] Per the plea agreement.  [ ] Forthwith commitment
[ ] Plus an additional term of _____ years/months per PC § _____  [ ] Plus an additional term of _____ years/months per PC § _____
2. [ ] As to Count _____, defendant is sentenced to _____ years/months [ ] consecutive to the principal term, as 1/3rd the mid-term [ ] concurrent with the principal term [ ] stayed PC § 654 (876)
3. [ ] As to Count _____, defendant is sentenced to _____ years/months [ ] consecutive to the principal term, as 1/3rd the mid-term [ ] concurrent with the principal term [ ] stayed PC § 654 (876)
4. [ ] As to Count _____, defendant is sentenced to _____ years/months [ ] consecutive to the principal term, as 1/3rd the mid-term [ ] concurrent with the principal term [ ] stayed PC § 654 (876)
5. [ ] The total aggregate term of imprisonment imposed for all counts and enhancements in this case is _____ years/months.  [ ] See attached memoranda for additional counts.
Defendant to receive custody credit of _____ days actual plus _____ days GT/WT, for a total of _____ days.  [ ] Local conduct credits limited to 15 percent per PC 2933.1.
6. [ ] Pay the fines, surcharges, fees and assessments as set forth in Paragraph 31, below.
7. [ ] Execution of all of the foregoing sentence is suspended (ESS), and defendant is granted probation on the terms and conditions set forth below.
8. [ ] Execution of _____ years/months of the foregoing jail term is suspended; defendant is placed on mandatory supervision for _____ years/months upon release from the County Jail on the terms and conditions set forth below.

**Grant of Probation (PC §1203) or Mandatory Supervision per PC §1170(h)(6)**
As to Count _____ a violation of § 246.3 of the [ ] Penal Code [ ] H&S Code [ ] W&I Code [ ] Veh. Code [ ] _____ Code
[ ] Imposition of sentence is suspended (ISS)  [ ] Probation to be without formal supervision.  [ ] Supervision suspended while on parole on another case.  [ ] Parole conditions control.
[ ] Defendant is granted probation/supervision for _____ 3 years/months on the following terms and conditions:  [ ] Supervision is mandatory, defendant may not refuse per PC §1170(h)(5).
1. [ ] Serve _____ years _____ months _____ days in the Los Angeles County jail, [ ] consecutive to _____ [ ] concurrent with _____ [ ] all other time.
Defendant to receive custody credit of _____ days actual plus _____ days GT/WT, for a total of _____.  [ ] Time may be served in any penal facility.
2. [ ] Serve [ ] in a [ ] residential _____ treatment program: _South Coast Behavioral Health_
Defendant to be released to a qualified representative of the program and to comply with all program terms and conditions. (013)
If defendant leaves or is discharged from the program for any reason prior to completion, defendant is to report to court on the next court date in session by 6-26-18
3. [ ] Perform _____ days / hours of work for Community Labor/Cal-Trans, Graffiti Removal, etc./Community Service / _____ _____ days/hours
4. [ ] Pay a fine in the sum of $ _____ plus penalty assessments, or in default thereof serve _____ additional days in County jail, consecutive.
5. [ ] Make restitution to victim pursuant to PC § 1202.4(f), [ ] in the stipulated sum of $ _____, (048)  [ ] In a sum stipulated to at _____. (048)
[ ] In an amount and in the manner prescribed by the Probation Officer, subject to a hearing if requested. (068)  [ ] Harvey waiver given  [ ] per any final civil judgment against you. (119)
6. [ ] Obey all laws, and orders of the court and all rules, regulations and instructions of the Probation Officer. (541/542)
7. [ ] Report to the Probation Officer within 48 hours of your release from custody at the _____ Probation Office. (817)
8. [ ] Cooperate with the Probation Officer in a plan for (530) [ ] drug treatment and rehabilitation [ ] _____
9. [ ] Complete an approved [ ] 52 [ ] 26 [ ] _____ week [ ] sex offender [ ] domestic violence [ ] _____ counseling program.
10. [ ] Seek and maintain training, schooling or employment as directed by the Probation Officer. (500)
11. [ ] Maintain residence as approved by the Probation Officer (536) and keep the Probation Officer advised of your work and home address and telephone numbers at all times. (564)
12. [ ] Support dependants as directed by the Probation Officer. (503)
13. [ ] Submit your person and property to search and seizure at any time of the day or night, by any Probation Officer or other peace officer, with or without a warrant, probable cause or reasonable suspicion. (576)
14. [ ] Do not own, use, threaten to use, possess, buy or sell any deadly or dangerous weapons, including, but not limited to, firearms or other concealable weapons. (230)
[ ] The weapon involved in this case is ordered confiscated and destroyed by the arresting agency. (234)  [ ] 10 year firearm ban per PC §12021(c).
15. [ ] Do not use or threaten to use force or violence against any person. Do not annoy, molest, harass, intimidate or contact directly or indirectly, any victim or witness in this case, especially _____ (913)
16. [ ] Stay [ ] _____ [ ] 100 yards away from and have no contact with _____ (904)
17. [ ] Stay [ ] _____ [ ] 100 yards from the location of [ ] the arrest [ ] _____ (904)
18. [ ] Obey the Protective Order issued in this or any other case. (579)  [ ] Defendant is served with a copy of the Protective Order in open court. (578)
19. [ ] Do not own, use, possess, buy or sell any controlled substances, or associated paraphernalia, except with valid prescription, and stay away from places where users, buyers or sellers congregate. Do not associate with persons known by you to be controlled substance users or sellers, except in an authorized treatment program. (926)
20. [ ] Submit to periodic controlled substance testing when requested by the Probation Officer or any other peace officer. (584)
21. [ ] Register with your local police agency as a [ ] controlled substance - H&S §11590 (925)  [ ] sex - PC § 290 (927)  [ ] arson - PC §457.1 (902)  [ ] gang member - PC §186.30 (677) offender, carry proof of registration at all times, and display registration to any peace officer upon request.
22. [ ] Abstain from the use of all  alcoholic beverages and stay out of places where they are the chief item of sale. (300)  _Do not use / possess Marijuana_
23. [ ] Use only your true name. (924) [ ] Do not give false information to any peace officer at any time.(535)
24. [ ] If you are deported from or leave the United States, do not re-enter it illegally.  If you do re-enter the United States, report to the Probation Officer within 72 hours of your return and show proof that you are lawfully within the United States. (469)  If you are deported from or leave the United States, notify Probation and the Court of your address and telephone number outside the United States within 72 hours of deportation or departure. Continue to pay all of your financial obligations to the Court and Probation while outside the United States.
25. [ ] Do not drive a motor vehicle without a valid drivers license in your possession or without liability insurance in at least the minimum amounts required by law. (374)
26. [ ] Submit AIDS test, pursuant to 1202.1(a) PC. (668)
27. [ ] Provide a DNA sample and print impressions pursuant to PC § § 296 and 296.1. (790)
28. [ ] Do not associate with any persons known by you to be criminal street gang  members, affiliates, or associates, and stay away from all places where you know such persons congregate, except in an authorized anti-gang program. (918)  Do not own, possess, or wear any criminal street gang paraphernalia, or exhibit any indicia of criminal street gang affiliation, including, but not limited to, dressing in, displaying or wearing any clothing, "colors" or other insignia associated with any criminal street gang, or making, displaying, using or "flashing," any hand signs or signals associated with any criminal street gang. (916)  Obey any gang injunction that applies to you. (399)
29. [ ] Do not remain in any vehicle or location where any dangerous or deadly weapon is possessed, nor remain in the presence of any unlawfully armed person.(933)
30. [ ] Do not be within 100  yards of any public place, or in any vehicle, where you know illegal controlled substances or illegal weapons are present, or where you know the vehicle is stolen or being operated without the owner's consent. (239)
31. Pay all of the following (check all that apply):
[ ] A restitution fine of [ ] $200.00, [ ] $ 300 per PC §1202.4(b) through (e). (098)
[ ] The restitution fine is calculated per formula set out in PC §1202.4(b)(2).
[ ] A probation revocation restitution fine in the same amount as the restitution fine, per PC §1202.44, payment is stayed until probation is revoked and sentence imposed.
[ ] A criminal conviction/facilities assessment of $30.00 per PC Govt §70373(a).(SA:CC)
[ ] A criminal fine surcharge of $ _____ per Penal Code §1465.7 (20% of base fine).(SA:AB)
[ ] A court security fee of $40.00 per PC §1465.8(a)(1). (per count) (SA:SF)
[ ] Cost of probation services per PC 1203.1b; [ ] as determined by the Probation Officer, subject to a hearing if requested  [ ] in the amount of $ _____ per month.
[ ] A crime lab fee of $50.00 plus penalty assessment per H&S Code §11372.5 (184)
[ ] A drug program fee of $150.00 (per drug count except §11357(b)) per H&S §11372.7(a).
[ ] A crime prevention fine of $10.00 per PC §1202.5 (PC theft-related and vandalism cases).  (SA:CP)
[ ] A sex offender fine of [ ] $300.00 (1st offense)  [ ] $500 (2nd and subsequent offenses) per PC §290.3, plus penalty assessment.
[ ] A child abuse prevention restitution fine of $ _____ per PC 294 (child sex cases, $5000.00 maximum).
[ ] A criminal justice administration fee of [ ] $400.00 [ ] $ _____ per PC 1203.097(a)(5). ($400 min.) [ ] $ _____, payable to the local arresting agency, per Govt Code §§ 29550(c), 29550.1 or 29550.2 (agency's actual cost).
32. [ ] _#(South Court Behavioral Health) - Trees_

_____
[ ] Defendant acknowledges that he/she understands and accepts the terms and conditions of probation. (821)  [ ] Defendant's acceptance not required per PC §1170(h)(5).
[ ] Defendant is ordered to pay attorney fees, [ ] in the amount of $ _____  [ ] in the amount determined by the Financial Evaluator.
[ ] Counts/Allegations _____ are dismissed on the People's motion as to this defendant pursuant to Penal Code Section 1385.

_# 70 BE RELEASED ONLY TO S.C.B.H_

CRIM090 (Rev 9/11)

_Judge/Commissioner of the Superior Court_

SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

NO. YA094630                                          PAGE NO.  1
THE PEOPLE OF THE STATE OF CALIFORNIA     VS.    CURRENT DATE 04/05/18
DEFENDANT 01:  MICHAEL MANSHOORY
LAW ENFORCEMENT AGENCY EFFECTING ARREST: HERMOSA BEACH POLICE DEPT.

BAIL: APPEARANCE  AMOUNT    DATE     RECEIPT OR  SURETY COMPANY   REGISTER
         DATE      OF BAIL   POSTED    BOND NO.                     NUMBER
      08/30/16   $250,000.00 05/24/16 5250037801   BANKERS INSURANCE CO

CASE FILED ON 08/10/16.
OFFENSE(S):
     COUNT 01: 245(A)(2) PC FEL
     COUNT 02: 246.3(A) PC FEL
     COUNT 03: 25850(A) PC FEL
COMMITTED ON OR ABOUT 05/15/16 IN THE COUNTY OF LOS ANGELES
NEXT SCHEDULED EVENT:
   08/30/16   830 AM  ARRAIGNMENT    DIST TORRANCE COURTHOUSE DEPT 004


ON 08/30/16 AT  830 AM  IN TORRANCE COURTHOUSE DEPT 004

CASE CALLED FOR ARRAIGNMENT
PARTIES: THOMAS SOKOLOV (JUDGE)  RUTH GILLILAND  (CLERK)
              LISA GUERRERO  (REP)     CANDACE F. SMITH  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY BRUCE B. MCGREGOR PRIVATE
   COUNSEL APPEARING BY SHAHEEN MANSHOORY
DEFENDANT STATES HIS/HER TRUE NAME AS CHARGED.
A COPY OF THE COMPLAINT AND THE ARREST REPORT GIVEN TO DEFENDANTS COUNSEL.
DEFENDANT WAIVES ARRAIGNMENT, READING OF COMPLAINT, AND STATEMENT OF
   CONSTITUTIONAL AND STATUTORY RIGHTS.
DEFENDANT PLEADS NOT GUILTY TO COUNT 01, 245(A)(2) PC.
DEFENDANT PLEADS NOT GUILTY TO COUNT 02, 246.3(A) PC.
DEFENDANT PLEADS NOT GUILTY TO COUNT 03, 25850(A) PC.
THE COURT ORDERS A PRE-PLEA REPORT PURSUANT TO PENAL CODE SECTION 1203.7.
THE DEFENDANT'S COUNSEL DOES NOT CONSENT TO A PRE-PLEA INTERVIEW.
   COURT ORDERS AND FINDINGS:
   -DEFENDANT WAIVES ADVISEMENT OF MILITARY RIGHTS PURSUANT TO PENAL
    CODE SECTION 858.


   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
   THE DEFENDANT DENIES THE ALLEGATIONS.

   60 DAY TIME WAIVER TAKEN.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
10/11/16   830 AM  PRELIM SETTING/RESETTING   DIST TORRANCE COURTHOUSE DEPT 004

CUSTODY STATUS: BAIL TO STAND


ON 10/11/16 AT  830 AM  IN TORRANCE COURTHOUSE DEPT 004

CASE CALLED FOR PRELIM SETTING/RESETTING
PARTIES: CMR BRAD M. FOX (JUDGE)  MARIA ALCANTER  (CLERK)
              YVETTE BURLEY     (REP)  CANDACE F. SMITH   (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY BRUCE B. MCGREGOR PRIVATE
   COUNSEL
STIPULATED THAT A TEMPORARY JUDGE MAY HEAR THE CASE

CASE NO. YA094630                          PAGE NO.   2
DEF NO.  01                                DATE PRINTED 04/05/18

  MATTER IS CONTINUED FOR PRELIMINARY SETTING HEARING ON
  NOVEMBER 15, 2016, AT 8:30 A.M. IN DEPARTMENT 004.
  .
  60 DAY TIME WAIVER IS TAKEN.
  .
  COUNSEL JOINS IN THE TIME WAIVERS.
  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
  UPON MOTION OF DEFENDANT
  11/15/16   830 AM  PRELIM SETTING/RESETTING   DIST TORRANCE COURTHOUSE DEPT
    004

CUSTODY STATUS: BAIL TO STAND


ON 11/15/16 AT  830 AM  IN TORRANCE COURTHOUSE DEPT 004


  NUNC PRO TUNC ORDER PREPARED. IT APPEARING TO THE COURT THAT THE MINUTE ORDER
  IN THE ABOVE ENTITLED ACTION DOES NOT PROPERLY REFLECT THE COURT'S ORDER. SAID
  MINUTE ORDER IS AMENDED NUNC PRO TUNC AS OF THAT DATE.  ALL OTHER ORDERS ARE
  TO REMAIN IN FULL FORCE AND EFFECT. DETAILS LISTED AT END OF THIS MINUTE ORDER.
CASE CALLED FOR PRELIM SETTING/RESETTING
PARTIES: THOMAS SOKOLOV (JUDGE)  ASHLEY BRUMFIELD  (CLERK)
              LISA GUERRERO    (REP)  CANDACE F. SMITH  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY BRUCE B. MCGREGOR PRIVATE
  COUNSEL
  DEFENSE STIPULATE TO PEOPLE'S REASONABLE CONTINUANCE.
  .
  MATTER CONTINUED FOR PRELIMINARY HEARING TO JANUARY 4, 2017
  AT 8:30 A.M. IN DEPARTMENT 8.
  .
  ** NUNC PRO TUNC NOT REQUIRED **
  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
  01/04/17   830 AM  PRELIMINARY HEARING   DIST TORRANCE COURTHOUSE DEPT 008


CUSTODY STATUS: BAIL TO STAND


ON 01/04/17 AT  830 AM  IN TORRANCE COURTHOUSE DEPT 008

CASE CALLED FOR PRELIMINARY HEARING
PARTIES: NONE (JUDGE)  SHIRLEY LINARES  (CLERK)
            NONE     (REP)  LINDSAY ERIN KURTIS  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY BRUCE B. MCGREGOR PRIVATE
  COUNSEL
  MATTER IS TRANSFERRED TO DEPARTMENT 2.
NEXT SCHEDULED EVENT:
  01/04/17  1000 AM  PRELIMINARY HEARING   DIST TORRANCE COURTHOUSE DEPT 002

CUSTODY STATUS: BAIL TO STAND


ON 01/04/17 AT 1000 AM  IN TORRANCE COURTHOUSE DEPT 002

  NUNC PRO TUNC ORDER PREPARED. IT APPEARING TO THE COURT THAT THE MINUTE ORDER

```
CASE NO. YA094630                        PAGE NO.   3
DEF NO.  01                              DATE PRINTED 04/05/18
```

    IN THE ABOVE ENTITLED ACTION DOES NOT PROPERLY REFLECT THE COURT'S ORDER. SAID
 MINUTE ORDER IS AMENDED NUNC PRO TUNC AS OF THAT DATE.  ALL OTHER ORDERS ARE
TO REMAIN IN FULL FORCE AND EFFECT. DETAILS LISTED AT END OF THIS MINUTE ORDER.
CASE CALLED FOR PRELIMINARY HEARING
PARTIES: CMR BRAD M. FOX (JUDGE)  AILENE SANDERS  (CLERK)
              DAWSHA L. LAYLAND         (REP)  LINDSAY ERIN KURTIS  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY BRUCE B. MCGREGOR PRIVATE
    COUNSEL
    NO NUNC PRO TUNC ORDER.
    COURT ORDERS AND FINDINGS:
    -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
    02/14/17   830 AM  PRELIMINARY HEARING   DIST TORRANCE COURTHOUSE DEPT 008

CUSTODY STATUS: BAIL TO STAND


ON 02/14/17 AT  830 AM  IN TORRANCE COURTHOUSE DEPT 008

    NUNC PRO TUNC ORDER PREPARED. IT APPEARING TO THE COURT THAT THE MINUTE ORDER
 IN THE ABOVE ENTITLED ACTION DOES NOT PROPERLY REFLECT THE COURT'S ORDER. SAID
 MINUTE ORDER IS AMENDED NUNC PRO TUNC AS OF THAT DATE.  ALL OTHER ORDERS ARE
TO REMAIN IN FULL FORCE AND EFFECT. DETAILS LISTED AT END OF THIS MINUTE ORDER.
CASE CALLED FOR PRELIMINARY HEARING
PARTIES: CMR BRAD M. FOX (JUDGE)  SHIRLEY LINARES  (CLERK)
              DAWSHA L. LAYLAND  (REP)    LINDSAY ERIN KURTIS  (DA)
STIPULATED THAT CMR BRAD M. FOX (JUDGE) MAY HEAR THE CAUSE AS TEMPORARY JUDGE.
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY BRUCE B. MCGREGOR PRIVATE
    COUNSEL
COUNT (01) : DISPOSITION: HELD TO ANSWER
COUNT (02) : DISPOSITION: HELD TO ANSWER
COUNT (03) : DISPOSITION: HELD TO ANSWER
    COURT ORDERS AND FINDINGS:
    -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
THE CAUSE IS CALLED FOR PRELIMINARY HEARING. ALL PARTIES ARE
PRESENT AND READY TO PROCEED.
    .
THE DEFENDANT WAIVES READING OF THE COMPLAINT AND STATEMENT OF

CONSTITUTIONAL RIGHTS.
    .
REQUEST FOR PEOPLE TO ALLOW INVESTIGATING OFFICER DETECTIVE
SMITH TO REMAIN IN COURTROOM IS HEREBY GRANTED.
    .
WITNESSES SWORN AND EXAMINED FOR THE PEOPLE:
DONAVAN SELLAN
JAMES SMITH
    .
THE PEOPLE REST. NO AFFIRMATIVE DEFENSE AT THIS TIME. BOTH
SIDES REST.
    .
DEFENDANT'S MOTION TO DISMISS DUE TO THE INSUFFICIENCY OF
THE EVIDENCE IS ARGUED AND DENIED.
    .

CASE NO. YA094630                           PAGE NO.   4
DEF NO.  01                                 DATE PRINTED 04/05/18

    STIPULATION FOR THE APPOINTMENT OF COURT COMMISSIONER AS
    TEMPORARY JUDGE TO HEAR AND DECIDE ALL PRESENT AND FUTURE
    MATTERS IN THIS CASE IS FILED.
    .
    IT APPEARING TO THE COURT FROM THE EVIDENCE PRESENTED THAT THE
    OFFENSES CHARGED HAVE BEEN COMMITTED AND THAT THERE IS
    SUFFICIENT CAUSE TO BELIEVE THAT THE DEFENDANT IS GUILTY, THE
    COURT ORDERS THAT THE DEFENDANT BE HELD TO ANSWER.
    .
    MATTER IS CONTINUED FOR ARRAIGNMENT ON FEBRUARY 28, 2017 AT
    8:30AM IN DEPARTMENT SW-L.
    .
    *NUNC PRO TUNC ORDER NOT REQUIRED.
BOND TO REMAIN.  BOND TRANSFERRED TO SUPERIOR COURT.
NEXT SCHEDULED EVENT:
 FELONY ARRAIGNMENT/PLEA, ON FEBRUARY 28, 2017, IN SUPERIOR COURT OF LOS
ANGELES COUNTY, SOUTHWEST DISTRICT, DEPT SWL, AT  830 AM.


CUSTODY STATUS: BAIL TO STAND.

SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

NO. YA094630                                    PAGE NO.  1
THE PEOPLE OF THE STATE OF CALIFORNIA    VS.    CURRENT DATE 04/05/18
DEFENDANT 01: MICHAEL MANSHOORY
LAW ENFORCEMENT AGENCY EFFECTING ARREST: HERMOSA BEACH POLICE DEPT.

BAIL: APPEARANCE  AMOUNT    DATE    RECEIPT OR  SURETY COMPANY    REGISTER
         DATE     OF BAIL  POSTED   BOND NO.                      NUMBER
       08/30/16 $250,000.00 05/24/16 5250037801  BANKERS INSURANCE CO

CASE FILED ON 02/14/17.
INFORMATION FILED ON 02/28/17.
OFFENSE(S):
    COUNT 01: 245(A)(2) PC FEL
    COUNT 02: 246.3(A) PC FEL
    COUNT 03: 25850(A) PC FEL
COMMITTED ON OR ABOUT 05/15/16 IN THE COUNTY OF LOS ANGELES
NEXT SCHEDULED EVENT:
   02/28/17   830 AM  ARRAIGNMENT    DIST SOUTHWEST DISTRICT DEPT SWL


ON 02/21/17 AT  830 AM :

   TRANSCRIPT RECEIVED ON 02/17/17 FROM COURT REPORTER, D.LAYLAND
   FOR PRELIMINARY HEARING HELD ON 02/14/17.TRANSCRIPTS DELIVERED
   TO DEPARTMENT  L  BY PLACING THEM IN THE MAIL BOX
   BY G.HOO. AUDITED BY G.HOO
MATTER PREV SET/REMAIN ON CLDR


ON 02/28/17 AT  830 AM  IN SOUTHWEST DISTRICT DEPT SWL

CASE CALLED FOR ARRAIGNMENT
PARTIES: ALAN B. HONEYCUTT (JUDGE)  CAREY TAING  (CLERK)
              CHANDRA KINCAID  (REP)     LINDSAY ERIN KURTIS  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY SHAHEEN MANSHOORY PRIVATE
COUNSEL
    INFORMATION FILED AND THE DEFENDANT IS ARRAIGNED.
DEFENDANT PLEADS NOT GUILTY TO COUNT 01, 245(A)(2) PC.

DEFENDANT PLEADS NOT GUILTY TO COUNT 02, 246.3(A) PC.
DEFENDANT PLEADS NOT GUILTY TO COUNT 03, 25850(A) PC.
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
   -DDA LINDSAY KURTIS

   THE DEFENDANT ENTERS A PLEA OF NOT GUILTY AND DENIES ANY AND ALL
   SPECIAL ALLEGATIONS.

   DEFENSE COUNSEL IS GIVEN COPIES OF THE PRELIMINARY EXAMINATION
   HEARING TRANSCRIPT AND THE INFORMATION.

   PURSUANT TO PENAL CODE SECTION 992, A FINGERPRINT IS OBTAINED
   FROM THE DEFENDANT AND PLACED IN THE COURT FILE.

CASE NO. YA094630                          PAGE NO.   2
DEF NO.  01                                DATE PRINTED 04/05/18

    THE MATTER IS SET FOR A PRE-TRIAL CONFERENCE ON
    APRIL 19, 2017, AT 8:30 A.M., IN DEPARTMENT SWL.
    .
    THE MATTER IS SET FOR A JURY TRIAL ON JUNE 5, 2017, AT
    8:30 A.M., IN DEPARTMENT SWL.
NEXT SCHEDULED EVENT:
04/19/17   830 AM  PRETRIAL CONFERENCE   DIST SOUTHWEST DISTRICT DEPT SWL
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT :
 06/05/17   830 AM  JURY TRIAL   DIST SOUTHWEST DISTRICT DEPT SWL

CUSTODY STATUS: BAIL TO STAND


ON 04/19/17 AT  830 AM  IN SOUTHWEST DISTRICT DEPT SWL

CASE CALLED FOR PRETRIAL CONFERENCE
PARTIES: ALAN B. HONEYCUTT (JUDGE)  CAREY TAING  (CLERK)

                CHANDRA KINCAID       (REP)  LINDSAY ERIN KURTIS  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY SHAHEEN MANSHOORY PRIVATE
   COUNSEL
   -DDA LINDSAY KURTIS
   .
   THE MATTER IS CONTINUED TO MAY 15, 2017, AT 8:30 A.M., IN
   DEPARTMENT SWL.
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
 UPON MOTION OF DEFENDANT
 05/15/17   830 AM  PRETRIAL CONFERENCE   DIST SOUTHWEST DISTRICT DEPT SWL

CUSTODY STATUS: BAIL TO STAND


ON 05/15/17 AT  830 AM  IN SOUTHWEST DISTRICT DEPT SWL

CASE CALLED FOR PRETRIAL CONFERENCE
PARTIES: ALAN B. HONEYCUTT (JUDGE)   THEMBA NELSON  (CLERK)
                CHANDRA KINCAID       (REP)  LINDSAY ERIN KURTIS  (DA)

THE DEFENDANT FAILS TO APPEAR, WITH SUFFICIENT EXCUSE AND REPRESENTED BY
   SHAHEEN MANSHOORY PRIVATE COUNSEL
BAIL SET AT $250,000
   DEFENDANT IS NOT IN COURT. DEFENDANT IS IN CUSTODY.
   .
   MATTER IS CONTINUED TO 5-24-17 FOR FURTHER PRE-TRIAL.
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
 05/24/17   830 AM  PRETRIAL CONFERENCE   DIST SOUTHWEST DISTRICT DEPT SWL

CUSTODY STATUS: BAIL TO STAND
CUSTODY STATUS: REMANDED TO CUSTODY


ON 05/24/17 AT  830 AM  IN SOUTHWEST DISTRICT DEPT SWL

CASE CALLED FOR PRETRIAL CONFERENCE
PARTIES: ALAN B. HONEYCUTT (JUDGE)  MICHELLE EASLEY  (CLERK)
                CHANDRA KINCAID       (REP)  LINDSAY ERIN KURTIS  (DA)

CASE NO. YA094630                          PAGE NO.   3
DEF NO.  01                                DATE PRINTED 04/05/18

DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY SHAHEEN MANSHOORY PRIVATE
  COUNSEL
BAIL SET AT $250,000
  THE MATTER IS CALLED PRETRIAL CONFERENCE.

  THE MATTER IS CONTINUED FOR FURTHER PRETRIAL TO JUNE 16, 2017,
  AT 8:30 A.M. IN THIS DEPARTMENT.

  THE MATTER IS SET FOR JURY TRIAL ON AUGUST 23, 2017, AT
  8:30 A.M. IN THIS DEPARTMENT.

  ALL OTHER DATES ARE ADVANCED AND VACATED.
  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
  06/16/17   830 AM   PRETRIAL CONFERENCE   DIST SOUTHWEST DISTRICT DEPT SWL
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:

  08/23/17   830 AM   JURY TRIAL   DIST SOUTHWEST DISTRICT DEPT SWL

CUSTODY STATUS: DEFENDANT REMANDED
CUSTODY STATUS: BAIL TO STAND.


ON 06/16/17 AT  830 AM  IN SOUTHWEST DISTRICT DEPT SWL

CASE CALLED FOR PRETRIAL CONFERENCE
PARTIES: ALAN B. HONEYCUTT (JUDGE)  MONIQUE SEALS  (CLERK)
              CHANDRA KINCAID  (REP)      LINDSAY ERIN KURTIS  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY SHAHEEN MANSHOORY PRIVATE
  COUNSEL
DEFENDANT WAIVES ARRAIGNMENT, READING OF INFORMATION/INDICTMENT, AND STATEMENT
OF CONSTITUTIONAL AND STATUTORY RIGHTS.
DEFENDANT WAIVES FURTHER ARRAIGNMENT.
DEFENDANT ADVISED OF AND PERSONALLY AND EXPLICITLY WAIVES THE FOLLOWING RIGHTS:
TRIAL BY COURT AND TRIAL BY JURY
    CONFRONTATION AND CROSS-EXAMINATION OF WITNESSES;
    SUBPOENA OF WITNESSES INTO COURT TO TESTIFY IN YOUR DEFENSE;
    AGAINST SELF-INCRIMINATION;

DEFENDANT ADVISED OF THE FOLLOWING:
  THE NATURE OF THE CHARGES AGAINST HIM, THE ELEMENT OF THE OFFENSE IN THE
INFORMATION AND POSSIBLE DEFENSES TO SUCH CHARGES;
  THE POSSIBLE CONSEQUENCES OF A PLEA OF GUILTY OR NOLO CONTENDERE, INCLUDING
    THE MAXIMUM PENALTY AND ADMINISTRATIVE SANCTIONS AND THE POSSIBLE LEGAL
    EFFECTS AND MAXIMUM PENALTIES INCIDENT TO SUBSEQUENT CONVICTIONS FOR THE
    SAME OR SIMILAR OFFENSES;
  THE EFFECTS OF PROBATION;
  IF YOU ARE NOT A CITIZEN, YOU ARE HEREBY ADVISED THAT A CONVICTION OF THE
    OFFENSE FOR WHICH YOU HAVE BEEN CHARGED WILL HAVE THE CONSEQUENCES OF
    DEPORTATION, EXCLUSION FROM ADMISSION TO THE UNITED STATES, OR DENIAL OF
    NATURALIZATION PURSUANT TO THE LAWS OF THE UNITED STATES.
THE COURT FINDS THAT EACH SUCH WAIVER IS KNOWINGLY, UNDERSTANDINGLY, AND
  EXPLICITLY MADE; COUNSEL JOINS IN THE WAIVERS
COUNT (01) : DISPOSITION: DISMISSED DUE TO PLEA NEGOTIATION

CASE NO. YA094630                              PAGE NO.    4
DEF NO. 01                                     DATE PRINTED 04/05/18

THE DEFENDANT PERSONALLY WITHDRAWS PLEA OF NOT GUILTY TO COUNT 02 AND PLEADS
  NOLO CONTENDERE WITH THE APPROVAL OF THE COURT TO A VIOLATION OF SECTION
  246.3(A) PC IN COUNT 02.  THE COURT FINDS THE DEFENDANT GUILTY.
COUNT (02) : DISPOSITION: CONVICTED
COUNT (03) : DISPOSITION: DISMISSED DUE TO PLEA NEGOTIATION
  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
COURT FINDS THAT THERE IS A FACTUAL BASIS FOR DEFENDANT'S PLEA, AND COURT
  ACCEPTS PLEA.
  -BKG: 4983763/ ARBUCKLE WAIVER TAKEN
  -DDA: LINDSEY KURTIS (257280)

THE DEFENDANT WISHES TO ACCEPT THE PEOPLE'S OFFER AND ENTERS A
CHANGE OF PLEA AS TO COUNT 02 ONLY.

THE DEFENDANT ADMITS THAT HE PERSONALLY USED AND DISCHARGED A
FIREARM AS IT RELATES TO COUNT 02.


AN ARBUCKLE WAIVER IS ENTERED BY THE DEFENDANT.
THIS MATTER IS CONTINUED TO 6/29/2017 AT 8:30 A.M. IN THIS
DEPARTMENT SW-L FOR A PROBATION AND SENTENCING HEARING.

THE BOND IS ORDERED EXONERATED AS THE DEFENDANT IS IN CUSTODY.
BAIL IS RESET TO NO BAIL.
REMAND ORDER ISSUED.

PURSUANT TO THE PLEA AGREEMENT OF THE PARTIES, COUNTS 01 & 03
ARE DISMISSED AND ANY REMAINING ALLEGATIONS ARE STRICKEN.

THE TRIAL DATE OF 8/23/17 IS VACATED.
BAIL SET AT NO BAIL.
NEXT SCHEDULED EVENT:
06/29/17    830 AM   PROBATION AND SENTENCE HEARING    DIST SOUTHWEST DISTRICT
DEPT SWL

CUSTODY STATUS: BAIL EXONERATED
CUSTODY STATUS: REMANDED TO CUSTODY


ON 06/29/17 AT  830 AM  IN SOUTHWEST DISTRICT DEPT SWL

  NUNC PRO TUNC ORDER PREPARED. IT APPEARING TO THE COURT THAT THE MINUTE ORDER
 IN THE ABOVE ENTITLED ACTION DOES NOT PROPERLY REFLECT THE COURT'S ORDER. SAID
 MINUTE ORDER IS AMENDED NUNC PRO TUNC AS OF THAT DATE.  ALL OTHER ORDERS ARE
 TO REMAIN IN FULL FORCE AND EFFECT. DETAILS LISTED AT END OF THIS MINUTE ORDER.
CASE CALLED FOR PROBATION AND SENTENCE HEARING
PARTIES: ALAN B. HONEYCUTT (JUDGE) PRISCELLA F. CORRAL   (CLERK)
         CELIA BERNAL  (REP)     LINDSAY ERIN KURTIS  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY SHAHEEN MANSHOORY PRIVATE
  COUNSEL
  DEFENDANT WAIVES ARRAIGNMENT FOR JUDGMENT AND STATES THERE IS NO LEGAL CAUSE
  WHY SENTENCE SHOULD NOT BE PRONOUNCED. THE COURT ORDERED THE FOLLOWING
  JUDGMENT:
AS TO COUNT  (02):
IMPOSITION OF SENTENCE SUSPENDED

CASE NO. YA094630                          PAGE NO.   5
DEF NO.  01                               DATE PRINTED 04/05/18

DEFENDANT PLACED ON FORMAL PROBATION
   FOR A PERIOD OF 003 YEARS UNDER THE FOLLOWING TERMS AND CONDITIONS:
SERVE 180 DAYS IN LOS ANGELES COUNTY JAIL
   LESS CREDIT FOR 180 DAYS
PLUS $40.00 COURT SECURITY ASSESSMENT (PURSUANT TO 1465.8(A)(1) P.C.)
   $30.00 CRIMINAL CONVICTION ASSESSMENT (PURSUANT TO 70373 G.C.)
   TOTAL DUE: $70.00
IN ADDITION:
-THE DEFENDANT IS TO PAY A RESTITUTION FINE PURSUANT TO SECTION
   1202.4(B) PENAL CODE IN THE AMOUNT OF $ 300.00
-DEFENDANT IS ORDERED TO PAY A PROBATION REVOCATION RESTITUTION
   FINE PURSUANT TO PENAL CODE SECTION 1202.44, IN THE AMOUNT OF
   $ 300.00 THIS FINE SHALL BECOME EFFECTIVE UPON THE REVOCATION
   OF PROBATION.
-DEFENDANT TO BE RELEASED ONLY TO AN AUTHORIZED REPRESENTATIVE
   OF THAT PROGRAM AND IS TO COMPLY WITH ALL PROGRAM TERMS AND
   CONDITIONS. IF THE DEFENDANT LEAVES OR IS DISCHARGED FROM THE
   PROGRAM FOR ANY REASON PRIOR TO COMPLETION, DEFENDANT IS TO

   REPORT TO COURT ON THE NEXT DAY COURT IS IN SESSION.
-OBEY ALL LAWS AND ORDERS OF THE COURT.
-OBEY ALL RULES AND REGULATIONS OF THE PROBATION DEPARTMENT.
-DEFENDANT TO REPORT TO THE PROBATION OFFICER WITHIN  48 HOURS
   AFTER RELEASE FROM CUSTODY.
-COOPERATE WITH THE PROBATION OFFICER IN A PLAN FOR  A ONE YEAR
   RESIDENTIAL PROGRAM AT SOUTH COAST BEHAVIORAL HEALTH AND
   OUTPATIENT TREATMENT CENTER. DEFENDANT IS TO COMPLY WITH THE
   ALL THE PROGRAM TERMS AND CONDITIONS.
-SUBMIT YOUR PERSON AND PROPERTY TO SEARCH AND SEIZURE AT ANY
   TIME OF THE DAY OR NIGHT, BY ANY PROBATION OFFICER OR OTHER
   PEACE OFFICER, WITH OR WITHOUT A WARRANT, PROBABLE CAUSE OR
   REASONABLE SUSPICION.
COURT ORDERS AND FINDINGS:
-PURSUANT TO PC SECTION 296, THE DEFENDANT IS ORDERED TO PROVIDE
   BUCCAL SWAB SAMPLES, A RIGHT THUMB PRINT, A FULL PALM PRINT
   IMPRESSION OF EACH HAND, ANY BLOOD SPECIMENS OR OTHER BIOLOGICAL
   SAMPLES AS REQUIRED BY THIS SECTION FOR LAW ENFORCEMENT
   IDENTIFICATION.
-DO NOT USE OR POSSESS ANY NARCOTICS, DANGEROUS OR RESTRICTED
   DRUGS OR ASSOCIATED PARAPHERNALIA, EXCEPT WITH A VALID

   PRESCRIPTION AND STAY AWAY FROM PLACES WHERE USERS OR SELLERS
   CONGREGATE.  DO NOT ASSOCIATE WITH DRUG USERS OR SELLERS
   UNLESS ATTENDING A DRUG TREATMENT PROGRAM.
-SUBMIT TO PERIODIC CONTROLLED SUBSTANCE TESTING WHEN REQUESTED
   BY THE PROBATION OFFICER OR ANY OTHER PEACE OFFICER.
-ABSTAIN FROM THE USE OF ALCOHOLIC BEVERAGES, INCLUDING BEER
   AND WINE, AND STAY OUT OF PLACES WHERE THEY ARE THE CHIEF ITEMS
   OF SALE.
-DEFENDANT ACKNOWLEDGES THAT HE/SHE UNDERSTANDS AND ACCEPTS EACH
   TERM AND CONDITION OF  PROBATION.
DEFENDANT IS GIVEN CREDIT FOR TIME SERVED ON THIS MATTER.
CONDITIONAL RELEASE (#BM038802) IS ISSUED ON THIS DATE,
DEFENDANT IS TO BE RELEASED TO A REPRESENTATIVE OF SOUTH COAST
BEHAVIORAL HEALTH AND OUTPATIENT PROGRAM.

```
CASE NO. YA094630                        PAGE NO.   6
DEF NO.  01                              DATE PRINTED 04/05/18

    DEFENDANT IS TO RETURN ON JULY 26, 2018 WITH PROOF OF COMPLETION
    OF PROGRAM.
    .
    ****************************************************************
    NUNC PRO TUNC:
    ISSUED ON 7/24/17 TO REFLECT
    ADD: DEFENDANT IS TO SERVE 3 YEARS OF FORMAL PROBATION
    DELETE: DEFENDANT TO SERVE 3 DAYS OF FORMAL PROBATION
    CORRECTION MADE BY S.UCEDA E500671
    ****************************************************************
COUNT (02): DISPOSITION: CONVICTED
DMV ABSTRACT NOT REQUIRED
NEXT SCHEDULED EVENT:
    07/26/18   830 AM  PROOF OF COMPLETION   DIST SOUTHWEST DISTRICT DEPT SWL


07/07/17  ARREST DISPOSITION REPORT SENT VIA FILE TRANSFER TO DEPARTMENT OF

             JUSTICE

ON 10/12/17 AT  830 AM :

    NOTICE OF MODIFICATION RECEIVED FROM THE PROBATION DEPARTMENT.
    MATTER SET FOR HEARING ON 10-30-17 IN DEPARTMENT L.
    X2165593 . JH
NEXT SCHEDULED EVENT:
    10/30/17   830 AM  MODIFICATION OF PROBATION   DIST SOUTHWEST DISTRICT DEPT
    SWL



ON 10/30/17 AT  830 AM  IN SOUTHWEST DISTRICT DEPT SWL

CASE CALLED FOR MODIFICATION OF PROBATION
PARTIES: ALAN B. HONEYCUTT (JUDGE)  MONIQUE SEALS  (CLERK)
             CHANDRA KINCAID       (REP)  CAROLINE NAKAKI  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY MICHAEL E. ELLIOTT PRIVATE
    COUNSEL
PROBATION REPORT FILED

PROBATION MEMO FORWARDED
THE COURT ORDERS A SUPPLEMENTAL REPORT  RE DEFENDANT'S PROGRESS ON PROBATION.
    THE COURT HAS READ AND CONSIDERED PROBATION OFFICER'S REPORT
    SEQUENCE #2.  THE COURT AND COUNSEL CONFER REGARDING THE
    CONTENTS OF THE REPORT AND THE DEFENDANT'S PROGRESS WHILE ON
    PROBATION.

    DEFENSE COUNSEL'S ORAL REQUEST FOR THE DEFENDANT TO TRANSITION
    TO A NEW PROGRAM IS HEARD AND GRANTED.
NEXT SCHEDULED EVENT:
MODIFICATION OF PROBATION
    PROBATION IS CONTINUED ON THE SAME TERMS AND CONDITIONS WITH THE FOLLOWING
      MODIFICATIONS:
AS TO COUNT  (02):
    COURT ORDERS AND FINDINGS:
```

CASE NO. YA094630                          PAGE NO.   7
DEF NO.  01                                DATE PRINTED 04/05/18

    OTHER TERMS AND CONDITIONS OF PROBATION TO REMAIN IN FULL FORCE
      AND EFFECT.
    THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
    THE DEFENDANT MAY TRANSITION TO A NEW OUTPATIENT
    TREATMENT PROGRAM DUE TO HIS CURRENT FINANCIAL SITUATION.
    .
    PROOF OF ENROLLMENT TO THE NEW PROGRAM IS DUE AT THE NEXT
    HEARING DATE.
    .
    THIS MATTER IS PLACED ON CALENDAR FOR A PROOF OF ENROLLMENT
    HEARING ON 12/13/2017 AT 8:30 A.M. IN THIS DEPARTMENT.  AT THE
    NEXT HEARING DATE, THE DEFENDANT IS TO PROVIDE THE COURT WITH
    PROOF OF ENROLLMENT TO NEW OUTPATIENT TREATMENT PROGRAM.
DMV ABSTRACT NOT REQUIRED
NEXT SCHEDULED EVENT:
  12/13/17   830 AM  PROOF OF ENROLLMENT   DIST SOUTHWEST DISTRICT DEPT SWL

CUSTODY STATUS: ON PROBATION


ON 12/13/17 AT  830 AM  IN SOUTHWEST DISTRICT DEPT SWL

CASE CALLED FOR PROOF OF ENROLLMENT
PARTIES: ALAN B. HONEYCUTT (JUDGE)  MONIQUE SEALS  (CLERK)
             CHANDRA KINCAID        (REP)  LINDSAY ERIN KURTIS  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY MICHAEL E. ELLIOTT PRIVATE
    COUNSEL
PROBATION REPORT FILED
PROBATION MEMO FORWARDED
THE COURT ORDERS A SUPPLEMENTAL REPORT   RE DEFENDANT'S PROGRESS ON PROBATION.
    -ON PROBATION/ COUNT 02 / DDA: LINDSAY KURTIS (257280)
    PROOF OF ENROLLMENT TO THE 1ST STEP RECOVERY PROGRAM IS FILED
    THIS DATE.  (DATED 12/11/2017)
    .
    THIS MATTER IS PLACED ON CALENDAR FOR A PROGRESS REPORT HEARING
    ON 3/20/2018 AT 8:30 A.M. IN THIS DEPARTMENT.  AT THE NEXT
    HEARING DATE, THE DEFENDANT IS TO PROVIDE THE COURT WITH A
    PROGRESS REPORT FROM THE 1ST STEP RECOVERY PROGRAM.
    COURT ORDERS AND FINDINGS:

    -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
  03/20/18   830 AM  PROOF OF ENROLLMENT   DIST SOUTHWEST DISTRICT DEPT SWL

CUSTODY STATUS: ON PROBATION


ON 03/20/18 AT  830 AM  IN SOUTHWEST DISTRICT DEPT SWL

CASE CALLED FOR PROOF OF ENROLLMENT
PARTIES: ALAN B. HONEYCUTT (JUDGE)  MONIQUE SEALS  (CLERK)
             CHANDRA KINCAID        (REP)  LINDSAY ERIN KURTIS  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY MICHAEL E. ELLIOTT PRIVATE
    COUNSEL
    -ON PROBATION (COUNT 02) / DDA: LINDSAY KURTIS (257280)

    D.D.A. CAROLINE NAKAKI (128126) APPEARS FOR D.D.A. KURTIS.
    THE DEFENDANT PROVIDES THE COURT WITH A PROGRESS REPORT FROM THE
    DRUG TREATMENT PROGRAM. (DATED 3/19/2018 BY PROGRAM DIRECTOR,

CASE NO. YA094630                                    PAGE NO.    8
DEF NO.  01                                          DATE PRINTED 04/05/18

    TODD COCHRAN OF 1ST STEP RECOVERY SYSTEMS)

    PROOF OF COMPLETION OF THE DRUG TREATMENT PROGRAM IS DUE TO THE
    PROBATION DEPARTMENT BY 7/26/2018.

    THERE ARE NO FUTURE HEARING DATES SET IN DEPARTMENT SWL.
    COURT ORDERS AND FINDINGS:
    -ORIGINAL TERMS AND CONDITIONS OF PROBATION TO REMAIN IN FULL
       FORCE AND EFFECT.
NEXT SCHEDULED EVENT:
PROBATION IN EFFECT

CUSTODY STATUS: ON PROBATION.


04/05/18


I HEREBY CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ELECTRONIC DOCKET
ON FILE IN THIS OFFICE AS OF THE ABOVE DATE.
SHERRI R. CARTER, EXECUTIVE OFFICER/CLERK OF SUPERIOR COURT, COUNTY OF LOS
ANGELES, STATE OF CALIFORNIA

BY _____, DEPUTY

                        J. Hurtado

                         CSA II

# EXHIBIT "D"

**Frank Scotto Towing**
**1750 W. 223rd St**
**Torrance, CA 90501**
**310-787-0208**



| | | | |
|---|---|---|---|
| Invoice # | : 1605259 | Date | : 05/16/16 |
| Billed To | : REGISTERED OWNER | | |
| Year | : 2014 | Name | : MICHAEL MANSHODRY |
| Make | : BMW | Address | : 10717 WILSHIRE BLVD #801 |
| Model | : 6 series | City | : LOS ANGELES |
| Style | : 2 Door Converti | State | : CA |
| Color | : WHITE | ZIP | : 90024 |
| V.I.N | : WBAYP9C52ED169248 | Home Phone | : 310-270-2831 |
| License | : 7DQW106 | Work Phone | : |
| State | : CA | Cash Value | : .00 |
| Odometer | : | Sale/Auction # | : |
| | | Sale Date | : |
| | | Call # | : |
| | | Member Exp. | : |
| | | Payout Desc. | : |
| | | UNIT # | : |

FRANK SCOTTO TOWING
1750 W 223RD STREET
TORRANCE CA 90501
310-287-0208

Terminal ID: 01373181      2218

5/30/16              7:06 PN

CHASE VISA - INSERT
AID: A0000000031010
ACCT #: xxxxxxxxxxxx6115

CREDIT SALE
UIL 614145024640    REF #: 3607
Batch #: 447    AUTH #: 05430D

$527.00

| | |
|---|---|
| Need Release? | : N |
| Release Date | : 05/20/16 08:00 |
| Release # | : |
| Released To | : R/O |
| Lot/Row/Slot | : FST  Row R Slot R |
| Time Dispatch | : 12:00 |
| Hook Time | : 12:00 |
| Cleared Time | : 12:01 |
| Hourly Rate | : $140.00 |

Billed To: REGISTERED OWNER

**Mileage Summary**

| Beginning | Ending | Total Miles | Rate |
|---|---|---|---|
| 0 | 0 | 0 | $ 0.00 |
| 0 | 0 | 0 | $ 0.00 |

**Storage Summary**

| Date In | Date Out | Total Days | Rate |
|---|---|---|---|
| 05/16/16 | 05/20/16 | 5.0 | $ 40.00 |
| 12:00 | 18:53 | | |

I THE UNDERSIGNED, DO HEREBY CERTIFY THAT I AM
LEGALLY AUTHORIZED AND ENTITLED TO TAKE POSSESSION
OF THE VEHICLE DESCRIBED ABOVE AND ALL PERSONAL
PROPERTY THEREIN.  I HAVE RECEIVED THE ABOVE
VEHICLE IN SATISFACTORY CONDITION.

| | |
|---|---|
| Towing | $140.00 |
| LIEN STEP1 | $0.00 |
| Labor | $0.00 |
| Winching | $0.00 |
| Misc | $0.00 |
| LIEN STEP2 | $0.00 |
| Unloaded | $0.00 |
| Loaded | $0.00 |
| Discount | $0.00 |
| Subtotal | $140.00 |
| DMV | $0.00 |
| 10652 FEE | $0.00 |
| Storage | $200.00 |
| CITY ADMIN | $187.00 |
| Payout | $0.00 |
| Tax | $0.00 |
| Tax 2 | $0.00 |
| Total | $527.00 |
| Amount Paid | -$527.00 |
| Pay Method: VISA | |
| **Balance Due** | **$0.00** |

Signature:

Upon request, you are entitled to receive a
copy of the Towing Fees and Access Notice.

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2018, I filed the foregoing document entitled **BMW OF NORTH AMERICA, LLC'S OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE NO. 1 TO PROHIBIT TESTIMONY OR REFERENCE TO PLAINTIFF'S PRIOR FELONY CONVICTIONS** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

/s/Corinne D. Orquiola
Corinne D. Orquiola