# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:17-cv-06714-SVW-MRW | Date | April 9, 2018 |
| Title | Michael Manshoory et al v. BMW of North America, LLC et al | | |

Present: The Honorable     STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Deborah Gackle | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

    Russell Higgins
    Michael H. Rosenstein
    Brian Murray

Attorneys Present for Defendants:

    Corinne D. Orquiola
    Robert L. Stuhlbarg

**Proceedings:**      PRETRIAL CONFERENCE
[15] MOTION IN LIMINE (#1) to Exclude Improper Legal Opinions filed by defendant
[16] MOTION IN LIMINE (#2) to Exclude Reference to the Phrase "Lemon Law" or "Lemon" filed by defendant
[17] MOTION IN LIMINE (#3) to Exclude Non-Recoverable Incidentals and Consequentials filed by defendant
[18] MOTION IN LIMINE (#4) to Preclude Introduction of Evidence of Concerns Presented Only Onc filed by defendant
[19] MOTION IN LIMINE (#5) to Exclude Argument That Repair Orders Alone Substantially Impair Value filed by defendant
[20] MOTION IN LIMINE (#6) to Exclude Reptile Theory filed by defendant
[21] MOTION IN LIMINE (#7) to Preclude Introduction of Evidence of Impermissible Emotional Distress filed by defendant
[22] MOTION IN LIMINE (#8) to Exclude Reference to Other Vehicles, Claims, Or Incidents filed by defendant
[23] MOTION IN LIMINE (#9) to Exclude Reference to Plaintiff's Subjective Expectations filed by defendant
[24] MOTION IN LIMINE (#10) to Exclude Plaintiffs' Expert Greg Barnett filed by defendant
[25] MOTION IN LIMINE (#11) to Exclude Evidence Not Disclosed filed by defendant
[26] MOTION IN LIMINE (#13) to Exclude Evidence, Argument, or Testimony About Repairs Not Covered By BMW NA's Warranties filed by defendant
[27] MOTION IN LIMINE (#12) for Evidence Spoliation or, in the Alternative, for Evidentiary Sanctions filed by Defendant
[38] MOTION IN LIMINE (1) to Exclude Testimony or Reference to Plaintiffs' Prior Felony Convictions filed by Plaintiffs
[39] MOTION IN LIMINE (2) to Exclude Reference to Attorney Fees filed by Plaintiffs
[40] MOTION IN LIMINE (3) to Exclude Evidence Relating to Plaintiffs' Financial Condition filed by Plaintiffs
[41] MOTION IN LIMINE (4) to Exclude Evidence or Testimony Regarding Attorney Advertisements filed by Plaintiffs

    Hearing and conference held. The motions are submitted. Order to issue.

| | 1 | : | 03 |
|---|---|---|---|
| | Initials of Preparer | | PMC |