UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:17-cv-06714-SVW-MRW | Date | April 12, 2018 |
|---|---|---|---|
| Title | *Michael Manshoory et al v. BMW of North America, LLC et al* | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz  Deputy Clerk | | N/A  Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**   ORDER REQUESTING SUPPLEMENTAL FILES

    The Court ORDERS both parties to file the relevant warranties for the car at issue and its tires. The warranties should be filed by the end of day on Friday, April 13, 2018 (sooner if possible).

                                                                                             :
Initials of Preparer      PMC