# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | LACV17-06714-SVW(MRWx) |
| Title: | *Michael Manshoory et al. v. BMW of North America, LLC et al.* |
| Date | April 17, 2018 |

Present: The Honorable    STEPHEN V. WILSON, UNITED STATES DISTRICT JUDGE

| John Lopez/Paul Cruz | Deborah Gackle |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Michael H. Rosenstein | Richard L. Stuhlbarg |
| Brian Murray | Corrine D. Orquiola |

              Day Court Trial            1st   Day Jury Trial

     One day trial:   X  Begun (1st day);  ___ Held & Continued;  ___ Completed by jury verdict/submitted to court.

X  The Jury is impaneled and sworn.

X  Opening statements made by    plaintiff and defendant

X  Witnesses called, sworn and testified.    X  Exhibits Identified    X  Exhibits admitted.

___  Plaintiff(s) rest.    ___ Defendant(s) rest.

___  Closing arguments made by    ___ plaintiff(s)    ___ defendant(s).    ___ Court instructs jury.

___  Bailiff(s) sworn.    ___ Jury retires to deliberate.    ___ Jury resumes deliberations.

___  Jury Verdict in favor of    ___ plaintiff(s)    ___ defendant(s) is read and filed.

___  Jury polled.    ___ Polling waived.

___  Filed Witness & Exhibit Lists    ___ Filed jury notes.    ___ Filed jury instructions.

___  Judgment by Court for    _____    ___ plaintiff(s)    ___ defendant(s).

___  Findings, Conclusions of Law & Judgment to be prepared by    ___ plaintiff(s)    ___ defendant(s).

___  Case submitted.    Briefs to be filed by

___  Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.

___  Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.

___  Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ___ submitted.

___  Settlement reached and placed on the record.

___  Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

___  Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

___  Trial subpoenaed documents returned to subpoenaing party.

X  Case continued to    Wednesday, April 18, 2018 at 9:15 a.m.    for further trial.

___  Other:

                                                                                           6  :  40

                                                                        Initials of Deputy Clerk    JLO

cc: