## LIST OF EXHIBITS AND WITNESSES

| Case Number | LACV17-6714-SVW(MRWx) | Title | Michael Manshoory et al. v. BMW of North America, LLC et al |
|---|---|---|---|
| Judge | STEPHEN V. WILSON | | |
| Dates of Trial or Hearing | April 17, 2018; April 18, 2018 | | FILED CLERK, U.S. DISTRICT COURT  APR 18 2018  CENTRAL DISTRICT OF CALIFORNIA BY _____ DEPUTY |
| Court Reporters or Tape No. | Deborah Gackle | | |
| Deputy Clerks | John Lopez/Paul Cruz | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Michael H. Rosenstein | Richard L. Stuhlbarg |
| Brian Murray | Corrinne D. Orquiola |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | SEE ATTACHED LIST | |
| | | | | | | | |
| | | | | | | Michael Manshoory 4/17/18 | Pltf. |
| | | | | | | Mike Manshoory 4/17/18 | Pltf. |
| | | | | | | Jose Conte 4/17/18 & 4/18/18 | Pltf. |
| | | | | | | Matthew Morris 4/18/18 (stricken by the court) | Def. |
| | | | | | | Luis Holguin 4/18/18 | Def. |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

LIST OF EXHIBITS AND WITNESSES

1
2
3
4
5
6
7
8

9     **UNITED STATES DISTRICT COURT**

10    **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

11

12    MICHAEL MANSHOORY and      )    **CASE NO.:  2:17-cv-6714 SVW (MRWx)**
      MIKE MANSHOORY,            )
13                               )    **[Assigned to the Hon. Stephen V. Wilson]**
                Plaintiffs,      )
14                               )    **AMENDED EXHIBIT LIST**
      vs.                        )
15                               )    **Action Filed:    April 28, 2017**
      BMW OF NORTH AMERICA,      )    **Trial:            April 17, 2018**
16    LLC, a Delaware Limited Liability )
      Company,                   )
17                               )
                Defendant.       )
18                               )
                                 )
19                               )

20    **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

21        **PLEASE TAKE NOTICE THAT** Defendant BMW of North America

22    ("BMW NA"), by and through its attorneys of record, hereby submits the

23    following Amended Exhibit List for the trial in the above-referenced matter.

24        BMW NA hereby reserves the right to introduce exhibits designated and/or

25    listed and/or offered by any other party to this action, and hereby reserves the right

26    to object to the admissibility of any exhibits designated, listed and/or offered by

27    any other party to this action. BMW NA further reserves the right to introduce

28    exhibits for the purpose of impeachment, refreshing recollection, rebuttal or

1  rehabilitation, and reserves the right to introduce additional exhibits upon
2  appropriate notice to all parties. BMW NA further reserves the right to introduce
3  additional exhibits as necessary, including, but not limited to any and all exhibits
4  marked and attached to the depositions of any fact or expert witness taken in this
5  action. BMW NA further reserves the right to augment this Exhibit List following
6  the conferencing with one another's counsel that is required pursuant to local rules.
7      Plaintiffs' counsel agreed to Exhibit 149, but has not responded about
8  Exhibit 150.

| Ex. No. | Description | Stip. to Authenticity | Stip. to Admissibility | Date Identified | Date Admitted |
|---------|-------------|----------------------|------------------------|-----------------|---------------|
| 1. | Warranty Vehicle Inquiry 11/16/16 | Stipulated | Stipulated | | |
| 2. | Warranty Vehicle Inquiry 05/09/17 | Stipulated | Stipulated | 4-17-18 | 4-17-18 |
| 3. | Service Request Detail 201505704454 dated 02/26/15 | Stipulated | Stipulated | 4-18-18 | 4-18-18 |
| 4. | Service Request Detail T01535600180 dated 12/22/15 | Stipulated | Stipulated | | |
| 5. | SIB 01 12 16 | Stipulated | Stipulated | | |
| 6. | SIB 11 03 08 | Stipulated | Stipulated | | |
| 7. | SIB 11 12 16 | Stipulated | Stipulated | | |
| 8. | SIB 12 19 13 | Stipulated | Stipulated | | |
| 9. | SIB 16 03 12 | Stipulated | Stipulated | | |
| 10. | SIB 34 06 13 | Stipulated | Stipulated | | |
| 11. | Insurance Information | Reserved | | 4-18-18 | 4-18-18 |

| 12. | Registration Information | Stipulated | Stipulated | 4-18-18 | 4-18-18 |
|---|---|---|---|---|---|
| 13. | BMW Financial Services Payment History | Stipulated | Stipulated | 4-18-18 | 4-18-18 |
| 14. | BMW Financial Services Lease-End Inspection Form (12.15.16) | Stipulated | Stipulated | 4-18-18 | 4-18-18 |
| 15. | Notice of Transfer and Release of Liability (12.15.16) | Stipulated | Stipulated | | |
| 16. | 2016 GMC Terrain RISC (01.01.15) | Defense Objects | Defense Objects | 4-17-18 | 4-17-18 |
| 17. | Greg Barnett's Expert File | Defense Objects | Defense Objects | | |
| 18. | *Reserved* | | | | |
| 19. | *Reserved* | | | | |
| 20. | *Reserved* | | | | |
| 21. | *Reserved* | | | | |
| 22. | *Reserved* | | | | |
| 23. | *Reserved* | | | | |
| 24. | *Reserved* | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 25. | *Reserved* | | | | |
| 100. | Overall Photo of Vehicle | Stipulated | Stipulated | | |
| 101. | Time v. Mileage | π Obj. | π Obj. | 4-18-18 | 4-18-18 |
| 102. | Beverly Hills BMW PDI RO 312960 | Stipulated | Stipulated | | |
| 103. | 2014 BMW 650i Owner's Manual | Stipulated | Stipulated | 4-17-18 | 4-17-18 |
| 104. | 2014 Service and Warranty Information Booklet | Stipulated | Stipulated | 4-17-18 | 4-17-18 |
| 105. | Lease Agreement dated 12/15/13 | Stipulated | Stipulated | 4-17-18 | 4-17-18 |
| 106. | Monroney Label | Stipulated | Stipulated | | |
| 107. | Beverly Hills BMW RO 326917 dated 4/9/14 (Dealer copy) | Stipulated | Stipulated | 4-17-18 | |
| 108. | Beverly Hills BMW RO 363382 dated 4/1/15 (Dealer copy) | Stipulated | Stipulated | 4-17-18 | 4-17-18 |
| 109. | Beverly Hills BMW RO 377064 dated 7/30/15 (Dealer copy) | Stipulated | Stipulated | 4-17-18 | 4-17-18 |
| 110. | Beverly Hills BMW RO 381410 dated 9/4/15 (Dealer copy) | Stipulated | Stipulated | 4-17-18 | 4-17-18 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 111. | Service Request Detail 201529903533 dated 10/26/15 | Stipulated | Stipulated | 4-18-18 | 4-18-18 |
| 112. | Beverly Hills RO 393147 dated 12/19/15 (Dealer copy) | Stipulated | Stipulated | 4-17-18 | 4-17-18 |
| 113. | Beverly Hills RO 393147C dated 12/19/15 (Dealer copy) | Stipulated | Stipulated | 4-17-18 | 4-17-18 |
| 114. | SIB 61 30 14 | Stipulated | Stipulated | | |
| 115. | Service Request Detail T01535600059 dated 12/22/15 | Stipulated | Stipulated | | |
| 116. | Beverly Hills BMW RO 397481 dated 1/26/16 (Dealer copy) | Stipulated | Stipulated | 4-17-18 | 4-17-18 |
| 117. | Article re Michael Manshoory Arrest dated 5/17/16 | π Obj. | π Obj. | | |
| 118. | Frank Scotto Tow Invoice for Vehicle Storage between 5/16/16 and 5/20/16 | Stipulated | Stipulated | | |
| 119. | Service Request Detail T01618400002 dated 7/2/16 | Stipulated | Stipulated | | |
| 120. | Service Request Detail | Stipulated | Stipulated | | |

| | | | | | |
|---|---|---|---|---|---|
| | T01618400003 dated 7/3/16 | | | | |
| 121. | Service Request Detail T01618500000 dated 7/3/16 | Stipulated | Stipulated | | |
| 122. | Service Request Detail T01618500001 dated 7/3/16 | Stipulated | Stipulated | | |
| 123. | Beverly Hills BMW RO 421218 dated 9/8/16 (Dealer copy) | Stipulated | Stipulated | 4-17-18 | 4-17-18 |
| 124. | SIB 84 07 15 | Stipulated | Stipulated | | |
| 125. | Beverly Hills BMW RO 422849 dated 9/23/16 (Dealer copy) | Stipulated | Stipulated | 4-17-18 | 4-17-18 |
| 126. | SIB 31 01 12 | Stipulated | Stipulated | | |
| 127. | Beverly Hills BMW RO 427029 dated 11/3/16 (Dealer copy) | Stipulated | Stipulated | 4-17-18 | 4-17-18 |
| 128. | PuMa Case 63014708 dated 11/3/16 | Stipulated | Stipulated | | |
| 129. | Service Request Detail 201631903550 dated 11/14/16 | Stipulated | Stipulated | 4-17-18 | 4-17-18 |
| 130. | Rental Invoice dated 11/23/16 | Stipulated | Stipulated | | |

| 131. | Beverly Hills BMW RO 430708 dated 12/6/16 | Stipulated | Stipulated | 4-17-18 | 4-17-18 |
|------|------|------|------|------|------|
| 132. | Rental Invoice dated 12/6/16 | Stipulated | Stipulated | | |
| 133. | Lease End Inspection Sheet dated 12/15/16 | Stipulated | Stipulated | | |
| 134. | Carfax dated 12/16/16 | π Obj. | π Obj. | | |
| 135. | CPO Vehicle Inspection Checklist dated 12/16/16 | Stipulated | Stipulated | | |
| 136. | Beverly Hills BMW RO 432159 dated 12/19/16 (Dealer copy) | Stipulated | Stipulated | 4-17-18 | 4-17-18 |
| 137. | BMW Arbitration Certification Certificate dated 6/21/17 | Stipulated | Stipulated | 4-18-18 | 4-18-18 |
| 138. | Warranty Vehicle Inquiry | Stipulated | Stipulated | 4-18-18 | |
| 139. | Vehicle Comments | π Obj. | π Obj. | | |
| 140. | Luis Holguin Expert Material | π Obj. | π Obj. | | |
| 141. | Oil Sump gaskets-Diagram | π Obj. | π Obj. | | |
| 142. | Brake-Diagram | π Obj. | π Obj. | | |

| | | | | | |
|---|---|---|---|---|---|
| 143. | NVLD – Diagram | π Obj. | π Obj. | 4-18-18 | 4-18-18 |
| 144. | Engine Breather Lines- Diagram | π Obj. | π Obj. | 4-18-18 | 4-18-18 |
| 145. | NVLD – Exemplar Part | π Obj. | π Obj. | | |
| 146. | Engine Breather Lines- Exemplar Part | π Obj. | π Obj. | | |
| 147. | Beverly Hills Repair Order 432159 | Stipulated | Stipulated | | |
| 148. | E-mail from Matthew T. Morris dated 12/21/16 | Reserved | | | |
| 149. | RO Recap | Stipulated | Stipulated | 4-18-18 | 4-18-18 |
| 150. | SIB 31 01 12 Attachment Repair Instructions for the Swivel Bearing | Unknown | Unknown | | |

151. Service History Recap                4-18-18