UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



Case No. CV17-6714-SVW(MRWx)

Title: MICHAEL MANSHOORY, et al. v. BMW OF NORTH AMERICA LLC et al.

Date: 4/18/18
Time: 19:45

**JURY NOTE NUMBER** 1

✓     THE JURY HAS REACHED A UNANIMOUS VERDICT

_____     THE JURY REQUESTS THE FOLLOWING:

DATE:        SIGNED: Redacted by court
                               FOREPERSON OF THE JURY