FILED
CLERK, U.S. DISTRICT COURT
APR 18 2018
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MANSHOORY ET AL,<br><br>Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA ET AL,<br><br>Defendants. | Case No.: 2:17-cv-06714-SVW-MRW<br><br>**Verdict Form** |

# VERDICT FORM

## CAUSE OF ACTION 1: BREACH OF EXPRESS WARRANTY

We answer the questions submitted to us as follows:

1. As defined in the Jury Instructions, did the 2014 BMW 650i have reported defect or defects covered by the warranty?

    __✓__ Yes  _____ No

*If your answer to question 1 is yes, then answer question 2. If you answered no, then proceed to the signature block at the end.*

2. Did that defect or those defects substantially impaired the vehicle's use, value or safety to a reasonable buyer in Plaintiffs' situation?

    _____ Yes  __✓__ No

*If your answer to question 2 is yes, then answer question 3. If you answered no, then proceed to the signature block at the end.*

3. Did BMW of North America, LLC or its authorized repair facility fail to repair the 2014 BMW 650i to match the written warranty after a reasonable number of opportunities to do so?

    _____ Yes  _____ No

*If your answer to question 3 is yes, then answer question 4. If you answered no, then proceed to the signature block at the end.*

4. Did BMW of North America, LLC fail to promptly replace or repurchase the 2014 BMW 650i?

    _____ Yes  _____ No

*If your answer to question 4 is no, then answer question 5, 6 and 7. If you answered no, then proceed to the signature block at the end.*

6.  5. What are Plaintiffs' damages? Calculate as follows: Add the following amounts:

    a.   Actual payments paid by plaintiffs to lease the 2014 BMW 650i: $ _____

    b.   Any other incidental and consequential damages:

        $ _____

SUBTOTAL FOR QUESTION 6 (add lines a-b):  $ _____

7.  6. Calculate the value of the use of the vehicle before it was brought in for repair as follows:

    a.   Multiply the subtotal in Question 5 by the number of miles the vehicle was driven before it was submitted for repair:

    $ _____

    b.   Divide the dollar amount in Step (a) by 120,000 and insert result in VALUE OF USE below:

VALUE OF USE:   $ _____

    c.   Subtract the VALUE OF USE from the SUBTOTAL in Question 5 above and insert result in TOTAL DAMAGES below:

TOTAL DAMAGES:   $ _____

*Answer question 7.*

7. Did BMW of North America, LLC willfully fail to repurchase or replace the 2014 BMW 650i?

_____ Yes  _____ No

*If your answer to question 7 is yes, then answer question 8. If you answered no, then proceed to the signature block at the end of this page.*

8. What amount, if any, do you impose as a penalty? (You may not exceed two times the actual damages in 6d).

Answer:  $ _____

SIGNED:  Redacted by court
                 Presiding Juror

DATED:  4/18/18

*After the verdict form has been signed, deliver this verdict form to the clerk.*