# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | LACV17-06714-SVW(MRWx) |
| Title: | *Michael Manshoory et al. v. BMW of North America, LLC et al.* |
| Date | April 18, 2018 |

Present: The Honorable  STEPHEN V. WILSON, UNITED STATES DISTRICT JUDGE

| John Lopez/Paul Cruz | Deborah Gackle |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Michael H. Rosenstein | Richard L. Stuhlbarg |
| Brian Murray | Corrine D. Orquiola |

____ Day Court Trial   2nd Day Jury Trial

____ One day trial:   ____ Begun (1st day);   ____ Held & Continued;   X  Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.
____ Opening statements made by
X  Witnesses called, sworn and testified.   X  Exhibits Identified   X  Exhibits admitted.
X  Plaintiff(s) rest.   X  Defendant(s) rest.
X  Closing arguments made by   X  plaintiff(s)   X  defendant(s).   X  Court instructs jury.
X  Bailiff(s) sworn.   X  Jury retires to deliberate.   ____ Jury resumes deliberations.
X  Jury Verdict in favor of   ____ plaintiff(s)   X  defendant(s) is read and filed.
X  Jury polled.   ____ Polling waived.
X  Filed Witness & Exhibit Lists   X  Filed jury notes.   X  Filed jury instructions.
____ Judgment by Court for   ____ plaintiff(s)   ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by   ____ plaintiff(s)   ____ defendant(s).
____ Case submitted.   ____ Briefs to be filed by
____ Motion to dismiss by ____ is ____ granted.   ____ denied.   ____ submitted.
____ Motion for mistrial by ____ is ____ granted.   ____ denied.   ____ submitted.
____ Motion for Judgment/Directed Verdict by ____ is ____ granted.   ____ denied.   ____ submitted.
____ Settlement reached and placed on the record.
X  Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
X  Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
____ Case continued to ____ for further trial/further jury deliberation.
____ Other:

5 : 23
Initials of Deputy Clerk   JLO

cc: