UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:17-cv-06714-SVW-MRW | Date | April 19, 2018 |
| Title | *Michael Manshoory et al v. BMW of North America, LLC et al* | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   ORDER REGARDING MOTION FOR JUDGEMENT AS A MATTER OF LAW AND OTHER MOTIONS [38-41, 15-27, 73]

   The Court DENIES Defendant's Motion for Judgement as a Matter of Law as Plaintiffs have shown enough evidence of substantial impairment in their case-in-chief. There was enough evidence of good faith and possible diminution in value to allow the case to proceed. With regard to the implied warranty claims, the parties stipulated during trial to drop the claim; therefore, that portion of the motion is moot.

   Regarding the motions-in-limine, the Court made rulings on the record as necessary at the pre-trial conference and the other motions were considered as needed during trial.

Initials of Preparer   PMC