Priority
Send
Enter
Closed
JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
MAY - 9 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MANSHOORY and MIKE MANSHOORY,<br><br>Plaintiffs,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | CASE NO.: 2:17-cv-6714 SVW (MRWx)<br><br>[Assigned to the Hon. Stephen V. Wilson]<br><br>[PROPOSED] JUDGMENT AFTER TRIAL |

This action came on regularly for trial from April 17, 2018 to April 18, 2018, in Courtroom 10A of the United States District Court, the Honorable Stephen V. Wilson presiding. Plaintiffs Michael Manshoory and Mike Manshoory appeared by attorneys Michael H. Rosenstein and Brian Tate Shippen-Murray of Law Offices of Michael H. Rosenstein. Defendant BMW North America, LLC appeared by attorneys Richard L. Stuhlbarg and Corinne D. Orquiola of Bowman and Brooke LLP.

A jury of eight persons was regularly empaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury.

The jury deliberated and returned its verdict, finding in favor of BMW of North America, LLC.

Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that final judgment in the action be entered as follows:

In accordance with the verdict form dated April 18, 2018, judgment is entered in favor of BMW of North America, LLC and against plaintiffs Michael Manshoory and Mike Manshoory who shall recover nothing from BMW of North America, LLC. BMW of North America, LLC shall recover costs from plaintiffs Michael Manshoory and Mike Manshoory as determined by the Clerk of the Court.

DATED: 5/8/18

_____
Honorable Stephen V. Wilson
United States District Court Judge